```
UNITED STATES
DISTRICT COURT
District of Alaska
FAIRBANKS Division

# 40101686 - CB
October 12, 2007

Code    Case #    Qty     Amount

066900-F                  60.00 CH
510000-C                 190.00 CH
086400 R                 100.00 CH


TOTAL→                   350.00


FROM: KEN COVELL OFFICE
      4:07-CV-0030 RRB
      NEW CIVIL CASE
```