Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| **ROBERT PROBERT** and **LORETTA E. PROBERT**, and others similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>**FAMILY CENTERED SERVICES OF ALASKA, INC.** and **DOES I to X,** (Managerial Employees Jointly Liable)<br><br>            Defendants. | Case No. 4:07-cv-00030-RRB |

**FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs, Robert Probert and Loretta E. Probert, and others similarly situated, by and through their undersigned counsel bring this First Partial

*Probert v. FCSA*, First Motion For Partial Summary Judgment
Case No. 4:07-cv-00030-RRB
Page 1 of 2

Summary Judgment Motion, which is supported by the points and authorities, exhibits and declarations submitted therewith.

**RESPECTFULLY SUBMITTED** this 26th day of December, 2008, Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL<br>
Attorney for the Plaintiffs

By:/s/_____
KENNETH L. COVELL
ABA Bar No. 8611103

CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing has been
Served electronically, via ECF, to the following party(s):
John Foster Wallace
Dated:  12/26/07
By:  /s/ _____
Renee Kimble for Kenneth L. Covell