Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:    (907) 451-7802
E-mail: kcovell@gci.net

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| **ROBERT PROBERT** and **LORETTA E. PROBERT**, and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**FAMILY CENTERED SERVICES OF ALASKA, INC.** and **DOES I to X,** (Managerial Employees Jointly Liable)<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:07-cv-00030-RRB |

**<u>ORDER FOR FIRST PARTIAL SUMMARY JUDGMENT</u>**

　　IT IS HEREBY ORDERED that Plaintiffs First Partial Summary Judgment

be granted.

_____
United States District Court Judge

CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing has been
Served electronically, via ECF, to the following party(s):
John Foster Wallace
Dated: 12/26/07
By: /s/ _____
Renee Kimble for Kenneth L. Covell