# STATE OF ALASKA
## DEPARTMENT OF HEALTH AND SOCIAL SERVICES
### Division of Public Health

# COMMUNITY CARE LICENSE

Provider Number   508259

| | |
|---|---|
| This is to Certify that | FCSA Therapeutic Family Home V |
| | 1518 Liatris Lane, North Pole, AK 99705 |
| are Licensed to Operate a | Residential Child Care Facility at a total capacity of 5 Children. |
| Owned and Operated by: | FCSA Therapeutic Family Home V |
| Preferred Age Range: | 6 to 12 years |
| Authorized Age Range: | 6 to 12 |
| License Dates: | 12/21/2007 to 12/20/2009 |
| License type: | Biennial |
| Specialization(s): | None |
| Condition(s): | None |
| Variance(s): | None |
| Licensing Office: | Public Health |
| | 619 E. Ship Creek Ave, Suite 232, Anchorage AK 99501 |

This license is subject to the provisions of all applicable state and federal laws. Your ability to maintain eligibility as a licensed entity under AS 47.32 may be affected by regulations adopted by the Department of Health and Social Services ("Department"). Prior to the expiration of this license, the Department may implement regulations governing the standards of licensure. As a licensed entity under AS 47.32, you will be subject to any applicable regulations adopted by the Department governing the standards of licensure. Failure or inability to comply with these regulations may result in the Department's imposition of an enforcement action under AS47.32, including revocation or non-renewal of your license.

In Witness Whereof I have hereunto set my hand and seal of the Department of Health and Social Services on 11/20/2007.

By: _John T Ross, CCLS_
Division of Public Health

Exhibit A
Page 1 of 1