**FAMILY CENTERED SERVICES OF ALASKA**

**THERAPEUTIC FAMILY PARENT**

Direct Supervisor:   Residential Homes Director
Status:              Exempt
Salary Grade:        Thirteen
OSHA Classification: II    ESC Code: 21-1099      WC Code: 8833
HR____ Date_____ Reviewed_____ (Annually)

**Summary of Duties and Responsibilities:** This position requires the employee to reside in and manage the daily operation of FCSA's Therapeutic Family Home and to provide for the overall care and supervision of up to five children while they are placed in the home. Provides direction and support to Youth Counselors assigned to work in the home. The duties include, but are not limited to the following:

**Milieu and Administrative Responsibilities:**
1. As the Associate Administrator, manages the daily operation of the Therapeutic Family Home.
2. Creates, maintains, and implements a therapeutic treatment milieu for all children residing in the home.
3. Creates, maintains, and implements a detailed weekly schedule of client's recreational, educational, and therapeutic activities.
4. Motivates and encourages children to complete required service milieu treatment activities.
5. Ensures that each client's basic needs are met to include nutritious meals and snacks, clothing, health, etc.
6. Assists child's treatment team in the development and implementation of each child's Individualized Service Plan, (ISP).
7. Coordinates with professionals such as school district personnel, social workers, probation officers, etc. as required. Will serve as the primary contact person for parents and/or legal guardian of children, teachers, social workers, probation officers, etc. as required.
8. Responsible for completion of necessary paperwork as delineated by the Therapeutic Residential Home Director.
9. Monitor all medication that each client is taking and record and initial the time each dose is administered.
10. Adheres to all residential child care licensing regulations as per the Alaska Administrative code 7 AAC 50.005-7 AAC 50.990.
11. Adheres to all FCSA policies and procedures.
12. Refers problematic situations to the Therapeutic Residential Home Director.
13. Other duties as assigned.

**Evaluation:** Provided after orientation period of one year, and once annually by the Therapeutic Residential Homes Director.

**Qualifications:**

1. Bachelor's degree in a Human Service field is preferred for at least one parent. Four years of experience in a Human Service field may be considered as an alternative equivalent.
2. Two years of experience working with emotionally impaired youth.
3. Two years of experience in a residential child care/therapeutic foster care setting preferred.
4. Must meet caregiver qualifications found in 7AAC 50.200 which includes, but is not limited to: no history of child abuse or neglect, no health or behavioral problems, no domestic violence, alcohol or substance abuse problems that can be detrimental to children in care.
5. Communication and emotional skills adequate to supervise and work as part of a treatment team.
6. Personal characteristics suitable to provide a positive role model for adolescents.
7. Ability to complete all paperwork on time in a neat grammatically correct fashion.
8. Physical ability to employ the MAB System of managing people after being certified.
9. Knowledge of Alaska child-care regulations.
10. Current Alaska driver's license, good driving record, vehicle insurance, and adequate transportation to escort clients to appointments, educational and recreational activities.
11. Seven years of driving experience.
12. Freedom from previous criminal convictions or arrests that may adversely affect the employee's potential performance contingent on a fingerprint and/or records check. This includes criminal indictments for certain misdemeanor and felony crimes listed in 7AAC 50.210.
13. Current first aid and CPR certification.