

# Family Centered Services of Alaska, Inc.

Date: July 31, 2006

Effective Date: July 30, 2006

Move in Date: August 2, 2006

Dear Robert Probert:

We would like to offer you the position of Therapeutic Family Parent. This position is required to work 40 hours per week. Your pay will be $45,000.00 per year. Your status will be:

**Regular, Full-Time**      **You will receive benefits**

Your position is (**Exempt**) under the state's overtime pay requirements.

- **Exempt** – you will not be paid for any hours worked over 8 hours on a day or over 40 hours in a workweek.

FCSA pay will be deposited into the account of your choice based on the direct deposit authorization you complete during your orientation. Pay dates are every other Friday, 26 times per year.

We must also inform you that your employment is funded by sources, which are outside the control of our agency. Therefore this offer and continued employment will be contingent not only on your performance and adherence to company policies and procedures, but also on continued funding. This offer is also contingent on a successful background check. If any adverse information is found during the background check, you will be dismissed from employment with Family Centered Services of Alaska.

FCSA fully enforces Equal Employment Opportunity and Affirmative Action Policy regulated by the government.

Your employment with our agency will be on an "**at-will**" basis where either the employer or employee may terminate employment with or without cause and at any time.

We are pleased to have you as a part of our organization, and look forward to working with you. Congratulations and good luck in your new position.

Sincerely,

_____                _____     7/24/06
Lonnie Hovde                           Employee signature          Date
Director of Human Resources            Please sign here to indicate your
Family Centered Services of Alaska     acceptance of the position, compensation,
                                       and terms and conditions of this agreement.

cc:   Original to personnel file
      New employee

Exhibit D
Page 1 of 1

Alaska Youth Initiative/Pathfinders      Youth Education Support Services      Alaska Youth Initiative/Pathfinders
Clinical Services                        Fahrenkamp Center                     Safe Schools/Healthy Students
620 5th Avenue, 2nd Floor                1423 Peger Road                       2610 Isabelle Ave.
Fairbanks, Alaska 99701-4512             Fairbanks, Alaska 99709-5169          P. O. Box 346
(907) 474-0890                           (907) 452-2109                        Delta Junction, Alaska 99737
(907) 474-3621 and 451-8945 FAX          (907) 456-5184 FAX                    (907) 895-5083
800-478-2108                                                                   (907) 895-5078 FAX
                                                                               888-890-5083