John Foster Wallace
McCONAHY, ZIMMERMAN & WALLACE
711 Gaffney Road, Suite 202
Fairbanks, AK 99701
(907) 452-2211
(907) 456-1137 facsimile
foster@mzwlaw.com

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT and LORETTA E. PROBERT, and others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>FAMILY CENTERED SERVICES OF ALASKA, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:07-CV-00030 RRB |

**ORDER DENYING PLAINTIFFS' FIRST MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Based on the first motion for partial summary judgment of the plaintiffs, Robert and Loretta Probert, and the opposition, with supporting affidavit, of the defendant, Family Centered Services of Alaska, Inc., and any reply thereto, and this Court being fully informed as to the premises therein;

This Court finds that the Proberts have failed to carry their burden of proving each element of their claims, the absence of any genuine factual disputes, and affirmatively demonstrating that no reasonable jury could find against them and they are entitled to summary judgment beyond a reasonable doubt.

McCONAHY, ZIMMERMAN
& WALLACE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
711 GAFFNEY ROAD, SUITE 202
FAIRBANKS, ALASKA
99701-4662
(907) 452-2211

Consequently, this Court orders that the Proberts' first motion for partial summary judgment is DENIED.

**DATED** at Fairbanks, Alaska this _____ day of _____, 2008.

_____
United States District Court Judge

CERTIFICATE OF SERVICE
This certifies that a copy of the foregoing will be
electronically served simultaneous with filing to the
following attorneys and/or parties of record:

Kenneth L. Covell
Law Offices of Kenneth L. Covell
kcovell@gci.net

_Barbi Montgomery_            02/11/2008
Barbi Montgomery for McConahy, Zimmerman & Wallace

McCONAHY, ZIMMERMAN
& WALLACE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
711 GAFFNEY ROAD, SUITE 202
FAIRBANKS, ALASKA
99701-4662
(907) 452-2211

_Probert v. FCSA_, 4:07-CV-00030 RRB
ORDER DENYING PLAINTIFFS' FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT
Page 2 of 2