Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:    (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| **ROBERT PROBERT** and **LORETTA E. PROBERT**, and others similar situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>**FAMILY CENTERED SERVICES OF ALASKA, INC**. and **DOES I to X,** (Managerial Employees Jointly Liable)<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:07-cv-00030-RRB |

## NOTICE OF CONTINUATION OF FILING EXHIBITS

Attached to this document are the Exhibits that relate to Docket Number 35, Reply to Opposition to First Partial Summary Judgment Motion, filed on July 29th, 2008.

**RESPECTFULLY SUBMITTED** this 30th day of July, 2008, Fairbanks, Alaska.

                                                                   LAW OFFICES OF KENNETH L. COVELL
                                                                             Attorney for the Plaintiffs


                                     By:/s/_____Kenneth L. Covell_____
                                                             KENNETH L. COVELL
                                                            ABA Bar No. 8611103


CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing has been
Served electronically, via ECF, to the following party(s):

John Foster Wallace

Dated:  07/30/2008
By:  /s/ Wendy Blakeman_____
Wendy Blakeman for Kenneth L. Covell