# SERVICE POLICIES AND PROCEDURES

OUR MISSION IS TO SERVE ALASKA BY PROVIDING
FAMILY AND CHILD CENTERED SERVICES
WITH UNCONDITIONAL CARE.

BOARD OF DIRECTORS, 1994

Exhibit I page 1 of 10

# TABLE OF CONTENTS

| POLICY | PAGE |
|---|---|
| SERVICE POLICIES | 1 |
| ADMINISTRATIVE ON-CALL | 4 |
| CHANNELS OF COMMUNICATION SPECIFIC TO SPECIAL PROJECTS | 5 |
| CRISIS AND CRISIS PREVENTION POLICY | 7 |
| CLIENT INDIVIDUAL SERVICE PLAN | 8 |
| PROCESS USED IN DEVELOPING PLACING AGREEMENTS | 10 |
| PROCESS USED IN SELECTING A PLACEMENT FOR A CHILD | 11 |
| RELIGIOUS PROGRAM | 12 |
| CLIENT DISCRIMINATION | 13 |
| BILL OF RIGHTS | 14 |
| CONFIDENTIALITY | 15 |
| CLIENT GRIEVANCE | 17 |
| MAJOR INCIDENT REPORTS (MIR) | 18 |

Exhibit ___X___ page _2_ of _10_

| POLICY | PAGE |
|---|---|
| DISCIPLINE METHODS | 20 |
| RETRAINT OR PHYSICAL RE-DIRECTION OF CLIENTS | 21 |
| INCIDENTS CAUSING CONTACT OF LAW ENFORCEMENT OR EMERGENCY PERSONNEL | 23 |
| CORE SERVICE TEAM (CST) | 24 |
| VISITING | 26 |
| CORRESPONDENCE | 27 |
| TELEPHONE | 28 |
| MEDIA ACCESS | 29 |
| MEALS | 30 |
| HYGIENE | 31 |
| MEDICAL/DENTAL | 32 |
| MEDICATION PRESCRIPTION POLICY | 33 |
| ADMINISTRATION OF MEDICATION POLICY | 34 |
| FIRE SAFETY | 36 |
| DEATH OF A CLIENT | 38 |
| INTAKE AND DISCHARGE | 41 |
| INTERSTATE AND INTERCOUNTRY PLACEMENTS | 43 |
| REQUIRED TRAINING | 44 |

Exhibit 7 page 3 of 10

Policy No. 005
April 1998
Page 1 of 3

# SERVICE POLICIES

I. **CHILDREN SERVED BY FAMILY CENTERED SERVICES OF ALASKA (FCSA)**

FCSA provides mental health services to families with children experiencing severe emotional disturbance. <u>Children being served by FCSA must meet the following criteria</u>:

A. The child must be <u>under</u> the age of 21, or under the age of 22 if he/she has not completed their high school education or received a GED; and has been accepted into the Alaska Youth Initiative.

B. The child has received a comprehensive assessment by a qualified professional that determines that the youth meets the eligibility criteria.

C. <u>SED is an acronym for Severely Emotionally Disturbed. This means that a child or adolescent exhibits behavioral, emotional and /or social impairment that disrupts the child's adolescent's academic and/or developmental progress, family and/or interpersonal relationships and has a diagnosis from the DSM-IV (mental health diagnosis)</u>

D. The child is having significant disruption and is not able to function at normal age-level in at least one or two of the following life domains: <u>Home</u>   <u>School</u>   <u>Community</u>

E. Immediate intervention is required to prevent "out of state" or a "highly restrictive" institutional placement.

F. Disabilities cannot be attributed solely to intellectual, physical or sensory deficits.

1

Exhibit __7__ page __4__ of __10__

II. **Pre-Conditions of Service**

<u>Pre-conditions of service</u> include but are not limited to the following:

A. <u>Receipt of a completed Alaska Youth Initiative (AYI) from a primary referral</u> source such as:

Community Mental Health Centers
Alaska Psychiatric Institute (API)
Division of Family and Youth Services (DFYS)
Department of Mental Health and Developmental Disabilities (DMHDD)
School Districts

B. Receipt of a completed PathFinder application from a primary referral source such as:

Parent/Guardian

C. Intake assessment by qualified FCSA clinician.

D. Acceptance into services by the FCSA Director of Child and Family Services.

III. **Services available through FCSA and the geographical area served**

A. **AYI**- The catchment area for FCSA's AYI services are consistent with the geographical boundaries as defined by the Division of Mental Health and Developmental Disabilities' Northern region catchment area. Acceptance for AYI services is determined by the Interdepartmental Team (IDT) at a regional/state level (FCSA does not determine acceptance).

B. **PathFinders**- The catchment area for the FCSA PathFinder services includes Fairbanks and the surrounding area as well as Delta Junction, Alaska. Eligibility/acceptance into PathFinders is determined by FCSA.

C. **Youth Education Support Services (YESS)** - The FCSA Youth Education Support Services serve children meeting the SED criteria that have exhausted all Fairbanks North Star Borough School District resources. The catchment area is the Fairbanks North Star Borough School District.

D. **Rural Initiative Services** - The Rural Initiative is the latest development of AYI wraparound services in the Northern Region. Communities currently working with FCSA include Mt. Village, Barrow, Nome, and Cordova. FCSA is also consulting with other communities and introducing them to the wraparound process.

E. **Psychiatry** - FCSA provides a full continuum of psychiatric services to the Fairbanks area either directly through the agency or through Memorandum Of Agreement's (MOA) with other service providers in the community.

F. **Additional services that may be available with the wraparound process, if deemed appropriate by the child's treatment team:**

   \*\*\*Therapeutic Foster Care
   \*\*\*Therapeutic Respite Care
   \*\*\* Crisis Prevention/Intervention
   \*\*\* Natural Support Services
   \*\*\* Parent Advocacy

Policy No. 010
April 1998
Page 1 of 1

# ADMINISTRATIVE ON-CALL

I. **PURPOSE:** To ensure that there is administrative personnel available and well informed with client concerns seven days a week/twenty-four hours a day to respond to eligible clients.

II. **RESPONSIBILITY:** The Director of Child and Family Services will designate a Coordinator II to schedule/oversee this policy.

III. **PROCEDURE:**

A. The FCSA Coordinator II or designee will post an "On-Call" list at least one week ahead of time.

B. The FCSA Coordinator II will designate staff members who are eligible to act in the capacity of Administrative On-Call.

C. The Administrative On-Call staff will have the authority to make any and all administrative decisions consistent with all relevant Policies and Procedures while they are on-call.

D. A log will be kept of all calls received by the Administrative On-Call staff. Included in the log will be; time, date, client, problem, action taken and the signature of the Administrative On-Call staff. All Administrative On-Call staff are responsible for reviewing and initialing this log on a regular basis.

E. Initiate cancellation of scheduled shift forms.

F. Prior to accepting on call responsibilities, the Administrative On-Call staff will:
1. Verbally review the previous weeks On-Call activity with the current Administrative On-Call.
2. Read and initial all On-Call notes for the previous 4 weeks.
3. Meet with the scheduler Friday mornings at 10 A.M. to discuss weekend staffing needs.
4. Get an updated list of youth counselors that have been trained with each client and that are scheduled for weekend shifts.
5. Receive Administrative On-Call training.

4

Exhibit 7 page 7 of 10

Policy No. 015
April 1998
Page 1 of 2

# CHANNELS OF COMMUNICATION SPECIFIC TO SPECIAL PROJECTS

I. **PURPOSE:** This policy establishes guidelines for clear communication between employees and administrative staff when channels differ from that of the general FCSA services.

II. **RESPONSIBILITY:** This policy applies to all FCSA employees.

III. **PROCEDURE:**

The FCSA Special Project portion of services includes but is not limited to the following:

1. FCSA Respite Home
2. FCSA Foster/Respite Care Service
3. FCSA Crisis Prevention Service
4. FCSA Training Department
5. FCSA Natural Support Specialist

Policy No. 015
April 1998
Page 2 of 2

A. All FCSA employees are expected to follow the channels of communication outlined in the FCSA Policy and Procedure and FCSA Personnel Manuals. In addition to these channels, all employees working within an FCSA Special Project service are expected to follow any channels of communication specific to that service. Whenever possible, this should be in conjunction with existing channels of communication. The following are guidelines for clear communication between Special Project Personnel.

   1. All FCSA Respite Home counselors and any FCSA employee utilizing the FCSA Respite Home, shall make the FCSA Respite Home Administrator, or their designee, aware of any and all incidents that occur at the FCSA Respite Home. Unless otherwise delegated the FCSA Special Projects Coordinator II is the Respite Home Administrator.

   2. The FCSA Training Specialist shall make the FCSA Special Project Coordinator II, or their designee, aware of any and all major incidents occurring within the FCSA Training Department.

   3. The FCSA Natural Support Specialist shall make the FCSA Special Project Coordinator II, or their designee, aware of any and all major incidents involving themselves and other FCSA employees or FCSA clients.

   4. The FCSA Foster Care Specialist shall make the FCSA Special Projects Coordinator II, or their designee, aware of any and all incidents and issues concerning FCSA licensed foster/respite care homes.

   5. The FCSA Lead Crisis Prevention Specialist, or their designee, shall make the FCSA Special Project Coordinator II, or their designee, aware of any and all major incidents that occur with in the CPS team.

B. Every FCSA employee working within an FCSA Special Project area is expected to meet with the FCSA Special Project Coordinator II as needed to discuss concerns that arise and to keep the Special Project Coordinator abreast of events, positive or negative, that occur within their specific program. The FCSA Special Project Coordinator II, or their designee, shall meet with the following personnel on at **least** a biweekly basis to ensure clear communication between Special Project employees and administrative personnel.
   1. FCSA Training Specialist
   2. FCSA Respite Home Counselors
   3. FCSA Natural Support Specialist
   4. FCSA Foster Care Specialist
   5. FCSA Lead Crisis Prevention Specialist

6

Exhibit 7 page 9 of 10

Policy No. 020
April 1998
Page 1 of 1

# CRISIS AND CRISIS PREVENTION POLICY

I. **PURPOSE:** This policy is to establish guidelines for FCSA staff in the event of a crisis or potential crisis. For the purpose of this policy a crisis will be defined as any situation that the staff or family feels is beyond their ability to manage and may adversely effect the client, staff, family, community or property.

II. **RESPONSIBILITY:** Senior staff or parent will contact the Crisis Prevention Specialist (CPS) when on duty or the Administrative On-Call staff if the CPS cannot be reached or if the CPS is not on duty.

III. **PROCEDURE:**

A. It is the intent of this policy to establish guidelines for staff and families in the event of a crisis or potential crisis. Since it is not possible to create a policy for every possible crisis situation, staff must rely on their own good judgment and training to work with each situation in the least restrictive way possible.

B. It will be the goal of each staff person to work with their client in such a way as to avoid a crisis situation. Each client's Individual Service Plan (ISP) will address how to work with that client during a time of crisis. Each staff person must be familiar with their client's ISP.

C. In the event of a crisis or potential crisis, the senior staff person will first notify the Crisis Prevention Specialist if he/she is on duty. The role of the CPS is to provide both technical and administrative assistance during nonstandard working hours. Families will be notified of the CPS on duty schedule.

D. All FCSA staff having direct contact with FCSA clients will be trained in Mandt. (SEE Mandt P/P)

E. (Same logging requirements as Administrative On-Call. Policy No. 010.)