The YESS schools are committed to educating the student as a whole person, accounting for who they are as an individual to foster success academically and beyond. YESS boasts an excellent student-teacher ratio that allows for necessary one-on-one attention not available to children and youth with high need levels in traditional educational institutions. By assisting students to work on behavioral goals and academic assignments, they are better equipped to return to and be successful in a less restrictive school environment. Alternatively, older students who have not been successful elsewhere work on their studies in an effort to graduate from high school and prepare themselves for life after public school.

YESS is proud to provide students with exciting and adventurous opportunities in which to foster personal growth that children in FCSA services would not typically be exposed to.

> One example of the awesome opportunities afforded to FCSA clients through the YESS program, includes participating in W.I.L.D. About Denali, in which up to ten children and youth road-trip to Denali Park to experience the majestic Alaskan outdoors, complete with rafting, hiking, site-seeing and daily activities led by a Denali Foundation guide.

Summer Skills Development staff work with the younger students during the summer months to develop, practice and maintain social and life skills requisite to healthy academic, familial and peer relationships. The SSD program is progressively designed to help children maintain contact with a school-like setting during summer vacations while addressing behavioral goals and developing skills for a successful return to school. The daily activities are fun and engaging and each day presents new and exciting adventures both indoors and outdoors. Participation is voluntary and each child chooses the activities they wish to participate in from a prepublished calendar of activities, field trips, and events.

The Work Study Skills program strives to instill sound work ethic and solid vocational skills for young adults by providing them with an opportunity to work in a paid position complete with benefits and responsibilities. Being successful at a job has proven very therapeutic for student workers, providing them with a positive employment experience while boosting their self esteem and resume. Additionally, students who choose to complete the necessary coursework can earn one high school credit. This comprehensive program runs for a ten week period during the summer and has been so successful with students that there is typically a wait list for participants.

### Therapeutic Family Home (TFH):

FCSA's Therapeutic Family Homes provide quality residential care to male and female youth ages 12-18 that are experiencing mental health and behavioral issues and are at imminent risk of psychiatric placement outside of their community. The family atmosphere of the homes help children avoid the stigmatization that often accompanies youth living in an institutional setting. The homes are supervised by dedicated live-in parents who provide unconditional therapeutic care and supervision for up to five youth per home. FCSA currently operates one boy's home, one girl's home, and one boy's home for dual diagnosed youth, and is in the process of building

additional homes to fulfill Alaska's current and increasing demand for therapeutic residential services.

The TFH program uniquely addresses the needs of Alaskan youth by providing services far beyond mere residential placement, including an extensive array of individualized services, empowering residents with the skills necessary to successfully transition into a less restrictive environment. TFH embodies FCSA's wrap-around service philosophy, offering clinical, psychiatric and rehabilitation services on-site and within the community. TFH staff facilitates the creation of a treatment team composed of family, natural support, educational, professional and community members who develop an individualized service plan (ISP) that serves as the foundation for establishing relevant goals. Based on the child and family's strengths, values, culture, service modality preferences, needs and concerns as set forth in the ISP, clients receive appropriate individual group and family skill development and therapy services. TFH is also committed to ensuring that each child's academic needs are adequately addressed and as such, team members provide support and actively participate in the entire education process, including after school support, tutoring and guidance. Residents are also encouraged to participate in extracurricular activities of interest to them.

### Therapeutic Foster Care/Respite Program:

FCSA recruits, trains, and contracts therapeutic foster homes to ensure that children and youth with special needs, in our care, are provided a quality, nurturing, home environment in which they can thrive. FCSA has on contract, a Foster Home Licensing Specialist responsible for ensuring that the homes maintain state and agency standards and receive continued support and training as needed to meet and exceed those expectations. By licensing and monitoring our own foster homes, FCSA is able to provide qualified families who are well trained to ensure they are ready to face the challenges presented that come with caring for children and youth with severely emotionally disturbed diagnoses.

Respite services are offered through FCSA to foster and natural parents as reprieve from the constant demands of children and youth displaying severely emotionally disturbed behaviors. A respite house with caring and committed, live-in parents provide families with weekend respite services in an attempt to prevent parents from feeling overwhelmed with their special needs child.

### Clinical Services:

FCSA provides outpatient therapy services to clients and their families. The mission of the Clinical Services department is to ensure that each child receives quality, individualized and effective treatment while in the care of FCSA. The clinical department delivers seamless case consultation for all agency programs and acts as a liaison to community agencies on clinical services provided by FCSA. Clinical services available to clients include individual, group and family therapy provided by the clinical team assigned to the child. Therapeutic services are available throughout FCSA programs. Psychiatric services are available for clients through FCSA's contract. The on-site psychiatrist meets with clients frequently throughout the course of treatment and is also available as needed for consultation with the client's treatment team.

Clinical Services are integral to the implementation of FCSA's wrap-around system of care. Services are individualized according to diagnoses, level of functioning, internal and external barriers and strengths and multi-dimensional assessments to determine the level of care necessary for personal growth and sustainable progress. Clinicians conduct comprehensive assessments prior to admission into FCSA services and semi annually thereafter to ensure that services received effectively address the child's and family's needs. The Clinical Services program is seeking to expand their outpatient services to include clients from a broader spectrum of the community, incorporating a substance abuse program for youth in the community.

### Delta Junction Services:

FCSA offers mental health rehabilitation services for children in the Delta Junction area. Delta Junction is located approximately 100 miles south-east of Fairbanks on the Richardson Highway. These intervention services are delivered in conjunction with other public and private agencies in the community. The program goal is to target behaviors that if left unchecked will most often lead to the development of significant and long-term mental illness. The primary intervention methods used are to reinforce the youth's natural resiliency skills, provide support and training to the child's family, and make available positive activities designed for the youth's abilities.



## New and Future Projects:

### FCSA's New Administrative Building:

FCSA plans to begin construction of a new administrative building in the spring of 2006 which will assist in the consolidation of services. The 16,000 square foot, two story facility will house the administrative offices, clinical services, ATOP program, TFH program, and the Youth Education Support Services (YESS) secondary program which will include three classrooms.

### Residential Psychiatric Treatment Center (RPTC):

FCSA in partnership with Boys and Girls Home and Family Services (BGHFS) another non-profit organization has been working to establish an RPTC treatment program in Fairbanks to fill the gap in

services now occurring in the state. There are currently no RPTC level services available in interior, northern or northwest Alaska. To operate the proposed new facility/program FCSA & BGHFS will form a new Alaska nonprofit corporation inclusive of board members from the local community. The population to be served in the new facility/program will be Children (boys & girls) ages 5 to 18, with some exception for special populations of young adults ages 19 to 21. The project is designed to provide service for a maximum of 120 children, 60 requiring intensive treatment for mental illness and 60 in special need populations requiring lower levels of treatment.

### *Pre-Development Self Reliant Home:*

FCSA was recently awarded a planning grant to complete a pre-development evaluation to determine the feasibility of establishing an independent living program, Self Reliant Home (SRH). This program would serve mentally ill adults that are severely emotionally disturbed between the ages 18 and 21. These clients are in need of behavioral health support services to help cope with their mental illness while learning to live independently or transitioning into adult mental health services.

### *Integrated Substance Abuse and Mental Health:*

FCSA strives to continually meet the needs of youth receiving services by the organization. As the needs of Alaskan youth requiring services for dual diagnoses has become increasingly apparent FCSA has started developing treatment services to insure that outpatient substance abuse services will be integrated into the mental health services insuring comprehensive treatment planning and services.

Presently FCSA now provides Alcohol and Drug Instructional School (ADIS) for youth ages 14-20, who are required by the justice system to complete the course.

FCSA operates a Dual Diagnosed Therapeutic Family Home which focuses on addressing the youth's primary mental health diagnosis and their primary substance abuse diagnosis in a residential family setting.

### *Therapeutic Family Home Expansion:*

FCSA has constructed three additional Therapeutic Family Homes. Two of the homes will provide services to children 13 and older; one of those will provide services to youth who are dually diagnosed with substance abuse and mental health disorders. One of the homes will provide services to children 12 and younger. The three new homes will provide 16 additional beds for children currently placed out of state in psychiatric facilities or for children in danger of being sent out of state.

## *FCSA Morale:*

FCSA is committed to supporting its employees and fostering high staff morale because management recognizes the innumerable benefits that derive from staff that are appreciated and happy within their personal lives and work environment. An organization with high employee morale lends to high quality work, job satisfaction and low employee turnover. Additionally, FCSA recognizes that in the mental health field, "burn-out" is a common occurrence and as such, promotes staff morale whole-heartedly. Below are some examples of how FCSA encourages morale within the organization.

### *Forget-Me-Not Committee:*

The Forget-Me-Not Committee is comprised of members from each program and is responsible for organizing and arranging events throughout the year. Typically gatherings sponsored by the committee are fun, uplifting and participatory functions like luncheons, contests, T-shirt days, holiday activities, cook-offs, etc.

### *Staff Satisfaction Survey's:*

FCSA conducts staff satisfaction surveys which include questions regarding supervision; lines of authority; communication; quality management; team work; professional growth; advancement; adequate orientation and job descriptions; and the quality of treatment provided. Overall FCSA staff show satisfaction with FCSA and all staff indicated they are proud to tell people they work for FCSA. The input received from surveys has resulted in the creation or modification of many FCSA employee support programs.

### *Flexibility:*

FCSA embodies flexibility with staff and encourages due attention to personal and family obligations. As such, employees wanting to attend their child's play or special field trip are provided the opportunity to do so, and paid time is permitted for attending parent teacher conferences. Employees without children are also afforded flexibility to meet their out-of-office needs.

### *Employee Benefits:*

FCSA offers a comprehensive and competitive salary and benefits package, complete with retirement, medical, life and disability insurance, and paid leave.

### *Education Incentives:*

In addition to in-house training and attending professional, community and state seminars, FCSA encourages higher education opportunities for staff and offers compensation for university level classes.

### *Annual Picnic:*

Each summer, FCSA staff of all programs and departments gather together to enjoy a picnic complete with entertainment and/or activities, providing employees an opportunity to interact outside of the office atmosphere.

### *Annual Christmas Party:*

FCSA provides an annual Christmas party for staff complete with dinner, entertainment, and door prizes, providing employees an enjoyable evening and opportunity to interact with co-workers.



## *Revenue by Source:*



## *Expenditure by Program:*



## FCSA Organizational Chart:



