

### Executive:

FCSA's Executive Director serves as a direct link to the Board of Directors and liaison to the agency's Consumer Parent Advisory Committee. The Executive Director is responsible for removing barriers to service delivery, developing and maintaining working relationships with state, federal and local agencies, funding procurement and ensuring program goals and objectives are achieved and sustained.

### Fiscal:

FCSA's Fiscal Department has been characterized as a cornerstone of the organizations success over the years, providing consistently sound fiscal management. The Fiscal department is operated under the direction of a Certified Public Accountant who ensures that all funding is efficiently and effectively expended. The Board of Directors oversees an independent audit report, conducted annually on all fiscal operations.

### Human Resources:

The Human Resources Department ensures all employment policies and practices are fair and equitable and in compliance with regulatory agencies. The Human Resources Department also oversees FCSA's employee health plan, ensures staff training interests and needs are provided for, disseminates employee information and collects affirmative action data.

### Quality Assurance:

The Quality Assurance Department is responsible for conducting internal reviews and management of all client files for each of FCSA's programs to ensure they comply with all CARF, state licensing and Medicaid regulations; administering biannual consumer, community and staff satisfaction surveys, and overseeing all program forms for consistency, uniformity and regulatory purposes.

*Clinical Services:*

FCSA maintains, within the management structure of the organization, a clinical department that is overseen by the Director of Clinical Services. The function of the department is to assure that all treatment services are delivered in a quality manner and in accordance with nationally recognized best practices of the mental health treatment profession. Another key function of the department is to assure that all clinical staff receive regular and consistent training and/or professional enhancement opportunities. This helps assure the professional growth of the staff, consistency in treatment across all programs, and that sufficient support is provided to younger staff just entering the profession.

*Training Department:*

FCSA's Training Department is dedicated to providing quality, relevant and up-to-date training for all FCSA staff, including new-hire orientation, CPR/First Aid, Managing Aggressive Behavior (MAB), cultural competency as well as a vast array of topic areas applicable to employees and families working with SED children and youth.

*Administrative Services:*

FCSA's Administrative Services staff provide administrative support in a variety of levels throughout the agency, including facility management, health and safety, procurement of supplies and services, contract negotiation, general staff support functions, and providing support to the Board of Directors.



# FCSA Programs and Services

*Behavioral Health Services:*

In Fiscal Year 2005, FCSA operated a variety of individualized service programs; each innovatively designed to serve unique populations of Alaskan children and youth diagnosed as severely emotionally disturbed. Ages of participants depends largely on the program; however clients are typically between the ages of eight and eighteen. All programs are progressively implemented to keep Alaskan children, at risk of out-of-state placement, in Alaska by providing them with individualized prevention and intervention services. FCSA offers full spectrum service delivery, including out-patient, residential, educational, foster care, respite and clinical programs.

FCSA recognizes the importance of family and natural support systems in order to maintain skills developed while under the care of FCSA and as such utilizes a wrap-around service approach. FCSA works collaboratively with state and local agencies, schools, and community

members to ensure client success. FCSA always seeks the least restrictive environment for their clients and when in the best interest of the child, promotes family reunification when a child has been removed from the home. FCSA is committed to serving children and their families with unconditional care.



FCSA is the primary service provider for the Northern Region which includes the following areas: North Slope, Yukon-Koyukuk, Fairbanks, Southeast Fairbanks, Denali, Nome and Northwest Arctic.

> *A wrap-around service model is a process that incorporates the needs of a child and their family with all available community resources. It is a mode of mental health intervention and prevention based on the compilation of a treatment team with members relevant to the child. Team members include family, friends, natural supports, professional and community members. The treatment team develops and assists in the attainment of client goals as determined by the child's strengths, values, culture, service modality preferences and needs.*

### Alternatives to Out of State Placement (ATOP):

The ATOP program provides individualized mental health services for children and young adults diagnosed as severely emotionally disturbed who are at high risk of out-of-state placement in psychiatric facilities or are returning from out-of-state institutionalization. Client's receiving ATOP services are typically between the ages of eight and eighteen and in need of intensive treatment and support. In addition, a substantial portion of the population is involved with Division of Juvenile Justice, Office of Children Services and residential or foster home placement. ATOP's overarching goal is to improve the quality of life for client's and their families through promoting mental health.

The goal of the ATOP program is to be proactive, providing a wrap-around service approach, encouraging natural supports, family and community members as well as involved professionals

to form a treatment team to develop relevant goals for the client and assist in their attainment. Service plans and goal progress are reviewed by the treatment team quarterly to assure that the services are effectively addressing the client's needs. ATOP staff are dedicated to developing sustainable skills and work collaboratively with the schools, state and local agencies and the community to ensure client success.

Upon determination of a client's specific strengths, needs and challenges, an individualized service plan is compiled so that the client and their family receive the services best suited for them. Individual, group and family skills development, as well as case management services are provided by fully engaged coordinators and youth counselors and are available to each client. Individual and family therapy services are provided by in-house clinicians and an on-site psychiatrist is also available. Actual services received by each client vary in content and quantity as determined by the family's wants and needs.

### *Residential Diagnostic Treatment Facility (RDT):*

The RDT is the only facility of its kind in the Fairbanks area, providing quality residential and therapeutic services to severely emotionally disturbed children and youth. This nine (9) bed facility is accredited by the Commission on the Accreditation of Rehabilitation Facilities (CARF) and is one of only two such accredited facilities in the State. The RDT provides comprehensive mental health and behavioral services to male and female residents, 10-17 years of age who are at high risk of out-of-state placement. Residents are considered to be in imminent need of institutional placement in a mental health facility in order to stabilize severely emotionally disturbed behaviors. The RDT is a staff-secured, Level IV, treatment center with the capacity for nine residents in which four beds are reserved for children in state's custody and the remaining five beds are available for community referrals.

The RDT program is based on a cognitive behavioral model which is applied in individual, group and milieu settings. RDT personnel strive to provide children with multiple needs a safe and nurturing environment to facilitate behavioral and mental health progress, enabling them to successfully transition back into their own home, foster care or other less-restrictive environment. The RDT staff work collaboratively, participating in each step of the stabilization process, including hands on therapists and coordinators. Families and natural supports are also encouraged to and typically participate in therapy and treatment as to ensure that the skills developed within the RDT transfer into their personal lives. Children also attend school on-site with a certified teacher and aides so that their education and academics are not adversely effected while tending to their mental health needs.

### *Youth Education Support Services (YESS):*

YESS is an innovative day treatment program, dedicated to promoting academic and mental health success for severely emotionally disturbed children and youth in partnership with the Fairbanks North Star Borough School District. YESS operates an unparalleled elementary and secondary school that each run on the school district's calendar. YESS also runs a dynamic Summer Skills Development (SSD) program for younger students and a first-rate Work Study program for youth ages fourteen and older during summer break.

The YESS schools are committed to educating the student as a whole person, accounting for who they are as an individual to foster success academically and beyond. YESS boasts an excellent student-teacher ratio that allows for necessary one-on-one attention not available to children and youth with high need levels in traditional educational institutions. By assisting students to work on behavioral goals and academic assignments, they are better equipped to return to and be successful in a less restrictive school environment. Alternatively, older students who have not been successful elsewhere work on their studies in an effort to graduate from high school and prepare themselves for life after public school.

YESS is proud to provide students with exciting and adventurous opportunities in which to foster personal growth that children in FCSA services would not typically be exposed to.

> *One example of the awesome opportunities afforded to FCSA clients through the YESS program, includes participating in W.I.L.D. About Denali, in which up to ten children and youth road-trip to Denali Park to experience the majestic Alaskan outdoors, complete with rafting, hiking, site-seeing and daily activities led by a Denali Foundation guide.*

Summer Skills Development staff work with the younger students during the summer months to develop, practice and maintain social and life skills requisite to healthy academic, familial and peer relationships. The SSD program is progressively designed to help children maintain contact with a school-like setting during summer vacations while addressing behavioral goals and developing skills for a successful return to school. The daily activities are fun and engaging and each day presents new and exciting adventures both indoors and outdoors. Participation is voluntary and each child chooses the activities they wish to participate in from a prepublished calendar of activities, field trips, and events.

The Work Study Skills program strives to instill sound work ethic and solid vocational skills for young adults by providing them with an opportunity to work in a paid position complete with benefits and responsibilities. Being successful at a job has proven very therapeutic for student workers, providing them with a positive employment experience while boosting their self esteem and resume. Additionally, students who choose to complete the necessary coursework can earn one high school credit. This comprehensive program runs for a ten week period during the summer and has been so successful with students that there is typically a wait list for participants.

### Therapeutic Family Home (TFH):

FCSA's Therapeutic Family Homes provide quality residential care to male and female youth ages 12-18 that are experiencing mental health and behavioral issues and are at imminent risk of psychiatric placement outside of their community. The family atmosphere of the homes help children avoid the stigmatization that often accompanies youth living in an institutional setting. The homes are supervised by dedicated live-in parents who provide unconditional therapeutic care and supervision for up to five youth per home. FCSA currently operates one boy's home, one girl's home, and one boy's home for dual diagnosed youth, and is in the process of building

additional homes to fulfill Alaska's current and increasing demand for therapeutic residential services.

The TFH program uniquely addresses the needs of Alaskan youth by providing services far beyond mere residential placement, including an extensive array of individualized services, empowering residents with the skills necessary to successfully transition into a less restrictive environment. TFH embodies FCSA's wrap-around service philosophy, offering clinical, psychiatric and rehabilitation services on-site and within the community. TFH staff facilitates the creation of a treatment team composed of family, natural support, educational, professional and community members who develop an individualized service plan (ISP) that serves as the foundation for establishing relevant goals. Based on the child and family's strengths, values, culture, service modality preferences, needs and concerns as set forth in the ISP, clients receive appropriate individual group and family skill development and therapy services. TFH is also committed to ensuring that each child's academic needs are adequately addressed and as such, team members provide support and actively participate in the entire education process, including after school support, tutoring and guidance. Residents are also encouraged to participate in extracurricular activities of interest to them.

### *Therapeutic Foster Care/Respite Program:*

FCSA recruits, trains, and contracts therapeutic foster homes to ensure that children and youth with special needs, in our care, are provided a quality, nurturing, home environment in which they can thrive. FCSA has on contract, a Foster Home Licensing Specialist responsible for ensuring that the homes maintain state and agency standards and receive continued support and training as needed to meet and exceed those expectations. By licensing and monitoring our own foster homes, FCSA is able to provide qualified families who are well trained to ensure they are ready to face the challenges presented that come with caring for children and youth with severely emotionally disturbed diagnoses.

Respite services are offered through FCSA to foster and natural parents as reprieve from the constant demands of children and youth displaying severely emotionally disturbed behaviors. A respite house with caring and committed, live-in parents provide families with weekend respite services in an attempt to prevent parents from feeling overwhelmed with their special needs child.

### *Clinical Services:*

FCSA provides outpatient therapy services to clients and their families. The mission of the Clinical Services department is to ensure that each child receives quality, individualized and effective treatment while in the care of FCSA. The clinical department delivers seamless case consultation for all agency programs and acts as a liaison to community agencies on clinical services provided by FCSA. Clinical services available to clients include individual, group and family therapy provided by the clinical team assigned to the child. Therapeutic services are available throughout FCSA programs. Psychiatric services are available for clients through FCSA's contract. The on-site psychiatrist meets with clients frequently throughout the course of treatment and is also available as needed for consultation with the client's treatment team.

Clinical Services are integral to the implementation of FCSA's wrap-around system of care. Services are individualized according to diagnoses, level of functioning, internal and external barriers and strengths and multi-dimensional assessments to determine the level of care necessary for personal growth and sustainable progress. Clinicians conduct comprehensive assessments prior to admission into FCSA services and semi annually thereafter to ensure that services received effectively address the child's and family's needs. The Clinical Services program is seeking to expand their outpatient services to include clients from a broader spectrum of the community, incorporating a substance abuse program for youth in the community.

### *Delta Junction Services:*

FCSA offers mental health rehabilitation services for children in the Delta Junction area. Delta Junction is located approximately 100 miles south-east of Fairbanks on the Richardson Highway. These intervention services are delivered in conjunction with other public and private agencies in the community. The program goal is to target behaviors that if left unchecked will most often lead to the development of significant and long-term mental illness. The primary intervention methods used are to reinforce the youth's natural resiliency skills, provide support and training to the child's family, and make available positive activities designed for the youth's abilities.



## *New and Future Projects:*

### *FCSA's New Administrative Building:*

FCSA plans to begin construction of a new administrative building in the spring of 2006 which will assist in the consolidation of services. The 16,000 square foot, two story facility will house the administrative offices, clinical services, ATOP program, TFH program, and the Youth Education Support Services (YESS) secondary program which will include three classrooms.

### *Residential Psychiatric Treatment Center (RPTC):*

FCSA in partnership with Boys and Girls Home and Family Services (BGHFS) another non-profit organization has been working to establish an RPTC treatment program in Fairbanks to fill the gap in

services now occurring in the state. There are currently no RPTC level services available in interior, northern or northwest Alaska. To operate the proposed new facility/program FCSA & BGHFS will form a new Alaska nonprofit corporation inclusive of board members from the local community. The population to be served in the new facility/program will be Children (boys & girls) ages 5 to 18, with some exception for special populations of young adults ages 19 to 21. The project is designed to provide service for a maximum of 120 children, 60 requiring intensive treatment for mental illness and 60 in special need populations requiring lower levels of treatment.

### *Pre-Development Self Reliant Home:*

FCSA was recently awarded a planning grant to complete a pre-development evaluation to determine the feasibility of establishing an independent living program, Self Reliant Home (SRH). This program would serve mentally ill adults that are severely emotionally disturbed between the ages 18 and 21. These clients are in need of behavioral health support services to help cope with their mental illness while learning to live independently or transitioning into adult mental health services.

### *Integrated Substance Abuse and Mental Health:*

FCSA strives to continually meet the needs of youth receiving services by the organization. As the needs of Alaskan youth requiring services for dual diagnoses has become increasingly apparent FCSA has started developing treatment services to insure that outpatient substance abuse services will be integrated into the mental health services insuring comprehensive treatment planning and services.

Presently FCSA now provides Alcohol and Drug Instructional School (ADIS) for youth ages 14-20, who are required by the justice system to complete the course.

FCSA operates a Dual Diagnosed Therapeutic Family Home which focuses on addressing the youth's primary mental health diagnosis and their primary substance abuse diagnosis in a residential family setting.

### *Therapeutic Family Home Expansion:*

FCSA has constructed three additional Therapeutic Family Homes. Two of the homes will provide services to children 13 and older; one of those will provide services to youth who are dually diagnosed with substance abuse and mental health disorders. One of the homes will provide services to children 12 and younger. The three new homes will provide 16 additional beds for children currently placed out of state in psychiatric facilities or for children in danger of being sent out of state.

## *FCSA Morale:*

FCSA is committed to supporting its employees and fostering high staff morale because management recognizes the innumerable benefits that derive from staff that are appreciated and happy within their personal lives and work environment. An organization with high employee morale lends to high quality work, job satisfaction and low employee turnover. Additionally, FCSA recognizes that in the mental health field, "burn-out" is a common occurrence and as such, promotes staff morale whole-heartedly. Below are some examples of how FCSA encourages morale within the organization.

### *Forget-Me-Not Committee:*

The Forget-Me-Not Committee is comprised of members from each program and is responsible for organizing and arranging events throughout the year. Typically gatherings sponsored by the committee are fun, uplifting and participatory functions like luncheons, contests, T-shirt days, holiday activities, cook-offs, etc.

### *Staff Satisfaction Survey's:*

FCSA conducts staff satisfaction surveys which include questions regarding supervision; lines of authority; communication; quality management; team work; professional growth; advancement; adequate orientation and job descriptions; and the quality of treatment provided. Overall FCSA staff show satisfaction with FCSA and all staff indicated they are proud to tell people they work for FCSA. The input received from surveys has resulted in the creation or modification of many FCSA employee support programs.

### *Flexibility:*

FCSA embodies flexibility with staff and encourages due attention to personal and family obligations. As such, employees wanting to attend their child's play or special field trip are provided the opportunity to do so, and paid time is permitted for attending parent teacher conferences. Employees without children are also afforded flexibility to meet their out-of-office needs.

### *Employee Benefits:*

FCSA offers a comprehensive and competitive salary and benefits package, complete with retirement, medical, life and disability insurance, and paid leave.

### *Education Incentives:*

In addition to in-house training and attending professional, community and state seminars, FCSA encourages higher education opportunities for staff and offers compensation for university level classes.

### *Annual Picnic:*

Each summer, FCSA staff of all programs and departments gather together to enjoy a picnic complete with entertainment and/or activities, providing employees an opportunity to interact outside of the office atmosphere.

### *Annual Christmas Party:*

FCSA provides an annual Christmas party for staff complete with dinner, entertainment, and door prizes, providing employees an enjoyable evening and opportunity to interact with co-workers.

