## Revenue by Source:



## Expenditure by Program:



Exhibit EGI page 15 of 10

## FCSA Organizational Chart:





Exhibit E G page 1 of 1V

The YESS schools are committed to educating the student as a whole person, accounting for who they are as an individual to foster success academically and beyond. YESS boasts an excellent student-teacher ratio that allows for necessary one-on-one attention not available to children and youth with high need levels in traditional educational institutions. By assisting students to work on behavioral goals and academic assignments, they are better equipped to return to and be successful in a less restrictive school environment. Alternatively, older students who have not been successful elsewhere work on their studies in an effort to graduate from high school and prepare themselves for life after public school.

YESS is proud to provide students with exciting and adventurous opportunities in which to foster personal growth that children in FCSA services would not typically be exposed to.

> *One example of the awesome opportunities afforded to FCSA clients through the YESS program, includes participating in W.I.L.D. About Denali, in which up to ten children and youth road-trip to Denali Park to experience the majestic Alaskan outdoors, complete with rafting, hiking, site-seeing and daily activities led by a Denali Foundation guide.*

Summer Skills Development staff work with the younger students during the summer months to develop, practice and maintain social and life skills requisite to healthy academic, familial and peer relationships. The SSD program is progressively designed to help children maintain contact with a school-like setting during summer vacations while addressing behavioral goals and developing skills for a successful return to school. The daily activities are fun and engaging and each day presents new and exciting adventures both indoors and outdoors. Participation is voluntary and each child chooses the activities they wish to participate in from a prepublished calendar of activities, field trips, and events.

The Work Study Skills program strives to instill sound work ethic and solid vocational skills for young adults by providing them with an opportunity to work in a paid position complete with benefits and responsibilities. Being successful at a job has proven very therapeutic for student workers, providing them with a positive employment experience while boosting their self esteem and resume. Additionally, students who choose to complete the necessary coursework can earn one high school credit. This comprehensive program runs for a ten week period during the summer and has been so successful with students that there is typically a wait list for participants.

### Therapeutic Family Home (TFH):

FCSA's Therapeutic Family Homes provide quality residential care to male and female youth ages 12-18 that are experiencing mental health and behavioral issues and are at imminent risk of psychiatric placement outside of their community. The family atmosphere of the homes help children avoid the stigmatization that often accompanies youth living in an institutional setting. The homes are supervised by dedicated live-in parents who provide unconditional therapeutic care and supervision for up to five youth per home. FCSA currently operates one boy's home, one girl's home, and one boy's home for dual diagnosed youth, and is in the process of building

John Foster Wallace
McCONAHY, ZIMMERMAN & WALLACE
711 Gaffney Road, Suite 202
Fairbanks, AK 99701
(907) 452-2211
(907) 456-1137 facsimile
foster@mzwlaw.com



Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT and LORETTA E. PROBERT, and others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| FAMILY CENTERED SERVICES OF ALASKA, INC. | )<br>)<br>) |
| Defendant. | )<br>) Case No.: 4:07-CV-00030 RRB |

### FIRST SUPPLEMENT TO FAMILY CENTERED SERVICES OF ALASKA, INC'S CIVIL RULE 26 INITIAL DISCLOSURES

Family Centered Services of Alaska, Inc., by and through its attorneys of record, the law office of McConahy, Zimmerman & Wallace, hereby supplement their disclosures pursuant to the Federal Rule of Civil Procedure as follows:

B.   **Relevant Documents, Data Compilation and Tangible Things**

Attached are copies of personnel files for Donna Grimes and John Grimes. Documents are bates numbered FCSOA-00359 through FCSOA-00419.

## Family Centered Services of Alaska

### Therapeutic Family Home Interview Questions

Applicant Name(s): Donna & John Grimes

Date: 9/28/05

Interviewers: Sue Dick, Lonnie Held

1). Please describe any education, training, work experience or volunteer work that you have relevant to this position.

*Donna parent @ Nenana public schools – Both have worked @ Nenana public schools*

2). What interests you about this job?

*Fulfillment & enjoyment working with kids. Working w/ the teens instead of older kids.*

3). One of the responsibilities of the TFH Parent(s) is to implement a behavior management plan to assist client's in following the house rules. What behavior management plans/techniques have you used in the past?

*Points – demerits – /– 30 (max) – Sent home @ 3 pts.
Assigned chores to w/ def pts.
Pos reinforcement – no more no – computer –/*

4). The position of the Therapeutic Parent(s) requires that you live on-sight with the clients. What challenges do you foresee residing with five SED youth?

*Not having worked w/ SED – not sure what challenges – (of sure burnout is a challenge.*

Family Centered Services of Alaska

Therapeutic Family Home Interview Questions

Applicant Name(s): John & Donna Grimes

Date: 9-28-05

Interviewers: Lonnie / Suszao

1). Please describe any education, training, work experience or volunteer work that you have relevant to this position. Junior College / Computer Secretarial School

2). What interests you about this job? HouseParents

3). One of the responsibilities of the TFH Parent(s) is to implement a behavior management plan to assist client's in following the house rules. What behavior management plans/techniques have you used in the past? Positive Reinforcement Consistent

4). The position of the Therapeutic Parent(s) requires that you live on-sight with the clients. What challenges do you foresee residing with five SED youth? Unknown - Burnout - Ask for help make time for yoorself.

SHIFT TIMES and HOURS WORKED for Gene Grissom

| Day | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Date | 5/7/2006 | 5/8/2006 | 9-May | 10-May | 11-May | 12-May | 13-May |
| Shift | 8:30a | 5:30p | 8:30a | 6:00p | 10:45a | 9:00a | 5:30p |
| to | 6:00p | 10:45p | 10:00p | 10:00p | 10:00p | 10:00p | 10:00p |
| Hrs | 9:30 | 5:15 | 13:30 | 5:00 | 11:15 | 11:00 | 4:30 |
|  | 930 | 515 | 1330 | 500 | 1115 | 1100 | 430 |
|  | 930 | 1445 | 2775 | 3275 | 4390 | 5490 | 5820 |

Ttl hrs on call - wk of: May 7/13   58 hrs. 20 min.

| Day | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Date | 14th | 5/15/2006 | 16-May | 17-May | 18-May | 19-May | 20-May |
| Shift | 7:30a | 10:30a | 12:30p | 8:30a | 3:00a | 5:00P | O |
| to | 5:00p | 10:00p | 10:30p | 10:30p | 10:00p | 10:30P | F |
| Hrs | 9:30 | 11:30 | 9:30 | 14:00 | 19:00 | 5:30 | F |
|  | 930 | 1130 | 930 | 1400 | 1900 | 530 | 0 |
|  |  | 2060 | 2990 | 4390 | 6290 | 6820 | 6820 |

Ttl hrs on call - wk of: May 14/20   68 hrs. 20 min.

Page # 3

Exhibit ___ page ___ of ___

SHIFT TIMES and HOURS WORKED For Gene Grissom

| Day | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Date | 21st | 5/22/2006 | 23-May | 24-May | 25-May | 26-May | 27-May |
| Shift | 4:30P | 7:30a | 7:30a | 7:30a | 7:30a | 7:30a | 8:30a |
| to | 5:30P | 9:30p | 11:00p | 10:00p | 10:30 | 10:00p | 10:30p |
| Hrs | 1:00 | 14:00 | 15:30 | 14:30 | 15:00 | 14:30 | 14:00 |
|  | 100 | 1400 | 1500 | 1430 | 4430 | 7360 | 8760 |
|  |  | Hrs | Hrs | Hrs | Hrs | Hrs | Hrs |
|  |  | 1400 | 1500 | 3000 | 0:00 | 1430 | 1400 |
|  |  |  |  |  | 5930 |  |  |

Ttl hrs on call - wk of: May 21/27     hrs. 88    min. 0

| Day | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Date | 28th | 5/29/2006 | 30-May | 31-May | 1-Jun | 2-Jun | 3-Jun |
| Shift | 8:30a | 2:30p | 9:30a | 8:30a | 9:30a | 9:30a | 8:30a |
| to | 5:30p | 10:00p | 11:00p | 11:00p | 11:00p | 11:00p | 10:00p |
| Hrs | 9:00 | 7:30 | 13:30 | 13:30 | 13:30 | 13:30 | 13:30 |
|  | 900 | 1630 | 1330 | 1330 | 1330 | 1330 | 1330 |
|  | 900 | 730 | 2960 | 4290 | 5620 | 6950 | 8280 |

Ttl hrs on call - wk of: 5-28/6-3     hrs. 83    min. 10

Page # 4

Exhibit 5 page 1 of 1

SHIFT TIMES and HOURS WORKED   For Gene Grissom

2006

| Day | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Date | 4/9/2006 | 4/10/2006 | 11-Apr | 12-Apr | 13-Apr | 14-Apr | 15-Apr |
| Shift | 8:30a | 11:30a | 9:30a | 07:30a | 7:30a | 9:45a | 8:30a |
| to | 6:00p | 9:30p | 10:00p | 10:00p | 10:00p | 10:00p | 10:00p |
| Hrs. | 9:30 / 930 | 10:00 / 1000 | 12:30 / 1230 | 14:30 / 1430 | 14:30 / 1430 | 12:15 / 1215 | 13:30 / 1330 |

Ttl hrs. 930 + 1000 + 1930 + 3160 + 4590 + 6020 + 7235 = 8565
Ttl hrs on call - wk of: Apr 4/15   86 hrs 5 min

| Day | Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Date | 16th | 4/17/2006 | 18-Apr | 19-Apr | 20-Apr | 21-Apr | 22-Apr |
| Shift | 8:30a | 10:30a | 10:30a | 7:30a | O | 10:30a | 8:30a |
| to | 6:00p | 7:00p | 11:00p | 6:00p | F | 10:45p | 12:30a |
| Hrs. | 9:30 / 930 | 8:30 / 830 | 12:30 / 1230 | 10:30 / 1030 | 0:00 / 0 | 12:15 / 1215 | 16:00 / 1600 |

Ttl hrs. 930 + 1760 + 2990 + 4020 + 4020 + 5235 + 6835
Ttl hrs on call - wk of: Apr 16/22   68 hrs 35 min

*Chg only paid for 36 hrs per wk/wk*
*2 wk to be off 154*
*1 wk he rtn 36*

Page # 1

Exhibit 6  page 1 of 1