advise the inquiring party that an application needs to be completed and submitted for review and consideration.

5. Within five days of receipt of an application for admittance into the TFH program the TFH Director and FCSA Director of Behavioral Health will review the application for completeness. If the application is determined to be complete, the individual/agency submitting the application will be notified that the application is complete. If the application is determined to be incomplete the TFH Director will notify the individual/agency submitting the application that it is incomplete, and identify the specific deficiencies. The inquiring party will be advised that no further action regarding the application will be considered until the additional required items have been submitted.

6. Upon receipt of a completed application, as determined by the TFH Director and FCSA Director of Behavioral Health, within seven days, a decision will be made to approve or disapprove the application.

7. In the event an application for admission is denied, the TFH Director will within 24 hours verbally advise the inquiring individual/agency, and within two days issue a rejection letter detailing the reasons for rejection. If the rejection is related to an admission request from OCS/DJJ, the rejection letter will be directed to the OCS/DJJ employee making the request. All admission rejections must be approved by the TFH Director.

8. When an application is rejected referrals should be included in the letter of denial when possible. If specific referrals are not available, the type of services the TFH Director considers appropriate should be stated.

9. If an application for admission is approved, the TFH Director will verbally advise within 24 hours the inquiring individual/agency and within two days the FCSA Director of Behavioral Health will issue an approval letter.

10. Regardless if an application from OCS/DJJ has been approved, no bed will be held for a client unless approved by the TFH Director and FCSA Director of Behavioral Health.

11. For non-OCS/DJJ referrals, beds may be held open for the anticipated arrival of a client at the discretion of the TFH Director and FCSA Director of Behavioral Health.

Revised 11/13/03

7

Exhibit 2 page 2 of 8

John Foster Wallace
McCONAHY, ZIMMERMAN & WALLACE
711 Gaffney Road, Suite 202
Fairbanks, AK 99701
(907) 452-2211
(907) 456-1137 facsimile
foster@mzwlaw.com



Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT and LORETTA E. PROBERT, and others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| FAMILY CENTERED SERVICES OF ALASKA, INC. | )<br>)<br>) |
| Defendant. | )<br>) Case No.: 4:07-CV-00030 RRB |

## FIRST SUPPLEMENT TO FAMILY CENTERED SERVICES OF ALASKA, INC'S CIVIL RULE 26 INITIAL DISCLOSURES

Family Centered Services of Alaska, Inc., by and through its attorneys of record, the law office of McConahy, Zimmerman & Wallace, hereby supplement their disclosures pursuant to the Federal Rule of Civil Procedure as follows:

**B.**     **Relevant Documents, Data Compilation and Tangible Things**

Attached are copies of personnel files for Donna Grimes and John Grimes. Documents are bates numbered FCSOA-00359 through FCSOA-00419.

CONAHY, ZIMMERMAN
& WALLACE
ATTORNEYS AT LAW
PROFESSIONAL CORPORATION
GAFFNEY ROAD, SUITE 202
FAIRBANKS, ALASKA
99701-4662
(907) 452-2211

Exhibit 3  page 1 of 3

## Family Centered Services of Alaska

### Therapeutic Family Home Interview Questions

Applicant Name(s): John & Donna Grimes

Date: 9-28-05

Interviewers: Lonnie / Suszao

1). Please describe any education, training, work experience or volunteer work that you have relevant to this position. Junior College / Computer Secretarial School

2). What interests you about this job? HouseParents

3). One of the responsibilities of the TFH Parent(s) is to implement a behavior management plan to assist client's in following the house rules. What behavior management plans/techniques have you used in the past? Positive Reinforcement Consistent

4). The position of the Therapeutic Parent(s) requires that you live on-sight with the clients. What challenges do you foresee residing with five SED youth? Unknown - Burnout - Ask for help make time for yourself.

Exhibit 3   page 2 of 3

FCSOA-00390

Family Centered Services of Alaska

Therapeutic Family Home Interview Questions

Applicant Name(s): Donna + John Grimes

Date: 9/28/05

Interviewers: Sue Ochs, Lonnie Held

1). Please describe any education, training, work experience or volunteer work that you have relevant to this position.

Dim Parent @ Noonan public schools - Both have worked @ Noonan public Schools

2). What interests you about this job?

Fulfillment + enjoyment working with kids. Working w/ patterns instead of derelict.

3). One of the responsibilities of the TFH Parent(s) is to implement a behavior management plan to assist client's in following the house rules. What behavior management plans/techniques have you used in the past?

Points - demerits - (~30(max)) - Sit time @ 3 pts
Assigned chores to work off Pts.
Pos reinforcement - no music no computers.

4). The position of the Therapeutic Parent(s) requires that you live on-sight with the clients. What challenges do you foresee residing with five SED youth?

Not having worked w/ SED - not sure what challenges - foresee burnout as a challenge.

Exhibit 3 page 3 of 3

FCSOA-00388

# NOVEMBER 2006

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
|  |  |  | 1 All Saints Day (M) | 2 S 3 - 9 3<br>Day of the Dead (M) | 3 S 3 - 9 3 | 4 9:30 - 12:30 |
| 5 S - 10 | 6 S 3 - 9 3 | 7 S 3 - 9 3<br>Election Day (US) | 8 S 3 - 9 3 | 9 8:00 Am<br>3:05 pm | 10 8 - 12 | 11 11-11<br>Veterans' Day (US)<br>Remembrance Day (C) |
| 12 S 3 - 12 | 13 S 3 - 9 3 | 14 S 3 - 9 3 | 15 S 3 - 9 3 | 16 S 3 - 9 3 | 17 S 3 - 9 3 XXX | 18 8 - 11 |
| 19 10 - 10 | 20 S 3 - 9 3<br>Revolution Anniversary (M) | 21 S 3 - 9 3 | 22 S 3 - 9 3 | 23 10 - 10<br>Thanksgiving (US) | 24 10 - 10 XXX | 25 10 - 10 |
| 26 10 - 10 | 27 S 3 - 9 3 | 28 S 3 - 9 3 | 29 S 3 - 9 3 | 30 S 3 - 9 3 |  |  |

Exhibit 4 page ___ of ___

# SEPTEMBER 2006

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | | | | | 1 off 12-9 | 2 off 12-8 |
| 3 10-10 Mikaela Eric (school) | 4 10-10 Labor Day (C, US) | 5 5A-9P School - 3:30-5:30 | 6 5A-9P School 3:30-5:30 | 7 5A-9P Sunday 10:30 Dr. Quesada | 8 5A-9P KKK 8P-1A | 9 off 8-1A |
| 10 15-10 On Call 4:00pm | 11 5-9 Patriot Day (US) On Call 4:00pm 407A 9A 10AM | 12 5-9 School 3:30 10AM | 13 5-9 Pick Up Park 2:30 AAR @ 900 | 14 5-9 Windsurfent Pick up clock 5:30P 130 MK 2:00 Res 3:00 | 15 5-9 Declaration of Independence (US) 2:00 Wrestling Start | 16 |
| 17 5-9 no weigh in | 18 5-9 School 5:30-9:30 mom to springfield | 19 5-9A Carpet 10:00 TS | 20 5A-9P the 1:00 PM Intake TS | 21 5A-9P | 22 5A-11P Rosh Hashanah 10:00 Pts for Soccer... Swimland... Raft Camping | 23 8A 12A Rosh Hashanah Autumn begins First of Ramadan |
| 24 10-10 VP to Fairbanks Robotics | 25 5A-9P up + down will tuck all night | 26 9A 10:30 Dr. Matsuura 11:30 Kayla Masters Kenny @ 8:30 unload 5:30-8:30 | 27 Back to school woop will tuck 9 PM up + down all night | 28 5p-9p Back to school 1 2 3 | 29 5A-9P | 30 8A 12A |

# AUGUST 2006

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
|  |  | **1** Rosie 10:15 Dr. Hellenbrand change + follow-up 9-10 — Group | **2** 8-10 1-3 Root 1:13 Rose build 2-3:41 Michelle | **3** off !! | **4** Group 8+12A 9:00 | **5** 11/4/2 P |
| **6** ofcallo opplinimite 8/11/06 thru 10/31/06 Sally Powell of (CRaes) Sandy 9-10 | **7** Civic Holiday (C) | **8** 8-10 Group | **9** 8-10 3-HR Group | **10** 9-11 xxx | **11** 9-12 | **12** 11/8/12 P |
| **13** 10A-10P Rosie P6 Test | **14** 9A-4P | **15** 8A-10A Rosie Dent 11:30 | **16** 10A-10P | **17** 10-12 Sandy Dent 10:30 | **18** 10- off 6pm | **19** Back 6pm-10A |
| **20** 10A-12A | **21** 6A-10P | **22** 6A-10P Gent Dent 11:30 | **23** 6A-10P | **24** 6A-10P | **25** 6A-10P xxx | **26** off 12p-8pm worked 10/6/10 |
| **27** 10A-10P Rosalind momma visit | **28** 6-10 Snd Dent Simpson Burles | **29** 6-10 3:00 QA 4:00- Group Dr Ashley Rosie Michelle | **30** 6-10 Sangea 12:30 | **31** 6-10 3:00 Rosie 4:00 Michelle | 6-10 Sherry 3:00 off 12-8 | off 12-8 |

AUGUST