# Family Centered Services of Alaska

*1825 Marika Road, Fairbanks, AK 99709*

| Programs | Consumer Information | Home |
| --- | --- | --- |
| Annual Report | Human Resources | History |

## Announcements

**Board of Directors Meeting:** Thursday, October 23, 2008.

**Therapeutic Family Homes (TFH):**

FCSA started construction of three (3) Therapeutic Family Homes (TFH) the spring of 2008 in the Fairb: is anticipated that these group homes will be completed by the fall of 2008. The TFH's are designed services for up to five (5) youth per home and the care and oversight is provided by Therapeutic Parents.

**FCSA Rated Number One:**

Family Centered Services of Alaska (FCSA) was rated number one this year by the State of Alaska, De Health and Social Services who rated each of the 63 mental health treatment grantees in Alaska b; following criteria:

1. Quality of program (treatment model) design;
2. Effectiveness of treatment, and;
3. Quality of both programmatic and fiscal management.

The evaluation/rating of programs was undertaken as part of this year's state budgeting process to deter organizations the state should continue to fund, or increase funding to, and the organizations for wh should be reduced. The end result of the rating exercise was that FCSA was the highest rated of the 63 g one (1) of six (6) organizations for which a funding increase was recommended to the Alaska Legislature

**Dillingham Project:**

Family Centered Services of Alaska (FCSA) in conjunction with Bristol Bay Native Association (F Bristol Bay Native Health Corporation (BBNHC) has applied for funding to the Denali Com construction of one 3,015 sq. ft. Therapeutic Family Home (TFH), that will serve up to six (6) children:

Exhibit __1__ page __1__ of __3__

that have been diagnosed as Severely Emotionally Disturbed (SED), in Dillingham, Alaska. FCSA  
construction of the TFH, set up and operations of the residential treatment program. The long-range  
home/program is to turn complete operations over to Bristol Bay Native Association (BBNA) and  
Native Health Corporation (BBNHC).

Construction has begun on the Dillingham TFH, tentative completion date is late fall 2008.

### Residential Psychiatric Treatment Center (RPTC):

The Boys and Girls Home of Alaska Residential Psychiatric Treatment Center had its grand opening o  
2008. The facility is officially providing services to youth. It is anticipated that the program will be at f  
in the fall of 2009.

The goal of the joint project, between Family Centered Services of Alaska (FCSA) and The Boys and Gi  
Alaska (BGHA) was to establish a residential program in Fairbanks in order to fill the gap in servic  
occurring in Alaska but most specifically within the interior of the state. The unavailability of this level o  
Alaska has forced the State for custody children and private families for non-custody children to place  
other states for treatment. Last year alone, the state placed over 800 Alaskan children with severe ment  
facilities located in approximately 20 other states for treatment. In addition, placement outside of  
treatment facilities prevents most family's members from active involvement in their child's treatmer  
critical for long term success. The BGHA RPTC will keep most Alaskan children who require inten  
health treatment closer to home, near family and allow for more effective integrated services.

The BGHA RPTC program completes the continuum of care needed for families in the interior area  
FCSA provides an array of services from prevention and early intervention to outreach and support for t  
youth experiencing severe emotional difficulties. The addition of the BGHA RPTC program p  
opportunity for youth to be locally placed in a higher level of care, as well as stepped down to a lower l  
as they complete their treatment process. Having all programs in one location is more cost effective an  
for the client and his/her family. The ages served through this cooperative project will be boys and girls,

The facility will not only house the residential units, but also a full gymnasium, theater and education  
cost of construction is expected to be approximately $25 million and will be funded through bonds a:  
campaign. Addition of the RPTC program will create approximately 120 jobs.

Family Centered Services of Alaska (FCSA) in partnership with Boys and Girls Home of Alaska, Inc  
received a Certificate of Need award in April 2006 to create and operate a total of 120 beds, multi levels  
Residential Psychiatric Treatment Center (RPTC) in Fairbanks, Alaska.

### FCSA's Administrative Building:

FCSA has moved into the new central office building to consolidate all programs at one location at 1  
Road. The 19,000 square foot facility will house the administrative offices, clinical services, all nor  
children and family programs and/or services operated in Fairbanks, and the expanded secondary scho  
(20 to 40 youth), with the exception of the primary school that FCSA operates.

### Construction Pictures

Exhibit 1 page 2 of 3

*Programs*  *Consumer Information*  Home

*Annual Report*  *Human Resources*  *History*

Exhibit 1 page 3 of 3