John Foster Wallace
McCONAHY, ZIMMERMAN & WALLACE
711 Gaffney Road, Suite 202
Fairbanks, AK 99701
(907) 452-2211
(907) 456-1137 facsimile
foster@mzwlaw.com

RECEIVED
JUL 07
BY:

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT and LORETTA E. PROBERT, and others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| FAMILY CENTERED SERVICES OF ALASKA, INC. | ) ) ) |
| Defendant. | ) ) ) Case No.: 4:07-CV-00030 RRB |

### FIRST SUPPLEMENT TO FAMILY CENTERED SERVICES OF ALASKA, INC'S CIVIL RULE 26 INITIAL DISCLOSURES

Family Centered Services of Alaska, Inc., by and through its attorneys of record, the law office of McConahy, Zimmerman & Wallace, hereby supplement their disclosures pursuant to the Federal Rule of Civil Procedure as follows:

**B.  Relevant Documents, Data Compilation and Tangible Things**

Attached are copies of personnel files for Donna Grimes and John Grimes. Documents are bates numbered FCSOA-00359 through FCSOA-00419.

McCONAHY, ZIMMERMAN
& WALLACE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
GAFFNEY ROAD, SUITE 202
FAIRBANKS, ALASKA
99701-4652
(907) 452-2211

Exhibit 4 page 1 of 3

## Family Centered Services of Alaska

### Therapeutic Family Home Interview Questions

Applicant Name(s): Donna & John Grimes

Date: 9/28/0?

Interviewers: Sue Dr[...] / L[...] H[...]

1). Please describe any education, training, work experience or volunteer work that you have relevant to this position.

*Dorm parents @ Nenana public schools - Both have worked @ Nenana public Schools*

2). What interests you about this job?

*Feel fulfillment + enjoyment working with kids. Working w/ futures instead of [...].*

3). One of the responsibilities of the TFH Parent(s) is to implement a behavior management plan to assist client's in following the house rules. What behavior management plans/techniques have you used in the past?

*Points - demerits - /- 30(m+s) - Sent home @ J pts. Assigned chores [...] def pts. Pos reinforcement - no more no-[...] w/.*

4). The position of the Therapeutic Parent(s) requires that you live on-sight with the clients. What challenges do you foresee residing with five SED youth?

*Not having worked w/ SED - not sure what challenges - [...] burn out [...] a challenge.*

Exhibit 4 page 2 of 3

FCSOA-00388

# Family Centered Services of Alaska

## Therapeutic Family Home Interview Questions

Applicant Name(s): John & Donna Grimes

Date: 9-28-05

Interviewers: Lonnie / Suszan

1) Please describe any education, training, work experience or volunteer work that you have relevant to this position. Junior College / Computer Secretarial School

2) What interests you about this job? HouseParents

3) One of the responsibilities of the TFH Parent(s) is to implement a behavior management plan to assist client's in following the house rules. What behavior management plans/techniques have you used in the past? Positive Reinforcement Consistent

4) The position of the Therapeutic Parent(s) requires that you live on-sight with the clients. What challenges do you foresee residing with five SED youth? Unknown - Burnout - Ask for help, make time for yourself.

Exhibit 4 page 3 of 3

FCSOA-00390