# ANNUAL REPORT 2005

## Family Centered Services of Alaska



Family Centered Services of Alaska
620 5th Avenue, 2nd Floor
Fairbanks, AK 99701-4512
(907) 474-0890
cmassingill@familycenteredservices.com

Exhibit 7 page 1 of 16

*Our Mission is to Serve Alaska by Providing Family and Child Centered Services with Unconditional Care*



FCSA Board of Directors

Pictured left to right: Deborah L. Coxon, President; Andre' Layral, Vice President; Charlie Sparks, Treasurer; Cathy Albright, Secretary; Cory Borgeson, Member.

## Table of Contents

| | |
|---|---|
| Letter from Executive Director | 3 |
| FCSA History | 4 |
| Management | 4 |
| FCSA Programs | 6 |
| New and Future Projects | 11 |
| FCSA Morale | 13 |
| Finances | 15 |
| Organizational Chart | 16 |

The 2005 Annual Report was authored, compiled, and edited by John W. Regitano, Amelia Ruerup, Eric Higginbotham, Suszan Dale, Kathy Cannone and Cindy M. Massingill.

## Letter from the Executive Director and Board President

Dear Readers:

We are proud to report that during Fiscal Year 2005 Family Centered Services of Alaska (FCSA) continued to meet and exceed client service expectations, by providing unparalleled services to Alaskan children and their families. After sixteen years of operation, FCSA continues to be a healthy, fiscally sound, and well-managed organization committed to providing care to children and families residing not only in Interior and Northern Alaska but for the entire state. During the year, FCSA continued to operate a variety of well-established programs and significantly expand new programs and services to meet our client's needs.

Within our area of expertise, FCSA continued to be an innovator in the development of new ways to address some of the many unmet needs of mental health consumers in Alaska in a cost effective quality manner. To help achieve the changes FCSA took a leadership role in working collaboratively with local, state and community agencies, to develop a network of services beyond our agency and help prevent the duplication of services. This current year FCSA took the initiative to expand the number of residential beds available for children to help prevent them from leaving Alaska to receive service and because of those efforts we were able to double the number of beds available for children in the community of Fairbanks. This year again we were able to add qualified professional staff members dedicated to the delivery of individualized services to severely emotionally disturbed children. These staff assist the children in developing functional social and life skills resulting in a much higher likelihood of maintaining healthy relationships and living meaningful independent lives.

FCSA is proud of our history of delivering individualized services that take into account the client as a whole person and well-being of the family. The unmet service needs of those children and families we provide service to continue to remain paramount in all managerial decisions. We are pleased and excited with our achievements during Fiscal Year 2005 and look forward to providing Alaskans with quality services for many years to come.

Sincerely,

John W. Regitano  
Executive Director

Deborah L. Coxon  
Board President

## *FCSA History:*

Family Centered Services of Alaska (FCSA) embraces a rich history, proudly promoting mental health in Alaska for over sixteen years. FCSA is a non-profit, 501(c)(3) corporation, founded July 1, 1989, for the purpose of expanding the availability of specialized mental health services for Alaskan Children and their families. FCSA has historically provided these unique services in a concerted effort to address each child's mental health needs while keeping the child as close to their family, community and region as possible and in the least restrictive setting. The original founders of the organization were community members with a diverse range of professional and personal backgrounds, committed to helping children with a wide spectrum of mental health disabilities. Over the years, FCSA has progressively carried out the vision of its founding members.

Since its inception, FCSA has grown significantly in size and service delivery. In 1989, the organization had approximately 18 staff and an annual operating budget of $300,000. Today, FCSA has a staff of approximately 100 and an annual operating budget of $6 million, providing quality services out of nine (9) locations in the Fairbanks area and one in the community of Delta Junction. FCSA has become recognized as a forerunner in the delivery of individualized mental health services, utilizing a wrap-around service approach, taking into consideration each client and family's strengths, history, culture, needs and service modality preferences.

Two out of the ten programs currently in operation are recent developments, including Therapeutic Family Homes (TFH) (January 2004) and Youth Education Support Services (YESS) Elementary (November 2004). The YESS Secondary High School is the longest running program of FCSA, in operation since 1989. The Residential Diagnostic Treatment (RDT) started operation in 2001; Alternatives to Out of State Placement (ATOP) began operation in 1991; foster care licensing in 1993. As the needs of Alaskan children and their families requiring mental health and dual diagnoses services have changed overtime FCSA has continually changed over the years to meet those needs.

> *The key to FCSA's successful growth has been its commitment to providing quality mental health services to Alaska's children and youth; desire to address unmet needs, and a staff dedicated to serving clients with unconditional care.*

## *Management:*

FCSA's management team provides a solid foundation for the full spectrum of services provided by our organization. Each managerial department works independently and collaboratively to ensure that every program is best equipped to address the needs unique to the services they provide. FCSA management is hands-on, involved in the daily operations of providing cutting edge services to Alaskan youth and their families. The management of FCSA is pleased to highlight its experienced, dedicated and committed managerial team who continually strive to ensure that all services provided to our clients are seamless and superior in nature.



### *Executive:*

FCSA's Executive Director serves as a direct link to the Board of Directors and liaison to the agency's Consumer Parent Advisory Committee. The Executive Director is responsible for removing barriers to service delivery, developing and maintaining working relationships with state, federal and local agencies, funding procurement and ensuring program goals and objectives are achieved and sustained.

### *Fiscal:*

FCSA's Fiscal Department has been characterized as a cornerstone of the organizations success over the years, providing consistently sound fiscal management. The Fiscal department is operated under the direction of a Certified Public Accountant who ensures that all funding is efficiently and effectively expended. The Board of Directors oversees an independent audit report, conducted annually on all fiscal operations.

### *Human Resources:*

The Human Resources Department ensures all employment policies and practices are fair and equitable and in compliance with regulatory agencies. The Human Resources Department also oversees FCSA's employee health plan, ensures staff training interests and needs are provided for, disseminates employee information and collects affirmative action data.

### *Quality Assurance:*

The Quality Assurance Department is responsible for conducting internal reviews and management of all client files for each of FCSA's programs to ensure they comply with all CARF, state licensing and Medicaid regulations; administering biannual consumer, community and staff satisfaction surveys, and overseeing all program forms for consistency, uniformity and regulatory purposes.

### *Clinical Services:*

FCSA maintains, within the management structure of the organization, a clinical department that is overseen by the Director of Clinical Services. The function of the department is to assure that all treatment services are delivered in a quality manner and in accordance with nationally recognized best practices of the mental health treatment profession. Another key function of the department is to assure that all clinical staff receive regular and consistent training and/or professional enhancement opportunities. This helps assure the professional growth of the staff, consistency in treatment across all programs, and that sufficient support is provided to younger staff just entering the profession.

### *Training Department:*

FCSA's Training Department is dedicated to providing quality, relevant and up-to-date training for all FCSA staff, including new-hire orientation, CPR/First Aid, Managing Aggressive Behavior (MAB), cultural competency as well as a vast array of topic areas applicable to employees and families working with SED children and youth.

### *Administrative Services:*

FCSA's Administrative Services staff provide administrative support in a variety of levels throughout the agency, including facility management, health and safety, procurement of supplies and services, contract negotiation, general staff support functions, and providing support to the Board of Directors.



## *FCSA Programs and Services*

### *Behavioral Health Services:*

In Fiscal Year 2005, FCSA operated a variety of individualized service programs; each innovatively designed to serve unique populations of Alaskan children and youth diagnosed as severely emotionally disturbed. Ages of participants depends largely on the program; however clients are typically between the ages of eight and eighteen. All programs are progressively implemented to keep Alaskan children, at risk of out-of-state placement, in Alaska by providing them with individualized prevention and intervention services. FCSA offers full spectrum service delivery, including out-patient, residential, educational, foster care, respite and clinical programs.

FCSA recognizes the importance of family and natural support systems in order to maintain skills developed while under the care of FCSA and as such utilizes a wrap-around service approach. FCSA works collaboratively with state and local agencies, schools, and community

members to ensure client success. FCSA always seeks the least restrictive environment for their clients and when in the best interest of the child, promotes family reunification when a child has been removed from the home. FCSA is committed to serving children and their families with unconditional care.



FCSA is the primary service provider for the Northern Region which includes the following areas: North Slope, Yukon-Koyukuk, Fairbanks, Southeast Fairbanks, Denali, Nome, and Northwest Arctic.

> *A wrap-around service model is a process that incorporates the needs of a child and their family with all available community resources. It is a mode of mental health intervention and prevention based on the compilation of a treatment team with members relevant to the child. Team members include family, friends, natural supports, professional and community members. The treatment team develops and assists in the attainment of client goals as determined by the child's strengths, values, culture, service modality preferences and needs.*

### Alternatives to Out of State Placement (ATOP):

The ATOP program provides individualized mental health services for children and young adults diagnosed as severely emotionally disturbed who are at high risk of out-of-state placement in psychiatric facilities or are returning from out-of-state institutionalization. Client's receiving ATOP services are typically between the ages of eight and eighteen and in need of intensive treatment and support. In addition, a substantial portion of the population is involved with Division of Juvenile Justice, Office of Children Services and residential or foster home placement. ATOP's overarching goal is to improve the quality of life for client's and their families through promoting mental health.

The goal of the ATOP program is to be proactive, providing a wrap-around service approach, encouraging natural supports, family and community members as well as involved professionals

to form a treatment team to develop relevant goals for the client and assist in their attainment. Service plans and goal progress are reviewed by the treatment team quarterly to assure that the services are effectively addressing the client's needs. ATOP staff are dedicated to developing sustainable skills and work collaboratively with the schools, state and local agencies and the community to ensure client success.

Upon determination of a client's specific strengths, needs and challenges, an individualized service plan is compiled so that the client and their family receive the services best suited for them. Individual, group and family skills development, as well as case management services are provided by fully engaged coordinators and youth counselors and are available to each client. Individual and family therapy services are provided by in-house clinicians and an on-site psychiatrist is also available. Actual services received by each client vary in content and quantity as determined by the family's wants and needs.

### *Residential Diagnostic Treatment Facility (RDT):*

The RDT is the only facility of its kind in the Fairbanks area, providing quality residential and therapeutic services to severely emotionally disturbed children and youth. This nine (9) bed facility is accredited by the Commission on the Accreditation of Rehabilitation Facilities (CARF) and is one of only two such accredited facilities in the State. The RDT provides comprehensive mental health and behavioral services to male and female residents, 10-17 years of age who are at high risk of out-of-state placement. Residents are considered to be in imminent need of institutional placement in a mental health facility in order to stabilize severely emotionally disturbed behaviors. The RDT is a staff-secured, Level IV, treatment center with the capacity for nine residents in which four beds are reserved for children in state's custody and the remaining five beds are available for community referrals.

The RDT program is based on a cognitive behavioral model which is applied in individual, group and milieu settings. RDT personnel strive to provide children with multiple needs a safe and nurturing environment to facilitate behavioral and mental health progress, enabling them to successfully transition back into their own home, foster care or other less-restrictive environment. The RDT staff work collaboratively, participating in each step of the stabilization process, including hands on therapists and coordinators. Families and natural supports are also encouraged to and typically participate in therapy and treatment as to ensure that the skills developed within the RDT transfer into their personal lives. Children also attend school on-site with a certified teacher and aides so that their education and academics are not adversely effected while tending to their mental health needs.

### *Youth Education Support Services (YESS):*

YESS is an innovative day treatment program, dedicated to promoting academic and mental health success for severely emotionally disturbed children and youth in partnership with the Fairbanks North Star Borough School District. YESS operates an unparalleled elementary and secondary school that each run on the school district's calendar. YESS also runs a dynamic Summer Skills Development (SSD) program for younger students and a first-rate Work Study program for youth ages fourteen and older during summer break.

The YESS schools are committed to educating the student as a whole person, accounting for who they are as an individual to foster success academically and beyond. YESS boasts an excellent student-teacher ratio that allows for necessary one-on-one attention not available to children and youth with high need levels in traditional educational institutions. By assisting students to work on behavioral goals and academic assignments, they are better equipped to return to and be successful in a less restrictive school environment. Alternatively, older students who have not been successful elsewhere work on their studies in an effort to graduate from high school and prepare themselves for life after public school.

YESS is proud to provide students with exciting and adventurous opportunities in which to foster personal growth that children in FCSA services would not typically be exposed to.

> *One example of the awesome opportunities afforded to FCSA clients through the YESS program, includes participating in W.I.L.D. About Denali, in which up to ten children and youth road-trip to Denali Park to experience the majestic Alaskan outdoors, complete with rafting, hiking, site-seeing and daily activities led by a Denali Foundation guide.*

Summer Skills Development staff work with the younger students during the summer months to develop, practice and maintain social and life skills requisite to healthy academic, familial and peer relationships. The SSD program is progressively designed to help children maintain contact with a school-like setting during summer vacations while addressing behavioral goals and developing skills for a successful return to school. The daily activities are fun and engaging and each day presents new and exciting adventures both indoors and outdoors. Participation is voluntary and each child chooses the activities they wish to participate in from a prepublished calendar of activities, field trips, and events.

The Work Study Skills program strives to instill sound work ethic and solid vocational skills for young adults by providing them with an opportunity to work in a paid position complete with benefits and responsibilities. Being successful at a job has proven very therapeutic for student workers, providing them with a positive employment experience while boosting their self esteem and resume. Additionally, students who choose to complete the necessary coursework can earn one high school credit. This comprehensive program runs for a ten week period during the summer and has been so successful with students that there is typically a wait list for participants.

### *Therapeutic Family Home (TFH):*

FCSA's Therapeutic Family Homes provide quality residential care to male and female youth ages 12-18 that are experiencing mental health and behavioral issues and are at imminent risk of psychiatric placement outside of their community. The family atmosphere of the homes help children avoid the stigmatization that often accompanies youth living in an institutional setting. The homes are supervised by dedicated live-in parents who provide unconditional therapeutic care and supervision for up to five youth per home. FCSA currently operates one boy's home, one girl's home, and one boy's home for dual diagnosed youth, and is in the process of building

additional homes to fulfill Alaska's current and increasing demand for therapeutic residential services.

The TFH program uniquely addresses the needs of Alaskan youth by providing services far beyond mere residential placement, including an extensive array of individualized services, empowering residents with the skills necessary to successfully transition into a less restrictive environment. TFH embodies FCSA's wrap-around service philosophy, offering clinical, psychiatric and rehabilitation services on-site and within the community. TFH staff facilitates the creation of a treatment team composed of family, natural support, educational, professional and community members who develop an individualized service plan (ISP) that serves as the foundation for establishing relevant goals. Based on the child and family's strengths, values, culture, service modality preferences, needs and concerns as set forth in the ISP, clients receive appropriate individual group and family skill development and therapy services. TFH is also committed to ensuring that each child's academic needs are adequately addressed and as such, team members provide support and actively participate in the entire education process, including after school support, tutoring and guidance. Residents are also encouraged to participate in extracurricular activities of interest to them.

### *Therapeutic Foster Care/Respite Program:*

FCSA recruits, trains, and contracts therapeutic foster homes to ensure that children and youth with special needs, in our care, are provided a quality, nurturing, home environment in which they can thrive. FCSA has on contract, a Foster Home Licensing Specialist responsible for ensuring that the homes maintain state and agency standards and receive continued support and training as needed to meet and exceed those expectations. By licensing and monitoring our own foster homes, FCSA is able to provide qualified families who are well trained to ensure they are ready to face the challenges presented that come with caring for children and youth with severely emotionally disturbed diagnoses.

Respite services are offered through FCSA to foster and natural parents as reprieve from the constant demands of children and youth displaying severely emotionally disturbed behaviors. A respite house with caring and committed, live-in parents provide families with weekend respite services in an attempt to prevent parents from feeling overwhelmed with their special needs child.

### *Clinical Services:*

FCSA provides outpatient therapy services to clients and their families. The mission of the Clinical Services department is to ensure that each child receives quality, individualized and effective treatment while in the care of FCSA. The clinical department delivers seamless case consultation for all agency programs and acts as a liaison to community agencies on clinical services provided by FCSA. Clinical services available to clients include individual, group and family therapy provided by the clinical team assigned to the child. Therapeutic services are available throughout FCSA programs. Psychiatric services are available for clients through FCSA's contract. The on-site psychiatrist meets with clients frequently throughout the course of treatment and is also available as needed for consultation with the client's treatment team.