Clinical Services are integral to the implementation of FCSA's wrap-around system of care. Services are individualized according to diagnoses, level of functioning, internal and external barriers and strengths and multi-dimensional assessments to determine the level of care necessary for personal growth and sustainable progress. Clinicians conduct comprehensive assessments prior to admission into FCSA services and semi annually thereafter to ensure that services received effectively address the child's and family's needs. The Clinical Services program is seeking to expand their outpatient services to include clients from a broader spectrum of the community, incorporating a substance abuse program for youth in the community.

### Delta Junction Services:

FCSA offers mental health rehabilitation services for children in the Delta Junction area. Delta Junction is located approximately 100 miles south-east of Fairbanks on the Richardson Highway. These intervention services are delivered in conjunction with other public and private agencies in the community. The program goal is to target behaviors that if left unchecked will most often lead to the development of significant and long-term mental illness. The primary intervention methods used are to reinforce the youth's natural resiliency skills, provide support and training to the child's family, and make available positive activities designed for the youth's abilities.



# New and Future Projects:

### FCSA's New Administrative Building:

FCSA plans to begin construction of a new administrative building in the spring of 2006 which will assist in the consolidation of services. The 16,000 square foot, two story facility will house the administrative offices, clinical services, ATOP program, TFH program, and the Youth Education Support Services (YESS) secondary program which will include three classrooms.

### Residential Psychiatric Treatment Center (RPTC):

FCSA in partnership with Boys and Girls Home and Family Services (BGHFS) another non-profit organization has been working to establish an RPTC treatment program in Fairbanks to fill the gap in

11

Exhibit 7 page 11 of 16

services now occurring in the state. There are currently no RPTC level services available in interior, northern or northwest Alaska. To operate the proposed new facility/program FCSA & BGHFS will form a new Alaska nonprofit corporation inclusive of board members from the local community. The population to be served in the new facility/program will be Children (boys & girls) ages 5 to 18, with some exception for special populations of young adults ages 19 to 21. The project is designed to provide service for a maximum of 120 children, 60 requiring intensive treatment for mental illness and 60 in special need populations requiring lower levels of treatment.

### Pre-Development Self Reliant Home:

FCSA was recently awarded a planning grant to complete a pre-development evaluation to determine the feasibility of establishing an independent living program, Self Reliant Home (SRH). This program would serve mentally ill adults that are severely emotionally disturbed between the ages 18 and 21. These clients are in need of behavioral health support services to help cope with their mental illness while learning to live independently or transitioning into adult mental health services.

### Integrated Substance Abuse and Mental Health:

FCSA strives to continually meet the needs of youth receiving services by the organization. As the needs of Alaskan youth requiring services for dual diagnoses has become increasingly apparent FCSA has started developing treatment services to insure that outpatient substance abuse services will be integrated into the mental health services insuring comprehensive treatment planning and services.

Presently FCSA now provides Alcohol and Drug Instructional School (ADIS) for youth ages 14-20, who are required by the justice system to complete the course.

FCSA operates a Dual Diagnosed Therapeutic Family Home which focuses on addressing the youth's primary mental health diagnosis and their primary substance abuse diagnosis in a residential family setting.

### Therapeutic Family Home Expansion:

FCSA has constructed three additional Therapeutic Family Homes. Two of the homes will provide services to children 13 and older; one of those will provide services to youth who are dually diagnosed with substance abuse and mental health disorders. One of the homes will provide services to children 12 and younger. The three new homes will provide 16 additional beds for children currently placed out of state in psychiatric facilities or for children in danger of being sent out of state.

12

Exhibit ___7___ page 12 of 16

# *FCSA Morale:*

FCSA is committed to supporting its employees and fostering high staff morale because management recognizes the innumerable benefits that derive from staff that are appreciated and happy within their personal lives and work environment. An organization with high employee morale lends to high quality work, job satisfaction and low employee turnover. Additionally, FCSA recognizes that in the mental health field, "burn-out" is a common occurrence and as such, promotes staff morale whole-heartedly. Below are some examples of how FCSA encourages morale within the organization.

### *Forget-Me-Not Committee:*

The Forget-Me-Not Committee is comprised of members from each program and is responsible for organizing and arranging events throughout the year. Typically gatherings sponsored by the committee are fun, uplifting and participatory functions like luncheons, contests, T-shirt days, holiday activities, cook-offs, etc.

### *Staff Satisfaction Survey's:*

FCSA conducts staff satisfaction surveys which include questions regarding supervision; lines of authority; communication; quality management; team work; professional growth; advancement; adequate orientation and job descriptions; and the quality of treatment provided. Overall FCSA staff show satisfaction with FCSA and all staff indicated they are proud to tell people they work for FCSA. The input received from surveys has resulted in the creation or modification of many FCSA employee support programs.

### *Flexibility:*

FCSA embodies flexibility with staff and encourages due attention to personal and family obligations. As such, employees wanting to attend their child's play or special field trip are provided the opportunity to do so, and paid time is permitted for attending parent teacher conferences. Employees without children are also afforded flexibility to meet their out-of-office needs.

### *Employee Benefits:*

FCSA offers a comprehensive and competitive salary and benefits package, complete with retirement, medical, life and disability insurance, and paid leave.

### *Education Incentives:*

Exhibit __7__ page 13 of 16

In addition to in-house training and attending professional, community and state seminars, FCSA encourages higher education opportunities for staff and offers compensation for university level classes.

## *Annual Picnic:*

Each summer, FCSA staff of all programs and departments gather together to enjoy a picnic complete with entertainment and/or activities, providing employees an opportunity to interact outside of the office atmosphere.

## *Annual Christmas Party:*

FCSA provides an annual Christmas party for staff complete with dinner, entertainment, and door prizes, providing employees an enjoyable evening and opportunity to interact with co-workers.



14

Exhibit __2__ page 14 of 16

## *Revenue by Source:*



## *Expenditure by Program:*



Exhibit __7__ page __15__ of __16__

## *FCSA Organizational Chart:*





Exhibit 7 page 16 of 16