Total Project Snapshot Report

FY 2009 Capital Budget                                          TPS Report 49603

Agency: Commerce, Community and Economic Development
Grants to Named Recipients (AS 37.05.316)
Grant Recipient: Family Centered Services of Alaska

Project Title:

# Family Centered Services of Alaska - Land Acquisition and Construction of Therapeutic Youth Homes

State Funding Requested: $ 250,000           House District: Mat-Su Areawide (13-16)
One-Time Need

**Brief Project Description:**
Capital funding will complete the construction of four therapeutic youth homes in the Mat-Su Valley and two homes in Fairbanks.

**Funding Plan:**
Total Cost of Project: $2,391,400

| | Funding Secured | | Other Pending Requests | | Anticipated Future Need | |
|---|---|---|---|---|---|---|
| | Amount | FY | Amount | FY | Amount | FY |
| State Funds | $960,000 | | | | | |
| Other | $1,181,400 | | | | | |
| Total | $2,141,400 | | | | | |

Explanation of Other Funds:
Conventional bank financing and cash

**Detailed Project Description and Justification:**
This funding will complete the funding necessary to build six new therapeutic youth homes in the Mat-Su and Fairbanks as part of the cornerstone of the "Bring the Kids Home" initiative. The therapeutic youth homes will provide residential service to five children per home. Children are typically ages 6-18 (male and female) who are experiencing some form of mental health illness, often combined with substance abuse and at risk of psychiatric placement outside of their community.

**Project Timeline:**
2008

**Entity Responsible for the Ongoing Operation and Maintenance of this Project:**
Family Centered Services of Alaska

**Grant Recipient Contact Information:**
Contact Name: John Regitano, Executive Director
Phone Number: 907-474-0890
Address: 1825 Marika Raod, Fairbanks, AK 99709
Email: johnr@familycenteredservices.com

Contact Name: Ginger Blaisdell
Contact Number: 465-5035

Page 1

For use by Co-chair Staff Only:

6:26 PM 4/29/2008

Exhibit 8 page 1 of 2

Total Project Snapshot Report

FY 2009 Capital Budget

TPS Report: 49803

Has this project been through a public review process at the local level and is it a community priority? [X] Yes [ ] No

Contact Name: Ginger Blaisdell
Contact Number: 465-5038

Page 2

For use by Co-chair Staff Only:

6:28 PM 4/29/2008

Exhibit ___6___ page _2_ of _2_