John Foster Wallace
McCONAHY, ZIMMERMAN & WALLACE
711 Gaffney Road, Suite 202
Fairbanks, AK 99701
(907) 452-2211
(907) 456-1137 facsimile
foster@mzwlaw.com

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT and LORETTA E. PROBERT, and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FAMILY CENTERED SERVICES OF ALASKA, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:07-CV-00030 RRB |

**<u>AFFIDAVIT OF SUSZAN DALE IN SUPPORT OF MOTION FOR CERTIFICATION FOR APPEAL BY PERMISSION</u>**

**STATE OF ALASKA**      )
              ) §§.
**FOURTH JUDICIAL DISTRICT**   )

  SUSZAN DALE having been first duly sworn upon oath, deposes and states as follows:

Proberts', et. al. v. FCSA et. al.
Case No.: 4:07-CV-0030-RRB
Affidavit of Suszan Dale in Support of Motion for Certification of Appeal by Permission
Page 1 of 2

1.  I am employed by Family Centered Services of Alaska, Inc. ("FCS") as its Director of Behavioral Health Services. I am over eighteen year of age, have personal knowledge of the facts, and am competent to testify hereto

2.  FCS is a non-profit organization. It operates family homes to provide housing and therapeutic services that are not available in the private sector for children without resources. Most children served in family homes come from severely dysfunctional, impoverished family situations. They need safe homes, regular meals, clean clothes and a stable, therapeutic family environment. The FCS family homes provide food, shelter, clothing and other necessities, basic social services and human kindness to children who do not need to be institutionalized, but have nowhere else to go.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

DATED this 27th day of March 2009 at Fairbanks, Alaska.

_____
SUSZAN DALE

SUBSCRIBED AND SWORN to before me on the 27th day of March 2009 at Fairbanks, Alaska.

STATE OF ALASKA
NOTARY PUBLIC

John Foster Wallace
My Commission Expires July 16, 2012

_____
NOTARY PUBLIC in and for Alaska.
My Commission Expires: 7/16/2012

Proberts', et. al. v. FCSA et. al.
Case No.: 4:07-CV-0030-RRB
Affidavit of Suszan Dale in Support of Motion for Certification of Appeal by Permission
Page 2 of 2