Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; and DEBRA CLONINGER,<br><br>　　　　　　　　　　　　Plaintiffs,<br>vs.<br><br>FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON; and ADDITIONAL DOE'S I to X, (Managerial Employers, Jointly Liable),<br><br>　　　　　　　　　　　　Defendants. | **Case No. 4:07-CV-000030 RRB** |

## NOTICE OF COUNSEL

Upon filing the Motion for Summary Judgment at Docket 102, it was discovered that the first half of Exhibit B did not upload properly. We believe that it was filed correctly; however, perhaps the system did not pick it up.

Attached is Exhibit B, p. 1-29. Please substitute these pages for Docket 102-3.

If, however, it does not upload correctly a second time, we are going home and will reattempt on Monday.

*Proberts', et. al. v. FCSA, et. al.*
Case No. 4:07-CV-000030 RRB
Notice of Counsel
Page 1 of 2

**RESPECTFULLY SUBMITTED,** this 10th day of April, 2009, at Fairbanks, Alaska.

LAW OFFICE OF KENNETH L. COVELL

By: /s/ Kenneth L. Covell
ABA No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been served electronically, by ECF, to the following attorney(s) and/or parties of record:

**John Foster Wallace**

**Richard D. Monkman**

Dated: April 10, 2009
By:  /s/ Kenneth L. Covell