# CALCULATION OF OVERTIME WAGES OWED LORETTA PROBERT

## RE:

## ROBERT PROBERT, LORETTA E. PROBERT, GENE GRISSOM, SANDARA GRISSOM, and others similarly situated
### vs..

## FAMILY CENTERED SERVICES OF ALASKA, INC., and DOES I to X (Managerial Employees Jointly Liable)

## CASE NO. 4:07-cv-0030-RRB

March 23, 2009

Kenneth L. Covell
Law Office of Kenneth L. Covell
712 8th Avenue
Fairbanks, Alaska 99701

Re: ROBERT PROBERT, LORETTA E. PROBERT, GENE GRISSOM,
            SANDARA GRISSOM, and others similarly situated
                        vs..
      FAMILY CENTERED SERVICES OF ALASKA, INC.,
      and DOES I to X (Managerial Employees Jointly Liable)

            CASE NO. 4:07-cv-0030-RRB

Dear Mr. Covell:

This report is in response to your request to provide calculations for overtime wages owed in compliance the Code of Federal Regulations (CFR) as noted in the following audit report.

Please note, that the agreed hourly rate during the preparation of this report is $100.

Preceding retirement from the State of Alaska, I was employed with the Alaska Department of Labor and Workforce Development, Labor Standards & Safety Division, Wage and Hour Administration for over 26 years in the Fairbanks office. During that time (1978 through July 2004) I worked as a Wage and Hour Technician, Wage & Hour Investigator I and Supervising Investigator, which involved the performance of hundreds of wage audits. The majority of the audits I performed were overtime audits.

This report is based on my review of the records and information provided by Loretta E. Probert along with records and information maintained and provided by Family Centered Services of Alaska. The period of this audit is from 7/26/06 through 8/29/07. A detailed explanation of the audit follows. The total unpaid straight time and overtime wages determined to be owed as a result of this audit is:

### $88,842.47

This report was based on the information provided to date. Therefore, I reserve the right to amend, modify, or supplement this report based upon the receipt of new or additional information.

Sincerely,


Monte L. Jordan
MJ Resources

Attachments                                    **Exhibit B Page 2**

Probert v Family Centered Services of Alaska
CASE NO. 4:07-cv-0030-RRB
Page 3

## I.   METHOD OF CALCULATION

The Code of Federal Regulations under 29 CFR 778.107 – General standard for overtime pay, requires that overtime must be compensated at a rate not less than one and one-half times the regular rate at which the employee is actually employed. Further, "if the employee's regular rate of pay is higher than the statutory minimum, his overtime compensation must be computed at a rate not less than one and one-half times such higher rate."

In addition, 29 CFR 778.110 – Hourly rate employees, states under (a) that, "if the employee is employed solely on the basis of a single hourly rate, the hourly rate is his "regular rate"." Therefore, the employee must be paid, "in addition to his straight time hourly earnings, a sum determined by multiplying one-half the hourly rate by the number of hours worked in excess of 40 in the week."

Loretta E. Probert was paid as an hourly employee working less than 40 hours in a week. Her wages were based on 36 hours a week for a two-week period as indicated on the upper right hand corner of each time sheet. Her hourly status is detailed by Family Centered Services of Alaska, Inc.'s (FCSA) documents listed below:

Personnel Action Form dated 7/24/06 that reflects Loretta Probert as the Employee with an effective date of 7/24/06. This form notes that Loretta Probert is a "Regular", "Part Time", "Exempt", "New Hire", "Therapeutic Parent" and reveals the "Rate of Pay"" as $21.64 for 18 "Hours Per Pay Week. The box next to "Hourly" has been checked. This form was signed by Loretta E. Probert on 7/24/06 with additional signatures by a Supervisor, the Director/2nd Supervisor, which appears to be S. Dale and someone representing Fiscal. These signatures are dated 7/25/06.

Personnel Action Form dated 8/9/07 for Loretta Probert with an effective date of 7/30/07 indicating an "Orientation Period Evaluation" under "PART II: CHANGE OF STATUS". On this document Ms. Probert continues under the job title of "TFH Parent" but her "Pay Rate" of 21.64 has been increased to 22.07 for 18 Hours per Week. This form has also been signed by a Supervisor and Director/2 nd Supervisor, Suzan Dale on 8/9/07, by Loretta Probert on 8/16/07 and personnel from Fiscal on 8/17/07.

"Salary History by Employee", a computer form for Probert, Loretta E that lists her hourly rate at $21.64 with an effective date of 7/24/2006 as a "New Hire" and a hourly rate of $22.07 with an effective date of 07/30/2007 under the "Change Reason" of End Orientation.

"Position History Screen" computer form for 5876 - Probert, Loretta E. a Therapeutic Parent at an hourly wage of 21.64, New Hire with the effective date of 7/24/2006 and an hourly wage of 22.07 indicating the End Orientation with the effective date of 7/30/2007.

A Request for Reimbursement form that states in a handwritten note, "Employee Received a pay increase effective 7/30/07 & needed paid at new rate from effective Date." The computation reflected for the reimbursement is as follows:

Exhibit B Page 3

Probert v Family Centered Services of Alaska
CASE NO. 4:07-cv-0030-RRB
Page 4

> New Rate 22.07
> Old Rate $\underline{21.64}$   36   $15.\cancel{48}$
> $.43 \times \cancel{80} = \cancel{34.40}$

There is a strike through the 80 and a strike through the 34.40, which results in the equation specifying a 43 cent per hour increase for 36 hours in order to make up the difference for the wage increase from the date it began in a previous pay period.

## II.   BASIS FOR THE OVERTIME CALCULATION

The hours used for this audit are from FCSA's time sheets filled out by Loretta Probert's and submitted on a bi-weekly basis. Ms. Probert signed her time sheets and they were also signed by a "Supervisor" which, for certain periods included Sue Dale. With few exceptions the time sheets were also initialed by other FCSA personnel and with an occasional change on a time sheet with Ms. Probert's initials. As noted previously, all except three (3) time sheets had a handwritten correction in the up right hand corner wherein the number 40 had a strike through it and the number 36 written above to indicate "EE Hours."

Under Alaska statutes and regulations an employer is required to keep certain records for all employees under Chapter 5 (AS 23.05.080) regardless of their non-exempt or exempt status. Additionally, under Chapter 10 (AS 23.10.100) there is a similar record keeping requirement. These records are to include the following:

> an accurate record of the name, address and occupation of each person employed,
> of the daily and weekly hours worked by each person, and
> the wages paid each pay period to each person.
>
> The record shall be kept on file for at least three years.

The State of Alaska requirements follow those laid out by the Code of Federal Regulations under 29 CFR 516.2(a).

According to Ms. Probert the hours she entered and turned in to FCSA were the actual hours she worked. By far, the majority of these time sheets reflect 14 daily hours. The main exception to the 14 daily hours was when Loretta Probert was on approved leave. Loretta Probert consistently turned in time sheets that reflected hours worked over 36 in a week and weekly hours worked far in excess of 40. These hours were acknowledged by sigatures from FCSA's supervisory personnel. Therefore, it appears that FCSA had full knowledge of the hours worked and "suffered or permitted" (CFR 29.785.11 General) Loretta Probert to continue working long past her 36 scheduled hours while failing the "duty of management to exercise its control and see that the work is not performed if it does not want it to be performed" (CFR 29. 785.13 Duty of management). FCSA chose to sit back and accept the benefits of Ms. Probert's labor without compensating her.

Probert v Family Centered Services of Alaska
CASE NO. 4:07-cv-0030-RRB
Page 5

### III.   AUDIT EXPLANATION 7/24/06-8/29/07

FCSA records show that Loretta E. Probert's initial employment as a Therapeutic Parent began on 7/26/06 at the hourly rate of $21.64 and on 7/30/07 she received a wage increase to $22.07. Therefore, the attached audit includes straight time hours computed at both these straight time rates and overtime based on one and one-half times the straight time rates resulting in overtime rates of $32.45 and $33.11 as indicated in the final calculations.

### IV.   AUDIT RESULTS FOR PERIOD 7/24/06 – 7/29/07

Based on the results of the attached audit, the Total Straight Time Wages and Overtime Wages owed to Loretta E. Probert for the period of 7/24/06 through 8/29/07 at the Straight Time Rate of $21.64 and Overtime Rate of $32.45 are:

**192 Straight Time Hours @ $21.64  = $  4,154.88 Total Straight Time Wages**

**2406 Overtime Hours    @ $32.45 =  $ 78,098.76  Total Overtime Wages**

### V.   AUDIT RESULTS FOR PERIOD 7/30/07 – 8/29/07

**18 Straight Time Hours @ $22.07  =  $   397.26  Total Straight Time Wages**

**187 Overtime Hours    @ $33.11 =  $ 6,191.57   Total Overtime Wages**

### VI.   TOTAL AUDIT RESULTS FOR PERIOD 7/24/06 – 8/29/07

**$  4,552.14   Total Straight Time Wages**
**$84,290.33   Total Overtime Wages**

**$88,842.47   Total ST & OT Wages**

### XI.   REPORT CONCLUSION

As explained above this audit is based on interviews with Loretta E. Probert, records available from FCSA and the Code of Federal Regulations cited in the report. Therefore, the total Straight Time Wages and Overtime Wages owed to Loretta E. Probert for the period of her employment 7/24/06 through 8/29/07 is:

**$88,842.47**

**Exhibit B Page 5**

## FAMILY CENTERED SERVICES OF ALASKA, INC.
## PERSONNEL ACTION FORM

_Services_     _TFHS_      _8/9/07_
Program      Team       Date Prepared

_Loretta Probert_     _574465876_
Employee      S.S. #
Effective   _7_   _30_   _07_   At   _N/A_   ☐ AM
    Month   Day   Year     ☐ PM

### PART I: ADD TO PAYROLL

☐ Regular   ☐ On Call    ☐ Full Time ☐ Exempt    ☐ New Hire      ☐ Orientation Period
☐ Trainee   ☐ Temporary   ☐ Part Time ☐ Non-Exempt   ☐ Rehire _____
                                                 Last Term Date

Job Title _____    Range _____ Step _____

Rate of Pay $ _____ Hours Per Pay Week _____    ESC _____
     ☐ Hourly   ☐ Salary
Other Special Conditions _____    WC Code _____

### PART II: CHANGE OF STATUS

☐ Learning Period Evaluation      ☐ Promotion    Date of Next Review   _4/30/-8_
☑ Orientation Period Evaluation    ☐ Transfer     ☐ Other _____
☐ Annual Evaluation     ☑ Step Increase    ☐ Merit         Explain

**FROM**                                    **TO**

Status _QPTEX_ Range _13_   Step _4, 9_     Status _QPTEX_ Range _13_   Step _4, 9t_
   ESC _11 9157_                     ESC _11 9157_
   W.C. Code _8833_                 W.C. Code _8833_
Job Title _TFH Parent_           Job Title _TFH Parent_
Pay Rate _21.64_ Hours per Week _____    Pay Rate _22.07_ Hours per Week _18_
Comments _____        Comments _____

### PART III: TERMINATION

☐ Voluntary   ☐ Involuntary   ☐ Lay off    Final Pay Due : _____
☐ Exit Interview                     ☐ Regular Work Hours _____
                              ☐ Other _____

Comments _____

**FORWARDING ADDRESS**    Name _____
                        Street No. or P.O. _____
                        City _____ State _____ Zip _____

**APPROVALS**
Supervisor _Carla Smith CBSAS 8/9/07_    Employee _Loretta Probert_   _8-16-07_
               Date                                Date

Director/2nd Supervisor _Susan K. Hall_    Fiscal _KC_       _8/17/07_
                 _8-9-07_ Date                                Date

**Exhibit B Page 8**

FCSOA-00246

## FAMILY CENTERED SERVICES OF ALASKA, INC.
## PERSONNEL ACTION FORM

_Services_     _JF4 S_     _8/24/07_
Program          Team          Date Prepared

_Loretta Probert_          _574 46 5376_
Employee          S.S. #
Effective   _8_   _25_   _07_     At   _N/A_    ☐ AM
      Month    Day    Year                ☐ PM

### PART I: ADD TO PAYROLL

☐ Regular   ☐ On Call    ☐ Full Time   ☐ Exempt     ☐ New Hire          ☐ Orientation Period
☐ Trainee   ☐ Temporary   ☐ Part Time ☐ Non-Exempt   ☐ Rehire _____
                                                Last Term Date

Job Title _____    Range _____ Step _____

Rate of Pay $ _____ Hours Per Pay Week _____    ESC _____
      ☐ Hourly   ☐ Salary
Other Special Conditions _____    WC Code _____

### PART II: CHANGE OF STATUS

☐ Learning Period Evaluation      ☐ Promotion      Date of Next Review _____
☐ Orientation Period Evaluation    ☐ Transfer          ☐ Other _____
☐ Annual Evaluation    ☐ Step Increase    ☐ Merit       Explain

| FROM | TO |
|---|---|
| Status _____ Range _____ Step _____ | Status _____ Range _____ Step _____ |
| ESC _____ | ESC _____ |
| W.C. Code _____ | W.C. Code _____ |
| Job Title _____ | Job Title _____ |
| Pay Rate _____ Hours per Week _____ | Pay Rate _____ Hours per Week _____ |
| Comments _____ | Comments _____ |

### PART III: TERMINATION

☐ Voluntary   ☑ Involuntary   ☐ Lay off     Final Pay Due : _8/31/07_
☐ Exit Interview                   ☑ Regular Work Hours _____
                                 ☐ Other _____

Comments _____

**FORWARDING ADDRESS**    Name _____
                        Street No. or P.O. _____
                        City _____ State _____ Zip _____

**APPROVALS**
Supervisor _Carla Smith_   _8/29/07_   Employee _Loretta Probert_   _8/29/07_
                     Date                                    Date

Director/2nd Supervisor _Susan Vale_   Fiscal _K_     _8/30/07_
            _8-29-07_   Date                        Date

**Exhibit B Page 9**
FCSOA-00249

**FAMILY CENTERED SERVICES OF ALASKA, INC.**
**PERSONNEL ACTION FORM**

Program _____ Services _____   Team _____ TFH 5 _____   Date Prepared _____ 8/14/07 _____

Employee _____ Luretta Probert _____

Effective _____ X _____ 29 _____ 07 _____ At _____ N/A _____   S.S. # _____ 574 96 5876 _____
              Month   Day   Year                                 ☐ AM
                                                                  ☐ PM

### PART I: ADD TO PAYROLL

☐ Regular    ☐ On Call      ☐ Full Time  ☐ Exempt      ☐ New Hire                    ☐ Orientation Period
☐ Trainee    ☐ Temporary    ☐ Part Time  ☐ Non-Exempt  ☐ Rehire _____
                                                         Last Term Date

Job Title _____   Range _____ Step _____

Rate of Pay $ _____ Hours Per Pay Week _____   ESC _____
              ☐ Hourly   ☐ Salary
Other Special Conditions _____   WC Code _____

### PART II: CHANGE OF STATUS

☐ Learning Period Evaluation      ☐ Promotion            Date of Next Review _____
☐ Orientation Period Evaluation   ☐ Transfer             ☐ Other _____
☐ Annual Evaluation    ☐ Step Increase    ☐ Merit                 Explain

**FROM**                                              **TO**

Status _____ Range _____ Step _____   Status _____ Range _____ Step _____
        ESC _____                                  ESC _____
        W.C. Code _____                             W.C. Code _____
Job Title _____                    Job Title _____
Pay Rate _____ Hours per Week _____      Pay Rate _____ Hours per Week _____
Comments _____             Comments _____
_____             _____
_____             _____

### PART III: TERMINATION

☐ Voluntary   ☑ Involuntary   ☐ Lay off     Final Pay Due : _____ 8/31/13 ? _____
☐ Exit Interview                            ☑ Regular Work Hours _____
                                            ☐ Other _____

Comments _____

**FORWARDING ADDRESS**   Name _____
                          Street No. or P.O. _____
                          City _____ State _____ Zip _____

**APPROVALS**
Supervisor _____ Carla Smith _____ 8/29/07 _____   Employee _____ Luretta Probert _____ 8/29/07 _____
                              Date                                                      Date

Director/2nd Supervisor _____ Suzann Vall _____ Fiscal _____ K _____   8/30/07
                        8-29-07  Date                                  Date

**Exhibit B Page 10**

FCSOA-00433

Family Centered Services of Alaska, Inc.
Salary History by Employee

| Full Name Backward | Pay Rate | Hourly Rate | Effective Date | Change Percent | Change Reason | Next Date |
|---|---|---|---|---|---|---|
| Probert, Loretta E. | $1,765.6000 | $22.07 | 07/30/2007 | .00 | End Orientation | 07/30/2008 |
| | $21.6400 | $21.64 | 07/24/2006 | .00 | New Hire | |

FCSOA-00432

Exhibit B Page 11

Produced by People-Trak

Family Centered Services of Alaska, Inc
Position History Screen
5876 - Probert, Loretta E.

| Effective Date | Days | Change Reason | 1:..; | 1 :31 | c 1: 1 | | .u | Hourly Rate | Annual Rate |
|---|---|---|---|---|---|---|---|---|---|
| 07/30/2007 | 79 | End Orientation | | | | ⊔ | .uu | 22.07 | .00 |
| 07/24/2006 ✓ | 177 | New Hire | 13,6 | | Therapeutic Parent | ☐ | .00 | 21.64 | .00 |

**Exhibit B Page 12**

Produced by People-Trak

10/31/2007

# FAMILY CENTERED SERVICES OF ALASKA
# REQUEST FOR REIMBURSEMENT
### (SEE REVERSE FOR INSTRUCTIONS)

**NAME:** _Loretta Probert_    **EMPLOYEE ID:** _5876_
(IF APPLICABLE)

(1518 TFH)

**PROGRAM:**  ATOP   RDT   YESS   RESPITE   DELTA   TFH#1   TFH#2   SSD   ADMIN
(CIRCLE ONE)

| EXPENSE DESCRIPTION | DATE(S) | AMOUNT | FOR ACCOUNTING USE ONLY |
|---|---|---|---|
| FOSTER CARE (CLIENT#         ) | | $ | A \| \| \| \| \| \| C \| \| \| |
| FOSTER CARE (CLIENT#         ) | | $ | A \| \| \| \| \| \| C \| \| \| |
| FOSTER CARE (CLIENT#         ) | | $ | A \| \| \| \| \| \| C \| \| \| |
| (COMPLETE A SEPARATE LINE FOR EACH CLIENT) | | | |
| VISION EXPENSE (ATTACH PROOF OF PAYMENT) | | $ | A \| \| \| \| \| \| C \| \| \| |
| FIRST AID/CPR RECERTIFICATION (ATTACH PROOF OF PAYMENT) | | $ | A \| \| \| \| \| \| C \| \| \| |
| OTHER: (SEE BELOW) _Retro_ | 7/30/07-8/11/07 | $ 15.48 | A4\|1\|0\|0\|2\|5\|C9\|9\|5\| |
| OTHER: (SEE BELOW) | | $ | A \| \| \| \| \| \| C \| \| \| |
| OTHER: (SEE BELOW) | | $ | A \| \| \| \| \| \| C \| \| \| |
| OTHER: (SEE BELOW) | | $ | A \| \| \| \| \| \| C \| \| \| |
| OTHER: (SEE BELOW) | | $ 15.48 | A \| \| \| \| \| \| C \| \| \| |
| | **TOTAL:** | $ 34.90 | |

**EXPLANATION OF "OTHER" REIMBURSEMENTS:** (AS A MINIMUM, EXPLAIN WHY FCSA'S PETTY CASH OR PURCHASE ORDER POLICIES WERE NOT USED FOR "OTHER" EXPENSES AND THE JUSTIFICATION FOR REIMBURSEMENT. ATTACH ALL RECEIPTS TO THIS FORM.)

New Rate 22.07
Old Rate 21.64
$.43 \times \frac{36}{30} = 34.40$    15.48

Employee Recieved a pay increase effective 7/30/07 & Needed Paid at new Rate from effective Date

| REQUESTED BY: | | DATE: 8/29/07 |
|---|---|---|
| COORDINATOR I (IF APPLICABLE): | | DATE: |
| PROGRAM DIRECTOR: _Per PRF_ | | DATE: |

FCSA FISCAL DEPT. 07/01/2004

QA_____    QA_____

**Exhibit B Page 13**

FCSOA-00808

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: _Loretha E. Probert_

Employee #: _5876_
(Last 4 digits of Social Security #)

Period Beginning: _7-16-06_

Period Ending: _7-29-06_

☐ Exempt EE _____ Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AOP | | | | | | | | | | | | | | | | |
| AOOP | | | | | | | | | | | | | | | | |
| MSSS | | | | | | | | | | | | | | | | |
| MSSS ELEM | | | | | | | | | | | | | | | | |
| RPT | | | | | | | | | | | | | | | | |
| 1100 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1533 Liatris | | | | | | | | | | | | | | | | |
| 1628 Liatris | | | | | | | | | | 7:30 | 7:00 | 7:00 | 4:30 | | 33 | |
| SSD | | | | | | | | | 7:30 | 7:00 | 7:00 | 7:00 | 4:30 | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | 7:30 | 7:00 | 7:00 | 7:00 | 4:30 | | 33 | |

Staff Signature: _Loretha E. Probert_    Date: _7-28-06_

Supervisor: _____    Date: _7-31-06_

FCSA FISCAL DEPT. 10/07/2005

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: _Loretta Probert_

Employee #: _587C_
(Last 4 digits of Social Security #)

Period Beginning: _7/30/06_
Period Ending: _8/12/06_

☒ Exempt EE   _76_ Hours

| | Sun 30 | Mon 31 | Tues 1 | Wed 2 | Thur 3 | Fri 4 | Sat 5 | Sun 6 | Mon 7 | Tues 8 | Wed 9 | Thur 10 | Fri 11 | Sat 12 | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-DP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RIT | | | | | | | | | | | | | | | | |
| 1450 Chena Ridge | | 14 | 14 | 14 | 14 | 14 | | | 14 | 14 | 14 | 14 | 14 | 14 | 196 | AD |
| 303 Parks Ridge | | | | | | | | | | | | | | | | |
| 1153 Y Liatris | | | | | | | | | | | | | | | | |
| 1183 Liatris | | | | | | | | | | | | | | | | |
| 1183 Liatris | | 14 | 14 | 14 | 14 | 14 | | | 14 | 14 | 14 | 14 | 14 | 14 | 196 | AD |
| SOD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | | 14 | 14 | 14 | 14 | 14 | | | 14 | 14 | 14 | 14 | 14 | 14 | 196 | AD |

Staff Signature: _Loretta Probert_   Date: _7-14-06_

Supervisor: _Ambelia L Davison_   Date: _08/14/06_

**Exhibit B Page 15**

FCSOA-00804

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: **Loretta Probert**

Employee #: **5876**
(Last 4 digits of Social Security #)

Period Beginning: **8/13/06**
Period Ending: **8/26/06**

☒ Exempt EE **76** Hours

| | Sun 13 | Mon 14 | Tues 15 | Wed 16 | Thur 17 | Fri 18 | Sat 19 | Sun 20 | Mon 21 | Tues 22 | Wed 23 | Thur 24 | Fri 25 | Sat 26 | TOTAL | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP | | | | | | | | | | | | | | | | |
| LESS | | | | | | | | | | | | | | | | |
| LESS ELEM | | | | | | | | | | | | | | | | |
| DT | | | | | | | | | | | | | | | | |
| 3940 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 113 Liatris | | | | | | | | | | | | | | | | |
| 903 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | AD |
| CSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | AD |

Staff Signature: Loretta E. Probert     Date: 8/24/06

Supervisor: Robert L. Dawson     Date: 08/28/06

FCSOA-00802

# FAMILY CENTERED SERVICES OF ALASKA, INC.

**Print Name:** Loretta Probert

**Employee #:** 58?6 (Last 4 digits of Social Security #)

**Period Beginning:** 8-27-06

**Period Ending:** 9-9-06

☑ Exempt EE Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP | | | | | | | | | | | | | | | | |
| ESS | | | | | | | | | | | | | | | | |
| ESS ELEM | | | | | | | | | | | | | | | | |
| EDT | | | | | | | | | | | | | | | | |
| 6540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 6513 Liatris | | | | | | | | | | | | | | | | |
| 6503 Liatris | | | | | | | | | | | | | | | | |
| 6518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | 1P |
| OSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

**Staff Signature:** Loretta Probert **Date** 9-11-06

**Supervisor:** _____ **Date** 9-11-06

PCSA FISCAL DEPT. 10/07/2005

Exhibit B Page 17

FCSOA-00801

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Probert
Employee #: 587 6
(Last 4 digits of Social Security #)

Period Beginning: 9/10/06
Period Ending: 9/23/06

☒ Exempt EE  36/40 Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP | 14 | 14 | 14 | 14 | 14 | 10 | 0 | 5 | 14 | 14 | 14 | 15 | 14 | 14 | 170 | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | 15 | | | 15 | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 10 | 0 | 5 | 14 | 14 | 14 | | 14 | 14 | 155 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 10 | 0 | 5 | 14 | 14 | 14 | 15 | 14 | 14 | 170 | |

Staff Signature: Loretta Probert   Date: 9/25/06

Supervisor: _____   Date: 9-25-06

FCSOA-00800

**FAMILY CENTERED SERVICES OF ALASKA, INC.**

Print Name: Loretta Robert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 9/24/06
Period Ending: 10/7/06

☒ Exempt EE  90 Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | | | | 182 | |
| SSD | | | | | | | | | | | | 14 | 14 | 14 | 14 | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

Staff Signature: Loretta Robert   Date: 10/9/06

Supervisor: Dale   Date: 10/9/06

FCSA FISCAL DEPT. 10/07/2005

Exhibit B Page 19

FCSOA-00799

# FAMILY CENTERED SERVICES OF ALASKA, INC.

**Print Name:** Loretta Probert

**Employee #:** 5276

(Last 4 digits of Social Security #)

**Period Beginning:** 10/8/06

**Period Ending:** 10/21/06

☒ Exempt EE __96__ Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | ; | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 4 | 0 | 0 | 0 | 0 | 0 | 4 | 14 | 14 | 14 | 106 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 4 | 0 | 0 | 0 | 0 | 0 | 4 | 14 | 14 | 14 | 106 | |

**Staff Signature:** Loretta Probert **Date** 10/23/06

**Supervisor:** **Date** 10-23-06

FCSOA-00798

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Probert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 10/22/06

Period Ending: 11/4/06

☒ Exempt EE   40 Hours   76

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Listris | | | | | | | | | | | | | | | | |
| 1503 Listris | | | | | | | | | | | | | | | | |
| 1518 Listris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

Staff Signature: Loretta Probert   Date: 11/6/06

Supervisor: _____   Date: 11-6-06

Exhibit B Page 21

FCSOA-00797

**FAMILY CENTERED SERVICES OF ALASKA, INC.**

Print Name: Loretta Probert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 11/5/06
Period Ending: 11/8/06

☒ Exempt EE   76 Hours

| | Sun 05 | Mon 06 | Tues 07 | Wed 08 | Thur 09 | Fri 10 | Sat 11 | Sun 12 | Mon 13 | Tues 14 | Wed 15 | Thur 16 | Fri 17 | Sat 18 | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 196 | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liauris | | | | | | | | | | | | | | | | |
| 1503 Liauris | | | | | | | | | | | | | | | | |
| 1518 Liauris | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 196 | |

Staff Signature: Loretta Probert   Date: 11-17-06

Supervisor: _____   Date: 11-17-06

Exhibit B Page 22

FCSOA-00796

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Probert

Employee #: 5876 (Last 4 digits of Social Security #)

Period Beginning: 11/19/06

Period Ending: 12/02/06

☒ Exempt EE    Hours

Nov/Dec

| | Sun 19 | Mon 20 | Tues 21 | Wed 22 | Thur 23 | Fri 24 | Sat 25 | Sun 26 | Mon 27 | Tues 28 | Wed 29 | Thur 30 | Fri 1 | Sat 2 | TOTAL | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

+ W = 4

Staff Signature: Loretta Probert    Date 12/4/06

Supervisor: Date 12/4/06

FCSA FISCAL DEPT. 10/07/2005

Exhibit B Page 23

## FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Probert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 12/3/06

Period Ending: 12/16/06

☒ Exempt EE  40 Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDYT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

Staff Signature: Loretta Probert    Date 12/18/06

Supervisor: _____    Date 12/18/06

FCSA FISCAL DEPT: 10/07/2005

Exhibit B Page 24

FCSOA-00794

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: _Loretta Pred Probst_

Employee #: _98-16_
(Last 4 digits of Social Security #)

Period Beginning: _12/31/06_

Period Ending: _1/13/07_

☑ Exempt EE ☐ Hours

| | Sun 31 | Mon 1 | Tues 2 | Wed 3 | Thur 4 | Fri 5 | Sat 6 | Sun 7 | Mon 8 | Tues 9 | Wed 10 | Thur 11 | Fri 12 | Sat 13 | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 4540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | | | | | | | | | | | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | 70 | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 36 | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | 106 | |

Staff Signature: _Loretta Probst_   Date: _2-1-07_

Supervisor: _S. Dull_   Date: _1-16-07_
FCSA FISCAL DEPT. 10/07/2005

Took 18 hrs leave didn't work all week @ _____ @ 36 hrs

"on leave on the 16th unavailable for signature"

Exhibit B Page 26

FCSOA-00791

**FAMILY CENTERED SERVICES OF ALASKA, INC.**

Print Name: Loretta Robert
Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 1-14-07
Period Ending: 1-27-07

☒ Exempt EE   36/40 Hours

| | Sun 14 | Mon 15 | Tues 16 | Wed 17 | Thur 18 | Fri 19 | Sat 20 | Sun 21 | Mon 22 | Tues 23 | Wed 24 | Thur 25 | Fri 26 | Sat 27 | TOTAL | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP | 4 | 15 | 16 | 17 | 18 | 19 | 4 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 126 | |
| ESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| DT | | | | | | | | | | | | | | | | |
| 540 Chena Ridge | | | | | | | 4 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 102 | |
| 9933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 10503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | | | | | | | | | | | | | | | | |
| SID | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | | | 24 | W-H |
| HOLIDAY | | | | | | | | | | | | | | | 24 | |
| total | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | | | 126 | |

Staff Signature: Loretta E. Robert   Date 1-29-07

Supervisor: _____   Date 1-29-07

Exhibit B Page 27

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Phillips

Employee #: 5876 (Last 4 digits of Social Security #)

Period Beginning: 1-28-07

Period Ending: 2-10-07

☒ Exempt EE  40 Hours

| | Sun 28 | Mon 29 | Tues 30 | Wed 31 | Thur 1 | Fri 2 | Sat 3 | Sun 4 | Mon 5 | Tues 6 | Wed 7 | Thur 8 | Fri 9 | Sat 10 | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 7 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 10 | | 171 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 7 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 17 | 17 | 10 | 10 | 171 | |

Staff Signature: Loretta E. Phillips   Date 2-12-07

Supervisor: _____   Date 2-12-07

FCSA FISCAL DEPT. 10/07/2005

FCSOA-00789

FCSA FISCAL DEPT: 10/07/2005

FCSA CERTIFIED SERVICES OF ALASKA, INC.

Print Name: Loretta Probert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 2-11-07
Period Ending: 2-24-07

[X] Exempt EE    36 / 40 Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP | 8 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 10 | | 172 | |
| WESS ELEM | | | | | | | | | | | | | | | | |
| WESS | | | | | | | | | | | | | | | | |
| DPT | | | | | | | | | | | | | | | | |
| 5440 Chena Ridge | | | | | | | | | | | | | | | | |
| 9933 Parks Ridge | | | | | | | | | | | | | | | | |
| 5813 Liatris | | | | | | | | | | | | | | | | |
| 5503 Liatris | | | | | | | | | | | | | | | | |
| 5518 Liatris | 8 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 10 | | 172 | |
| SID | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 8 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 10 | | 172 | |

Staff Signature: Loretta C. Probert    Date 2-26-07

Supervisor: (signature)    Date 2/26/07

**Exhibit B Page 29**

FCSOA-00788