FILED

UNITED STATES COURT OF APPEALS

JUL 28 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FAMILY CENTERED SERVICES OF ALASKA, INC.; et al.,<br><br>Petitioners,<br><br>v.<br><br>ROBERT PROBERT; et al.,<br><br>Respondents. | No. 09-80074<br><br>D.C. No. 4:07-cv-00030-RRB<br>District of Alaska,<br>Fairbanks<br><br><br>ORDER |

Before:  CANBY and THOMAS, Circuit Judges.

The petition for permission to appeal to the district court's January 22, 2009

and February 26, 2009 orders is granted.  *See* 28 U.S.C. § 1292(b).

Within 10 days of this order, petitioners shall perfect the appeal pursuant to

Federal Rule of Appellate Procedure 5(d).

SNR/MOATT