**EXHIBIT 2, PAGE 1**
**Physically Filed with the Court on CD**