**EXHIBIT 3, PAGE 1**
**Physically Filed with the Court on CD**