

**The Law Office of Kenneth L. Covell**
712 Eighth Avenue
Fairbanks, AK 99701
907.452.4377
FAX 907.451.7802
covelladmin@gci.net

May 26, 2009

J. Foster Wallace
711 Gaffney Road, Suite 202
Fairbanks, AK 99701

Re: *Proberts', et. al. v. FCSA, et. al.*   4:06-cv-30 RRB

Dear Foster,

    I have spent some time trying to coordinate the state of discovery on this case. It is in the attached discovery table. It appears that you owe us items the highlighted items.

    Am I to understand you correctly that you will be answering all of these on June 5, 2009? If not, please explain.

    Additionally, we do not have the numbers FCSOA 01066 - 01202. Have these been produced and we misplaced them; or have we never received them? If they are materials that we have received but may have been received unnumbered, please let us know.

Sincerely,

THE LAW OFFICE OF KENNETH L. COVELL

*/s/ Kenneth L. Covell*

Kenneth L. Covell

KLC/ymt

Probert v. FCSA   4:07-cv-30 RRB
Discovery Table

| DATE | REQUEST | DATE | REPLY | FCSOA |
|---|---|---|---|---|
| 10/30/07 | Interrogatory | 01/10/08 | Answers to Plaintiff's Discovery Request of October 24, 2007 | Un-numbered |
| N/A | N/A | 06/08/08 | Family Centered Services of Alaska, Inc.'s Civil Rule 26 Initial Disclosures | 00001 - 00358 |
| N/A | N/A | 07/23/08 | First Supplement to Family Centered Services of Alaska, Inc.'s Civil Rule 26 Initial Disclosures | 00359 - 00419 |
| 03/19/08 | Discovery Requests of 3/19/2008 | 07/21/08 | Responses to Plaintiffs' Discovery Requests of 3/19/2008 | 00420 - 01065 |
| 01/29/08 | Discovery Request to Defendant, FCSA, January 2009 | 04/01/09 | Letter: Foster to Ken | 01203 - 01212 |
| 01/29/09 | Second Discovery Request to Defendant, FCSA, January 2009 | | | |
| 03/20/09 | Production Requests to Defendant, FCSA, March 2009 | | | |
| 03/20/09 | Second Interrogatories to Defendant, FCSA, March 2009 | | | |
| 04/09/09 | Discovery Requests to Defendant FCSA (April 9, 2009) | | | |
| 04/15/09 | Interrogatories to Defendant FCSA (April 15, 2009) | | | |
| 04/17/09 | Plaintiffs' First Request for Admission | | | |
| N/A | N/A | 04/22/09 | Second Supplement to Family Centered Services of Alaska, Inc.'s Civil Rule 26 Initial Disclosures | 01213 - 01492 |
| N/A | N/A | 04/29/09 | Third Supplement to Family Centered Services of Alaska, Inc.'s Civil Rule 26 Initial Disclosures | 01493  01605 |

FCSOA

| | |
|---|---|
| 00001 - 00358 | Family Centered Services of Alaska, Inc.'s Civil Rule 26 Initial Disclosures |
| 00359 - 00419 | First Supplement to Family Centered Services of Alaska, Inc.'s Civil Rule 26 Initial Disclosures<br>Personnel Files for Donna Grimes and John Grimes |
| 00420 - 00450 | Responses to Plaintiffs' Discovery Requests of 3/19/2008<br>Personnel Action Forms for Robert & Loretta Probert, Donna & John Grimes and Gene & Sandra Grissom |
| 00451 - 00602 | Responses to Plaintiffs' Discovery Requests of 3/19/2008<br>Billing history for each plaintiff |
| 00603 - 00729 | Responses to Plaintiffs' Discovery Requests of 3/19/2008<br>Earnings and Deductions Statements for Robert & Loretta Probert, Donna & John Grimes and Gene & Sandra Grissom |
| 00730 - 01058 | Responses to Plaintiffs' Discovery Requests of 3/19/2008<br>Time Records/Time Sheets for Robert & Loretta Probert, Donna & John Grimes and Gene & Sandra Grissom |
| 01059 - 01063 | Responses to Plaintiffs' Discovery Requests of 3/19/2008<br>Regitano memo. |
| 01064 - 01065 | Responses to Plaintiffs' Discovery Requests of 3/19/2008<br>Redacted Client Rehabilitation Service Note |
| 01066 - 01202 | [redacted] |
| 01203 - 01212 | Letter: Foster to Ken (April 1, 2009) |
| 01213 - 01492 | Second Supplement to Family Centered Services of Alaska, Inc.'s Civil Rule 26 Initial Disclosures<br>Employment Records of Kenneth McDaniels and Leona McDaniels |
| 01493 - 01605 | Third Supplement to Family Centered Services of Alaska, Inc.'s Civil Rule 26 Initial Disclosures<br>Employment Records and Timesheets of Eric and Debra Cloninger |