**EXHIBIT 7, PAGE 1**
**Intentionally Left Blank**
**Not Used**