**EXHIBIT 8, PAGE 1**
**Intentionally Left Blank**
**Not Used**