**EXHIBIT 9, PAGE 1
Intentionally Left Blank
Not Used**