## STATE OF ALASKA
## DEPARTMENT OF HEALTH AND SOCIAL SERVICES
## DIVISION OF PUBLIC HEALTH

# Community Care License

Number 506438

| | |
|---|---|
| This is to Certify that | FCSA Therapeutic Family Home II<br>3933 Parks Ridge Road<br>Fairbanks AK 99712 |
| Is Licensed to Operate as a | Residential Child Care Facility |
| Owned and Operated by | Family Centered Services of Alaska, Inc. |
| Capacity/Age Range | 5 children, 12 to 18 years |
| Type/License Dates | Biennial, 7/1/06 to 12/15/07 |
| Condition(s)/ Variance(s) | Approved for Associate Administrator Qualifications<br>RCCF Incident Reports and<br>Caregiver/Supervisory Staff Orientation/Training to Department<br>Females Only |
| Licensing Office<br>or Representative | Division of Public Health<br>619 E Ship Creek Avenue<br>Suite 232<br>Anchorage AK 99501 |

This license is subject to the provisions of all applicable state and federal laws.
Your ability to maintain eligibility as a licensed entity under AS 47.32 may be affected by regulations adopted by the Department of Health and Social Services ("Department"). Prior to the expiration of this license, the Department may implement regulations governing the standards of licensure. Such regulations may address barrier crimes, criminal and civil history background checks, the establishment of a centralized registry, environmental, health, sanitation, safety and other standards for licensed facilities. As a licensed entity under AS 47.32, you will be subject to any applicable regulations adopted by the Department governing the standards of licensure. Failure or inability to comply with these regulations may result in the Department's imposition of an enforcement action under AS 47.32, including revocation or non-renewal of your license.

By: _____
John T Ross
Community Care Licensing Specialist I
Division of Public Health

**EXIBIT 13, PAGE 1**