John Foster Wallace
ZIMMERMAN & WALLACE
711 Gaffney Road, Suite 202
Fairbanks, AK 99701
(907) 452-2211
(907) 456-1137 facsimile
foster@mzwlaw.com

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT, GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; and DEBRA CLONINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>FAMILY CENTERED SERVICES OF ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and additional DOES I TO X, Managerial Employers, Jointly Liable,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:07-CV-00030 RRB |

**AFFIDAVIT OF JOHN REGITANO IN SUPPORT OF
OPPOSITION TO MOTION FOR INDICATIVE RULING**

STATE OF ALASKA        )
                       ) §§.
FOURTH JUDICIAL DISTRICT )

    I, JOHN W. REGITANO, having been first duly sworn upon oath, depose and state as follows:

ZIMMERMAN & WALLACE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
711 GAFFNEY ROAD, SUITE 202
FAIRBANKS, ALASKA
99701-4662
(907) 452-2211

Exhibit H
Page 1 of 2

1. I am employed by Family Centered Services of Alaska ("FCSA") as its Executive Director, and have held this position since August 1999. I am over eighteen year of age, have personal knowledge of the facts, and am competent to testify hereto.

2. The State of Alaska, Office of Children's Services, Behavioral Rehabilitation Services Handbook (BRS) does not and has never applied to FCSA's Therapeutic Family Homes. The BRS Handbook applies only to residential facilities that are operated by organizations that contract with or receive grants from Office of Children's Services ("OCS") to provide housing and services to children in facilities identified in the contractual agreement. As FCSA does not contract with or receive grants from OCS to provide any services in its Therapeutic Family Home, its Therapeutic Family Homes are not subject to the BRS Handbook.

3. FCSA's Therapeutic Family Homes are not "Residential Psychiatric Treatment Centers" and are not required to have a Certificate of Need as a prerequisite to licensing.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

DATED this 30 day of December, 20 09 at Fairbanks, Alaska.

JOHN W. REGITANO

SUBSCRIBED AND SWORN to before me on the 30th day of Dec., 20 09 at Fairbanks, Alaska.



NOTARY PUBLIC in and for Alaska.
My Commission Expires: 10-26-13

ZIMMERMAN & WALLACE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
711 GAFFNEY ROAD, SUITE 202
FAIRBANKS, ALASKA
99701-4662
(907) 452-2211

*Robert Probert & Loretta E. Probert, et al.; Case No. 4:07-CV-00030 RRB*
*AFFIDAVIT OF JOHN REGITANO IN SUPPORT OF OPPOSITION TO MOTION FOR INDICATIVE RULING*
*Page 2 of 2*

Exhibit H
Page 2 of 2