Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:      (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; DEBRA CLONINGER; and LORETTA REES, <br><br>                    Plaintiffs, <br><br>vs. <br><br> FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable, <br><br>                    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 4:07-CV-000030 RRB |

### ERRATA CORRECTING DOC. 148 TITLE TO
### MOTION TO CONTINUE DUE DATE TO REPLY TO OPPOSITION TO
### MOTION FOR INDICATIVE RULING

When filing Doc. 148, the document was mistakenly labeled on the docket as a "Motion to Continue Due Date to Reply to Opposition to Motion for Interlocutory Appeal."

Doc. 148 should be titled MOTION TO CONTINUE DUE DATE TO REPLY TO OPPOSITION TO MOTION FOR INDICATIVE RULING.

The title on the body of the filed document is correct.

RESPECTFULLY SUBMITTED this 18th day of January 2010, at Fairbanks, Alaska.

> LAW OFFICE OF KENNETH L. COVELL
> Attorney for the Plaintiffs
> s/ Kenneth L. Covell
> 712 Eighth Avenue
> Fairbanks, Alaska 99701
> Phone: (907) 452-4377
> Fax: (907) 451-7802
> Email: kcovell@gci.net
> ABA No. 8611103

CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing
has been served electronically by ECF to the
following attorney(s) and/or parties of the record:

John Foster Wallace, Colin C. Hampton,
Richard D. Monkman

Dated: January 18, 2010

By: s/ Kenneth L. Covell
Law Office of Kenneth L. Covell