**McCONAHY, ZIMMERMAN & WALLACE**
*ATTORNEYS AT LAW*
A Professional Corporation Serving Alaska Since 1977

711 Gaffney Road, Suite 202
Fairbanks, Alaska 99701-4662
Phone (907) 452-2211 • Fax (907) 456-1137

MICHAEL P. McCONAHY
mike@mzwlaw.com
CHRISTOPHER E. ZIMMERMAN
chris@mzwlaw.com
JOHN FOSTER WALLACE
foster@mzwlaw.com

KIM S. STONE
kim@mzwlaw.com
CONSTANCE C. RINGSTAD
connie@mzwlaw.com

OF COUNSEL
PAUL A. BARRETT

May 12, 2009

Kenneth L. Covell
The Law Offices of Kenneth L. Covell
712 8th Avenue
Fairbanks, AK 99701

*VIA Email and Regular Mail*

RE: *Proberts et al v. Family Centered Services of Alaska*
    Case No.: 4:07-CV-00030 RRB

Dear Ken:

Thank you for talking with me this morning. I am writing to confirm that we agreed that Family Centered Services' opposition to Loretta Probert's Motion for Summary Judgment is not due until June 5, 2009. Additionally, responses and/or objections to outstanding discovery requests are not due until June 5, 2009. If you note any responses that you require for the Summary Judgment Motion you will let me know. I also indicated that I was going to file a motion to stay the proceedings before Judge Beistline until the appeal is resolved.

I had a bit of difficulty reading my own notes, so do not hesitate to let me know if you believe that I got anything wrong. Thanks again.

Very truly yours,

McCONAHY, ZIMMERMAN & WALLACE

John Foster Wallace

JFW/lrm

cc:   Client