**Family Centered Services of Alaska**
**Comprehensive Behavioral Health Treatment & Recovery Proposal**
**For 2010**

1. <u>**Minimum Responsiveness Criteria**</u>

a. **Applicant is eligible per 7 AAC 78.030; Proof of Nonprofit status for nonprofit corporations, or proof that the necessary documentation is on file**

Family Centered Services of Alaska is a nonprofit organization; record of nonprofit status is on file at the State of Alaska, DHSS E-grant Website, (verified 4/22/09).

b. **Submission of Proposal for receipt by deadline in Section B (4) and B (5)**

Original and six copies of proposal sent by express mail to Sumer Todd-Harding to address noted in RFP, Section (5), page 10.



# State of Alaska

## Department of Commerce and Economic Development

# Certificate

### NONPROFIT CORPORATION

The undersigned, as Commissioner of Commerce and Economic Development of the State of Alaska, hereby certifies that duplicate originals of the Articles of Incorporation of

FAMILY CENTERED SERVICES OF ALASKA, INC.

have been received in this office and are found to conform to law.

ACCORDINGLY, the undersigned, as such Commissioner of Commerce and Economic Development, and by virtue of the authority vested in him by law, hereby issues the Certificate of Incorporation and attaches hereto a duplicate original of the Articles of Incorporation.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on March 2, 1989.

LARRY MERCULIEFF
COMMISSIONER OF COMMERCE
OMIC DEVELOPMENT

08-120

INTERNAL REVENUE SERVICE          Department of the Treasury
District Director

c/o McCaslin Industrial Park
2  Cupania Circle
Monterey Park, CA  91754          Date: NOV 1 0 1993
Attn:EOG-4

                                  Employer Identification Number:
                                     92-0129771
Family Centered Services of       Case Number:
 Alaska, Inc.                        953274014
Washington Plaza                  Contact Person:
3437 Airport Way, Suite 206          B. Thornton
Fairbanks, AK 99709               Contact Telephone Number:
                                     (213) 725-7002

                                  Our Letter Dated:
                                     September 6, 1989
                                  Caveat Applies:
                                     no

Dear Applicant:

     This modifies our letter of the above date in which we stated
that you would be treated as an organization which is not a private
foundation until the expiration of your advance ruling period.

     Based on the information you submitted, we have determined
that you are not a private foundation within the meaning of section
509(a) of the Internal Revenue Code, because you are an organiza-
tion of the type described in section 509(a)(1) and
170(b)(1)(A)(vi).

     Your exempt status as an organization described in section
501(c)(3) of the Internal Revenue Code is still in effect.

     Grantors and contributors may rely on this determination until
the Internal Revenue Service publishes notice to the contrary.
However, a grantor or a contributor may not rely on this
determination if he or she was in part responsible for, or aware
of, the act or failure to act that resulted in your loss of section
509(a)(1) status, or acquired knowledge that the Internal Revenue
Service had given notice that you would be removed from
classification as a section 509(a)(1) organization.

     If we indicated in the heading of this letter that an
addendum applies, the addendum enclosed is an integral part of this
letter.  Because this letter could help resolve any questions about
your private foundation status, please keep it in your permanent
records.

     If you have any questions, please contact the person whose
name and telephone number are shown above.


received
11-15-93

Page 2

Family Centered Services of Alaska, Inc.


Sincerely yours,

Richard R. Orosco
District Director

1050(CG)

Alaska Business License # 113103

## Alaska Department of Commerce, Community, and Economic Development

Division of Corporations, Business and Professional Licensing
P.O. Box 110806, Juneau, Alaska 99811-0806

This is to certify that

# FAMILY CENTERED SERVICES OF ALASKA, INC.

1825 MARIKA ROAD, FAIRBANKS, AK 99709

owned by

## FAMILY CENTERED SERVICES OF ALASKA, INC.

is licensed by the department to conduct business for the period

**December 10, 2008 through December 31, 2010**

for the following line of business

62: Health Care and Social Assistance

This license shall not be taken as permission to do business in the state without having complied with the other requirements of the laws of the State or of the United States.

This license must be posted in a conspicuous place at the business location. It is not transferable or assignable.

*Commissioner: Emil Notti*



**2. Other Technical Requirements, Application & Organizational Documentation**

All required assurances and forms noted in sections a-to-d of the RFP score sheet are included in our proposal. For the locations refer to "Column C" of the score sheet.

**e. The proposal contains current applicable organizational documents, or verification that documents are on file with the department.**

The following item is included in our proposal on page A14

- Governing board member list
- FCSA does not have a Federally approved Indirect Cost Rate Agreement.

APPENDIX A

DEPARTMENT OF HEALTH & SOCIAL SERVICES

## GRANT APPLICATION

Form #06-5437  Page 1 of 2

| | |
|---|---|
| **1. Name of Program on the Request for Proposals for which this application is submitted.**<br><br>**Comprehensive Behavioral Health Treatment and Recovery Program** | *RECEIVED APR 27 2009 GCST* |

**2. Name of Applicant Organization    Family Centered Services of Alaska**

| | |
|---|---|
| **3. Street Address of Applicant Agency**<br><br>**1825 Marika Road, Fairbanks, AK 99709** | **4. Phone** (907) 474-0890 |
| | **5. Fax** (907)474-3621 |
| **6. Mailing Address of Applicant Agency**<br><br>**1825 Marika Road, Fairbanks, AK 99709** | **7. Agency Website Address**<br><br>**www.familycenteredservices.com** |

**8. Applicant's Project Name  Alternatives to Out of State Placement (ATOP) and Youth Education Support Services (YESS)**

**9. Project Location/Service Delivery Area    Fairbanks, AK**

| | |
|---|---|
| **10. Service Facility Name & Address (if different than agency name & mailing address)** | **11. Project Contact Phone** |
| | **12.  Project Contact Fax** |
| **13. Project Contact (if different from Project Director in item 22 below)** | **14. Project Contact E-Mail Address** |

| | |
|---|---|
| **15. Applicant Agency Budget Period    (for audit information)**<br><br>Beginning: **07-01-09**    Ending: **06-30-10** | **16. Proposed State Budget year(s) and State Funds Requested**<br><br>FY  **FY10**   $  **$563,177**                          and<br><br>FY_____  $_____ |
| **17. Type of Application;    New:  __X__ (new project or 1ˢᵗ year of multi-year app.)**<br><br>**(check type of app.)   Continuation: _____ (continuing year of multi-year app.)** | **18. Type of Organization:   [check eligibility type]**<br><br>Non-Profit:  __X__   (include proof of nonprofit status) |
| **19. Employer Identification Number (EIN)  92-0129771** | AK Native Tribe: _____ (include Waiver of Sovereign Immunity)<br><br>Government: _____ |

**CONTACT INDIVIDUALS**

| | |
|---|---|
| **20. Authorizing Person, Name and Title**<br><br>John W. Regitano, Executive Director | Phone  (907) 474-0890 |
| | Fax  (907) 474-3621 |
| | Email  johnr@familycenteredservices.com |
| **21. Financial Manager, Name and Title**<br><br>Kathy Cannone, Chief Financial Officer | Phone  (907) 474-0890 |
| | Fax  (907) 474-3621 |
| | Email  kcannone@familycenteredservices.com |
| **22. Project Director, Name and Title**<br><br>Suzan Dale, Director of Behavioral Health Services | Phone  (907) 474-0890 |
| | Fax  (907) 474-3621 |
| | Email  sdale@familycenteredservices.com |

The undersigned (authorized official signing for the applicant organization) certifies that the statements made in this application document and attached proposal are true, complete, and accurate to the best of his or her knowledge.

**Authorized Signature:** *Suzan Dale, Acting ED*    **Date:** 4-22-09

Rev. 10/04

**23. List all other State or Federal grants received or applied for during proposed budget years:**

Form #06-5437  Page 2 of 2

| Identify Granting Agency | Grant Program/Project (Program Name & Project Name) | Enter "YES" If grant award has been confirmed. | Grant Period | Award Amount |
|---|---|---|---|---|
| Residential Child Care | Residential Diagnostic Treatment Center | | FY2010 | $58,400 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Rev. 10/04

## APPENDIX B
## ALASKA DEPARTMENT OF HEALTH & SOCIAL SERVICES
## GRANT ASSURANCES

By submitting a proposal, an applicant accepts all terms and conditions of the Request for Proposals (RFP) or any other grant solicitation documents, including all appendices, attachments and guidelines identified therein; 7 AAC 78, and any other applicable statutes or regulations, State or Federal; as well as the terms and conditions of any grant awarded by the Department of Health and Social Services (DHSS). If a grant is awarded, the afore mentioned documents, including these assurances, and the applicant's proposal become the provisions of the grant agreement by which the applicant will be bound. The Applicant will comply with the following:

(1)    Applicant declares and represents that it is a non-profit organization, and/or is otherwise eligible to receive a grant under 7 AAC 78.030.

(2)    An applicant awarded a grant shall maintain sufficient insurance to hold the State harmless and agrees to: the provision of workers' compensation insurance, for which the policy must waive subrogation against the State; the provision of comprehensive general liability insurance; the provision of liability insurance if automobiles are used for the purpose of this grant program; and the provision of professional liability insurance when applicable to the services performed under the grant.

(3)    Compliance with the requirements of the Civil Rights Act of 1964, (42 U.S.C. 2000d).

(4)    Compliance with the requirements of the Americans with Disabilities Act, (42 U.S.C. 12101-12213).

(5)    Compliance with the Drug-Free Workplace Act of 1988, (42 U.S.C. 701-707).

(6)    OSHA regulations requiring protection of employees from blood borne pathogens and that the Department of Labor must be contacted directly with any questions.

(7)    Compliance with AS 18.80.220 and other federal and state laws and regulations preventing discriminatory employment practices.

(8)    Compliance with the Health Insurance Portability & Accountability Act of 1996, if applicable, and other federal and state requirements for safeguarding information, preserving confidentiality and for the secure transmission of all records, whether electronic or not, to DHSS. Any information about DHSS clients that is obtained or developed under grant funds is confidential. Client information cannot be released without the written authorization of DHSS, except as permitted by other state or federal law.

(9)    Agrees to use appropriate administrative, technical and physical safeguards to prevent the unauthorized use or disclosure of client information and to maintain the confidentiality, privacy and security of any information transmitted to DHSS until such information is received by DHSS.

(10)   Promptly notify DHSS of any suspected or actual breach of security, intrusion or unauthorized access, use or disclosure of DHSS client information. Take prompt corrective action to cure any deficiencies that result from breaches of security, intrusion or unauthorized access, use or disclosure of DHSS client information.

(11)   Provide state officials, or a third party contractor hired under 7 AAC 78.240, access to financial and program records of the grant project.

(12)   Maintenance of financial and program records for audit; and compliance with 7 AAC 78.230, or the State Single Audit regulations per 2 AAC 45 and applicable federal audit requirements.

(13)   Ensure that grant funds will not be used for lobbying or fund raising; or any other costs prohibited by law or by the terms of the grant agreement.

(14)   According to the terms of the Grant Agreement, and upon request of the DHSS, timely submission of complete and correct project fiscal reports, progress narratives, data and other grant project reports and updates

(15)   Require criminal screening of both paid and volunteer employees having supervisory or disciplinary power over children or dependent adults, to be completed and submitted within 45 days of hire, under the authority of 7 AAC 78.170 and AS 12.62.160(b)(9).

(16)   Compliance with AS 47.17, Child Protection, and AS 47.24.010, Reports of Harm, including notification to employees of their responsibilities under those sections to report harm to children and vulnerable adults.

(17)   Any publications, printed materials, or electronic media developed under the grant will give credit to the appropriate Division of the Alaska Department of Health and Social Services; and that any materials and media developed or property purchased with grant funds are the property of the State of Alaska, unless otherwise agreed to by both parties in the terms of the grant agreement.

(18)   Applicants providing Medicaid reimbursable services will have a Medicaid Provider Number, or apply to obtain one, and will seek Medicaid reimbursement for all eligible services.

(19)   Facilities proposed for delivery of services meet current fire code, safety and ADA standards and are located where clients of the program services have reasonable and safe access. Grantees providing residential and/or critical care services to clients of DHSS shall have an emergency response and recovery plan, approved by the agency's board of directors; that provides for safe evacuation, housing and continuing services in the event of flood, fire, earthquake, severe weather, prolonged loss of utilities, or other emergency that presents a threat to the health, life or safety of clients in their care.

(20)   Grantee shall have established purchasing practices and procedures for the use of grant funds that are compliant with 7 AAC 78.270; and agrees to the provisions of 7 AAC 78.280 in the management of property acquired with money received from the grant.

(21)   Grantee will comply with 7 AAC 78.160(h) and (i) for travel when utilizing Department grant money (as defined in 7 AAC 78.950).

(22)   By submitting a proposal for this grant, an applicant certifies their ability to meet the administrative and reporting requirements of this grant program.

(23)   By submitting a proposal, an applicant certifies that neither it nor its principals are presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation  in this transaction by any State or Federal department or agency.


I, _____Suszan Dale_____ , ____Acting Executive Director_____

<div style="text-align:center">Name of Authorized official                          Title of Authorized Official</div>

having the authority to negotiate, execute and administer any and all documents and contracts required for

granting funds to the   Family Centered Services of Alaska_____ ,

<div style="text-align:center">Name of Applicant Organization</div>

and managing funds on behalf of this organization, including any subsequent amendments to the grant

agreement, hereby assure the Department of Health and Social Services that, should my organization receive

funding for the   Comprehensive Behavioral Health Treatment and Recovery_____ grant program,

it will comply with all assurances given herein and that documentation to verify these assurances will be made

available to DHSS upon request..

_Suszan Dale (signature)_____   Acting Executive Director     4-27-07
Signature                                   Title                                Date

# APPENDIX E-1
## FEDERAL ASSURANCES & CERTIFICATIONS for SUBRECIPIENTS

Applicants should refer to the regulations cited below to determine the certification to which they are required to attest as a federal grant subrecipient; and review the instructions for certification included in the regulations before completing this form. The Applicant herby assures and certifies compliance with all applicable Federal statutes, regulations, policies, guidelines and requirements, including OMB Circulars A-21 Cost Principles for Educational Institutions, A-87Cost Principles for State, Local, and Indian Tribal Governments, A-102 Grants and Cooperative Agreements With State and Local Governments, A-110 Uniform Administrative Requirements for Grants and Other Agreements with Institutions of Higher Education, Hospitals, and Other Nonprofit Organizations , A-122 Cost Principles for Nonprofit Organizations, A-133 Audits of States, Local Governments, and Non-Profit Organizations, Ex. Order 12372 (intergovernmental review of federal programs); and 28 CFR pts. 66 or 70 (administrative requirements for grants and cooperative agreements); as well as all lawful requirements imposed by the awarding agency. The applicant also specifically assures the following:

## 1. LOBBYING

As required by Section 1352, Title 31 of the U.S. Code, and implemented at 28 CFR Part 69, for persons entering into a grant or cooperative agreement over $100,000, (45 CFR Part 93), the applicant certifies that:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the making of any Federal contract, grant, loan, or cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement;

(b) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form - LLL, "Disclosure of Lobbying Activities," in accordance with its instructions;

(c) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

## 2. CONFLICT OF INTEREST

It will establish safeguards to prohibit employees from using their positions for a purpose that constitutes or presents the appearance of personal or organizational conflict of interest, or personal gain.

## 3. ACCESS TO RECORDS

It will give the awarding agency or the General Accounting Office, through any authorized representative, access to and the right to examine all paper or electronic records related to the financial assistance.

## 4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, and implemented at 28 CFR Part 67, Subpart F, for grantees, as defined at 28 CFR Part 67 Sections 67.615 and 67.620.

A. The applicant certifies that it will or will continue to provide a drug-free workplace by:

(a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the grantee's workplace and specifying the actions that will be taken against employees for violation of such prohibition;

(b) Establishing an on-going drug-free awareness program to inform employees about—

(1) The dangers of drug abuse in the workplace;

(2) The grantee's policy of maintaining a drug-free workplace;

(3) Any available drug counseling, rehabilitation, and employee assistance programs; and

(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(c) Making it a requirement that each employee to be engaged in the performance of the grant be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the grant, the employee will—

(1) Abide by the terms of the statement; and

(2) Notify the employer in writing of his or her conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the granting agency, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice, including position, title, to every grant officer or other designee on whose grant activity the convicted employee was working. Notice shall include the identification number(s) of each affected grant;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted—

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency;

# APPENDIX E-1
## FEDERAL ASSURANCES & CERTIFICATIONS for SUBRECIPIENTS

(g) Making a good faith effort to continue to maintain a drugfree workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

B. The grantee may insert in the space provided below the site(s) for the performance of work done in connection with the specific grant:

Place of Performance (Street address, city, county, state, zip code)  **1825 Marika Road**

**Fairbanks, AK 99709**

Check here ____ if there are workplaces on file that are not identified.

### 4. Cntd. DRUG-FREE WORKPLACE (GRANTEES WHO ARE INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, and implemented at 28 CFR Part 67, for grantees, as defined at 28 CFR Part 67; Sections 67.615 and 67.620--

A. As a condition of the grant, I certify that I will not engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance in conducting any activity with the grant; and

B. If convicted of a criminal drug offense resulting from a violation occurring during the conduct of any grant activity, I will report the conviction, in writing, within 10 calendar days of the conviction, to the granting agency.

### 5. CERTIFICATION REGARDING ENVIRONMENTAL TOBACCO SMOKE

Public Law 103-227, also known as the Pro-Children Act of 1994(ACT), requires that smoking not be permitted in any portion of any indoor facility owned or leased or contracted for by an entity and used routinely or regularly for the provision of health, day care, early childhood development services, education or library services to children under the age of 18, if the services are funded through State or local governments, by Federal grant, contract, loan, or loan guarantee. The law also applies to children's services that are provided in indoor facilities that are constructed, operated, or maintained with such Federal funds. The law does not apply to children's services provided in private residence, portions of facilities used for inpatient drug or alcohol treatment, service providers whose sole source of applicable Federal funds is Medicare or Medicaid, or facilities where WIC coupons are redeemed.

Failure to comply with the provisions of the law may result in the imposition of a civil monetary penalty of up to $1,000 for each violation and/or imposition of administrative compliance order on the responsible entity.

By signing the certification, the undersigned certifies that the applicant organization will comply with the requirements of the Act and will not allow smoking within any portion of any indoor facility used for the provision of services for children as defined by the Act.

The applicant organization agrees that it will require that the language of this certification be included in any subawards which contain provisions for children's services and that all subrecipients shall certify accordingly.

### 6. NONDISCRIMINATION

The Applicant assures and certifies that:

It will comply (and will require any subgrantees or contractors to comply) with any applicable statutorily-imposed nondiscrimination requirements, which may include the Omnibus Crime Control and Safe Streets Act of 1968 (42 U.S.C. § 3789D); the Victims of Crime Act (42 U.S.C. § 10604(e)); The Juvenile Justice and Delinquency Prevention Act of 2002 (42 U.S.C. § 5672(b); The Civil Rights Act of 1964, (42 U.S.C. § 2000d); The Rehabilitation Act of 1973 (29 U.S.C. § 794); the Americans with Disabilities Act of 1990 (42 U.S.C. § 12131-34); the Education Amendments of 1972 (20 U.S.C. §§1681, 1683, 1685-86); and the Age Discrimination Act of 1975 (42 U.S.C. §§ 6101-07; see Ex Order 13279 (equal protection of the laws for faith-based and community organizations); 28 CFR pt 38 and 45 CFR 87.1 Equal Treatment for Faith Based Organizations.

In the event a Federal or State court or Federal or State administrative agency makes a finding of discrimination after a due process hearing on the grounds of race, color, religion, national origin, sex, or disability against a recipient of funds, the recipient will forward a copy of the finding to the Office for Civil Rights, Office of Justice Programs.

It will provide an Equal Opportunity Program if required to maintain one. For grantee agencies receiving less than $25,000; or grantee agencies with less than 50 employees, regardless of the amount of award, no EEOP is required. Information on civil rights obligations of grantees can be found at http://www.ojp.usdoj.gov/ocr/.

### 7. NATIONAL HISTORIC PRESERVATION

It will assist the awarding agency (if necessary) in assuring compliance with section 106 of the National Historic Preservation Act of 1966 (U.S.C. § 470), Ex. Order 11593 (identification and protection of historic properties), the Archeological and Historical Preservation Act of 1974 (16 U.S.C. § 469a-1et seq.), and the National Environmental Policy Act of 1969 (42 U.S.C. § 4321).

### 8. If a governmental entity –

a. it will comply with requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. § 4604 et seq.), and

b. it will comply with requirements of 5 U.S.C. §§ 1501-08 and §§ 7324-28, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

## APPENDIX E-1
### FEDERAL ASSURANCES & CERTIFICATIONS for SUBRECIPIENTS

---

9. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

The applicant certifies that it has the legal authority to apply for federal assistance and the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project cost) to ensure proper planning, management and completion of the project described in this application.

As required by Executive Order 12549, Debarment and Suspension, and implemented at 28 CFR Part 67, for prospective participants in primary covered transactions, as defined at 28 CFR Part 67, Section 67.510—

A. The applicant certifies that it and its principals:

(a) Are not presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal department or agency;

(b) (b) Have not within a three-year period preceding this application been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

(c) (c) Are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, or local) with commission of any of the offenses enumerated in paragraph (1)(b) of this certification; and

(d) Have not within a three-year period preceding this application had one or more public transactions (Federal, State, or local) terminated for cause or default; and

B. Where the applicant is unable to certify to any of the statements in this certification, he or she shall attach an explanation to this application.

---

10. CERTIFICATION REGARDING PROGRAM FRAUD CIVIL REMEDIES ACT (PFCRA)

The undersigned (authorized official signing for the applicant organization) certifies that the statements herein are true, complete, and accurate to the best of his or her knowledge, and that he or she is aware that any false claims may subject him or her to criminal, civil, or administrative penalties. The undersigned agrees to comply with all the terms and conditions of award if a grant is awarded as a result of this application.

---

1.  Grantee Name and Address:

    **Family Centered Services of Alaska, 1825 Marika Road, Fairbanks, AK 99709**

2.  Application Number and/ or Project Name          3. Grantee IRS/Vendor Number

    **Comprehensive Behavioral Health Treatment & Recovery Program    92-0129771**

3.  Typed Name and Title of Authorized Representative

    **Suszan Dale, Acting Executive Director**

5. Signature     *Suszan Dale*          6. Date   *1-22-09*



# Family Centered Services of Alaska, Inc.

## Board of Directors

| Officers | Officers |
|---|---|
| **Deborah L. Coxon, President**<br>2007 Central Avenue<br>Fairbanks, AK 99709<br>**(W)** 450-5451 **(Cell)** 322-9937<br>Deborah.coxon@alyeska-pipeline.com<br><br>**Third term ends May 2010** | **Judith Farnham, Vice President**<br>369 Snowy Owl Lane, Fairbanks, AK 99712<br>**(H)** 457-3022<br>cranberry@gci.net<br>jfarnham@northstar.k12.ak.us<br><br>**First term ends January 2009** |
| **Charlie Sparks, Treasurer**<br>P.O. Box 74672, 117 Concordia Drive<br>Fairbanks, AK 99707<br>**(Cell)** 590-4485 **(H)** 456-1575<br>ffhcs@uaf.edu<br><br>**Second Term ends February 2010** | **Cathy Albright, Secretary**<br>1430 Summit Drive, Fairbanks, AK 99712<br>**(W)** 452-4751 ext. 9322 **(H)** 455-6738<br>**(Cell)** 378-0834<br>calbright@northstar.k12.ak.us<br><br>**Third term ends December 2010** |
| Members | Members |
| **Cory Borgeson**<br>P.O. Box 74046<br>Fairbanks, AK 99707<br>**(W)** 452-1666 **(Cell)** 388-8237 **(H)** 452-8238<br>cborgeson@bnblaw.com<br><br>**Second term ends October 2010** | **Jo-Ann Grimaldi**<br>150 Humboldt Way<br>Fairbanks, AK 99709<br>**(H)** 479-5263 **(Cell)** 388-5841<br>mmouse1@alaska.net<br><br>**First term ends January 2009** |
| **Kathy L. Kraft**<br>P.O. Box 84377<br>Fairbanks, AK 99708<br>**(W)** 458-6079 **(Cell)** 460-1651 **(H)** 455-6184<br>kraftk@akrr.com<br><br>**First term ends April 2011** | |

Revised June 2008

## 3. History of Compliance with Grant Requirements per 7 AAC 78.100(2)(b)

a. **Prior years) reporting is complete, timely (includes fiscal, narrative and data reporting as recorded in eGrants)**

All grants which FCSA has administered have complied with grant reporting requirements and reports are on file at the applicable state office.

b. **Required audits have been submitted and prior years audit exceptions, if any, are resolved.**

FCSA has complied with all auditing requirements. All financial audits have been "unqualified" which is the highest standard obtainable.

c. **Prior year(s) activities meet proposed outcomes, and demonstrate effective delivery of services.**

All prior year grants administered by FCSA have met proposed outcomes and demonstrated effective delivery of services.

d. **Proposal adequately addresses any documented problem areas.**

This proposal adequately addresses problem areas and underserved population as stated in the Continuum of Care inventory and Community Action Plan. See Appendix F of our proposal.



myAlaska  Grant Awards  Applications  Logout  Help

# eGrants

## Agency Profile: Family Centered Services

### Navigation

| Agency Information |
| --- |

**Corporate Documents**

| EDI Capability |
| --- |
| Federal Indirect Cost Rate |
| Facility Information |
| Alias List |
| Submit Information |

### Non-Profit Status

- ☑ IRS Listing
- ☑ Tax Exempt Document   26 USC 501(c)(3)
- ☐ Incorporated

### Agency Type

- ☐ For Profit
- ☑ Nonprofit
- ☐ Nonprofit S
- ☐ AK Native
- ☐ State Agen
- ☐ Political Su

### Misc Documents

**Board Member List Submission Date**
07/03/2007

**Business License**
113103

**Expires**
12/31/2008

**Subsidiary Parent Letter**



myAlaska  Grant Awards  Applications  Logout  Help



### Grant Award Info

| | |
|---|---|
| **Grant Award Number** | 602-09-273 |
| **Agency Name** | Family Centered Services of Alaska |
| **Program Name** | Comprehensive Behavioral Health Treatment and Recovery Program |
| **Fiscal Year** | 09 |

**Grant v**

## Grant Award Overview

| Contact Info | **Document Tracking** | Payments/Advances | B |

### Grant Award Documentation Tracking

| | Grant Agreement entered on 11/06/08 |
|---|---|
| Date Sent to Grantee | 07/02/08 |
| Date Received from Grantee | 07/14/08 |

### Grant Award Report Tracking

| | First Quarter | | Second Quarter | |
|---|---|---|---|---|
| | CFR | Narrative | CFR | Narrative |
| Date Recieved | 10/20/08 | 10/30/08 | 01/30/09 | 01/29/09 |
| Date Sent to Program Manager | 11/06/08 | 11/06/08 | 02/04/09 | 02/04/09 |
| Date Approved by Program Manager | 11/07/08 | 11/07/08 | 02/10/09 | 02/10/09 |

**4. Project Description**
**a. Program Description, Introduction & Program History**
FCSA proposes to continue its mission to serve Alaska by providing family and child centered services with "unconditional care " by providing services to Seriously Emotionally Disturbed Youth through two of our current programs: Youth Education Support Services (YESS) and Alternatives to Out of State Placement (ATOP). In addition FCSA has integrated substance abuse prevention and education within all FCSA programs. This program enhancement will address service gaps as identified in the Community Action Plan (CAP) by providing education and prevention services to children enrolled in all FCSA programs. Substance abuse prevention and education treatment services are currently integrated into each child's individual behavioral health treatment plan based on the problems identified in the child's screenings and assessments during the intake process. FCSA embraces the philosophy that the most effective approach to treating children that are Seriously Emotionally Disturbed and/or have behavioral health or substance abuse issues, is to be proactive at effectively preventing and treating co-occurring problems.

**b. Proposed Program Type**
Family Centered Services of Alaska (FCSA) has two distinct service programs included in our proposal that it has operated for approximately 20 years. With respect to the primary program types as defined by the Division of Behavioral Health (DBH).

**FCSA's programs provide services that are identified in three primary program types. Those primary program types are and the corresponding FCSA program providing those services are:**

1. FCSA's Alternatives to Out-Of-State Placement (ATOP) provides Component 4 – Youth Residential – MH, Component 6 – SED Youth Outpatient – MH, Component 10 Youth and Family Outpatient – SA, services.
2. FCSA's Youth Education Support Services (YESS) Day Treatment Program provides Component 10 SED Youth Outpatient – MH, services.

**Service Area**
The primary service delivery area for FCSA is the Fairbanks North Star Borough and the community of Delta Junction however, the catchment area is much larger, and the northern region makes up 8%, the interior region 61% with the south central region at 22%, southwestern at 6% and southeast region 3% of the total catchment area. Approximately 30% of the children we serve are from rural areas and relocate to Fairbanks to receive FCSA services because those communities do not have treatment and/or placement options for children with severe behavioral, emotional or mental health issues. **See Appendix B** page, for a detailed service area map.

**Targeted Population**

FCSA's primary targeted population is children and young adults (and family members) birth to 17, and as needed up to age 20 with a serious emotional disturbance who have a DSMIV – TR Axis V Global Assessment of Functioning (GAF) rating at admission of 50 or less. All are children who are in imminent risk of out-of-home placement and/or placement in protective custody of the State of Alaska. Most children served have been in mental health residential treatment facilities and are at high risk for readmission or first time placement. Additionally, a significant percent of our population are in need of long-term treatment and support and stable living situations, which FCSA meets through a network of group homes and therapeutic foster care settings.

With regard to the racial makeup of the children our current profile is: 53% Caucasian, 38% are Alaska Native or American Indian, and 6 % are African American, 2% Hispanic and 1% Asian.

The profile for the entire population of approximately 173 youths that FCSA annually serves through its programs as documented in FCSA's most recent demographic and/or needs survey shows the following;

- **60 % have been physically abused;**
- **52 % of the children were sexually abused;**
- **26 % of the children 13 or older have an identified substance abuse problem;**
- **64 % have a parent with a substance abuse problem;**
- **73% are in special education or some other non regular public education placement;**
- **21 % are in the custody of the Office of Children's Services;**
- **9 % have been involved with the juvenile justice system;**
- **94% are eligible for Medicaid and come from economically disadvantaged homes;**
- **38% are in foster care.**

The ATOP program is an SED youth outpatient program that integrates substance abuse prevention and education services and employs a network of 8 to 10 Therapeutic Foster Homes as a base to provide service. The children served range in age from eight to twenty years old, 38% are female and 62% are male.

The YESS program provides day treatment for SED youth who are enrolled in the Fairbanks North Star Borough School District. In fiscal year 05, FCSA expanded services to accommodate a younger population of students. FCSA now operates two schools at separate sites; one for younger students age 5 to 10 and one for children ages 11 to 18.

Youth Education Support Services is a public day treatment school operated by FCSA since 1989 under previous grants provided by the State of Alaska Division of Behavioral Health, and through a contract with the Fairbanks North Star Borough School District. This day treatment program is a coordinated educational and therapeutic service for children who suffer from a serious emotional disturbance who are at risk of placement in a psychiatric hospital. The population of students served is from five years of age to 20 years of age. To date, FY 09 the YESS program has served approximately 57children. This program operates year-round; during the school year the program operates on the public school schedule and uses the public school

curriculum adjusted to meet each students need. FCSA is continuing to work towards substance abuse licensure. Currently the service is delivered primarily through the health and education curriculum. In addition, FCSA delivers prevention and education services through after school groups with a licensed Substance Abuse Counselor (CDC 1).

### c. Program descriptions for each service type

An Alternatives to Out of State Placement, (ATOP), was designed in July of 2003, when the Alaska Youth Initiative Program (AYI) was eliminated. The mission of ATOP is to provide behavioral health rehabilitation services for children with serious behavioral health and, emotional disturbances as well as children with emotional disturbance and who are at risk of developing a serious emotional disturbance. To date, FY 2009 ATOP has provided services to forty children and families this year. All children in ATOP require intensive rehabilitation services and many children are in FCSA Therapeutic Foster Homes. Services provided through ATOP include: individual, family, and group psychotherapy; case management; psychiatric treatment; individual, family, and group skill development; therapeutic foster care; 24 hour emergency response; and planned or crisis respite care provided at the FCSA REACH (Respite and Crisis Home). The REACH Respite Home allows families time away from the continuous and intensive demands that children with mental illness and related disabilities often place on families. Generally, children stay at the home for two to three days. Since the establishment of the REACH respite home, the number of children who have experienced multiple placements or inpatient psychiatric admissions has been greatly reduced. FCSA continues to implement mental health and substance abuse services through the ATOP program by providing prevention and education services for children with co-occurring disorders. This service is delivered in both group and individual settings and delivered by an on staff Substance Abuse Counselor (CDC 1).

### Description of Program Goals and Outcomes

Program Goal: To prevent children who are experiencing a severe behavioral health disturbance from being removed from their parent or home community and to enable the reunification of children to their families who are already in an out-of-home or out-of-state placement.

**Objective 1**: All children will receive a Global Assessment of Functioning Score at intake and at each 6 month interval thereafter and at the time of discharge.

**Outcome 1:** Children discharged from FCSA with 120 days of continuous services will show improvement in their Global Assessment of Functioning (GAF) score of + 5 points. Data will be collected and compiled at discharge for children with 120 days of continuous service.

**Objective 2:** Children will make progress on at least two of their treatment goals.

**Outcome 2:** Behavior tracking will be documented by FCSA staff working with the child. Data will be collected, compiled and calculated at quarterly intervals and reviewed at the child's quarterly treatment team meeting to determine progress made by the child each quarter.

**Objective 3:** Parents and/or guardians will document their satisfaction with services at each quarterly meeting. (90 day intervals)

**Outcome 3:**   FCSA will conduct quarterly satisfaction surveys in which 90% of children and their families will express satisfaction with the services provided. Data will be collected quarterly on the child satisfaction with services section of each quarterly review.

**Objective 4:** Children must meet the Seriously Emotionally Disturbed criteria to be enrolled in an FCSA program.

**Outcome 4:** FCSA will complete a comprehensive behavioral health assessment for all children. Based on needs identified in the assessments, FCSA will refer the child to the appropriate FCSA program or refer the child to a community referral partner when the service cannot be brokered through FCSA.

### d. Program Evaluation Plan – Performance measures, methods and data reporting

FCSA has the administrative ability to meet the reporting requirement for AKAIMS and for the Logic model program evaluation plan described below. If at any time FCSA is unable to meet these requirements this information will be included in the quarterly grant reports.

The following Program Evaluation Plan will be administered by the FCSA management team who are responsible for reviewing, evaluating progress and implementing changes based on the performance measures outcomes. FCSA has the administrative capability to implement and meet the reporting requirement of this evaluation plan. The proposal provides Objectives and outcomes utilizing the Logic Model Concept - DBH-2007 and incorporates and utilizes Dr. Minkoff's (CCISC) development of a comprehensive, continuous, integrated system of care model from the esteemed Dr. Minkoff – 1998, 2000;  (Objectives 1-4)

**Objective1:** Children discharging from an FCSA program will show an average increase in Global Assessment of Functioning (GAF).

**Outcome 1:**   Children discharged from FCSA with 120 days of continuous services will show improvement in the Global Assessment of Functioning (GAF) score of +5 points.

Performance, intermediate and process measures:
1. All clinicians will be trained by the FCSA Clinical Director in the GAFTREE authored by Dr. First, to ensure consistency throughout the agency of GAF scores.
2. At intake as part of the comprehensive behavioral health assessment each child will have their GAF rated.
3. Every six months during the child's treatment, his/ her GAF will be updated by the clinician supervising their individualized service plan.
4. At discharge the child's intake GAF and discharge GAF will be recorded on their discharge summary report.
5. The child's intake and discharge GAF scores will be input into the Client Behavior Tracking database by the Quality Assurance department.

6. Quarterly or as needed the Quality Assurance department will generate a report showing the average change in GAF scores for each program, this report will also be included in the quarterly grant reports.
7. The FCSA Director of Quality Assurance will report the findings to the FCSA Executive Director and an internal review will be done if a program drops below the average 5 point increase in GAF baseline.

**Objective 2:** Children currently enrolled in an FCSA program will make progress on at least two treatment goals.

**Outcome 2:** Seventy -percent (70%) of children enrolled in FCSA will make progress on a least two treatment goals.

FCSA Performance, intermediate and process measures:
1. Each child and family treatment team identifies three treatment goals based on the problem areas that have been identified in the comprehensive behavioral health assessment. For each goal the treatment team identifies a tracking behavior that will reflect if the child is making progress on the treatment goal. These are typically: levels of violence towards self or others, engaging in unsafe behaviors, socialization skills, independent living skill, etc. Teams provide a baseline of the number of times the child displays the behavior and defines the measurement tools in the child's treatment plan.
2. The number of times the child displays the behaviors are tracked and noted on daily progress notes by team members designated to work with the child on their behavioral health goals.
3. Every two weeks, FCSA's Quality Assurance Department will input this data into FCSA's behavior tracking database.
4. On a quarterly basis the Coordinator will access the data collected from daily progress notes, and will distribute the data at the child and family quarterly treatment team meeting which is designed to review the child's progress on their treatment goals.
5. The treatment team compares this data with the child's previously identified baseline to determine the level of progress made by the child. In addition the treatment team can compare past Client Status Reviews to determine if progress is being made.
6. The progress of each goal is clearly stated on the child's quarterly review report which is written by the Coordinator and signed by all team members.

**Objective 3:** Children enrolled in FCSA programs will express satisfaction with the services provided.

**Outcome 3:** FCSA will conduct quarterly child satisfaction surveys in which 90% of children and their families will express satisfaction with the services provided.

FCSA Performance, intermediate and process measures:  FCSA will implement the following measures to insure that children are satisfied with their services:
1. The Behavioral Health Consumer Surey (BHCS) child satisfaction assessments will be administered at intervals prescribed by the state of Alaska each October.
2. Quarterly, at each child and family meeting to review the child's Individual Service Plan the child and their parents/guardians will document their level of satisfaction with the services

being delivered. This documentation will be written in the child's treatment plan quarterly review report.

3. Quarterly the Quality Assurance Department will report to the Director of Behavioral Health Services the percent of families satisfied with services based on the comments of the quarterly review. This information will be included in the quarterly grant report.

4. If the quarterly satisfaction reviews show less than an 90% satisfaction rating for more than six months the Quality Assurance Department will conduct a comprehensive child satisfaction survey and report its findings, including results of latest BHCS and quarterly satisfaction surveys to the Program Directors, Director of Behavioral Health and the FCSA Executive Director.

5. The Executive Director will develop an improvement plan to address areas of concern cited on the child satisfaction report.

6. Upon entry into services and annually thereafter, FCSA's Grievance Policy and Procedure, Privacy Notice and Client Bill of Rights will be reviewed with each child. A copy of each signed document will be placed in the child file.

7. All direct care providers will receive eight hours of training in cultural sensitivity and cross culture communication.

8. All direct care providers will receive annual performance reviews which will include child comments regarding the care provider's performance.


**Objective 4:**  FCSA will assist children and families by having a "no wrong door" approach to services. FCSA will assess and assist the child and family to access the behavioral health services that are appropriate by brokering those services through FCSA or a community referral partner.

**Outcome measure: 4**  FCSA will have a single point of entry to access behavioral, mental health and substance abuse prevention and education services. Families applying for services will receive a comprehensive behavioral health assessment and substance abuse screening. Based on the needs identified in the assessment FCSA will refer the child to the appropriate FCSA Program or will refer the child to a community referral partner if the service is not provided by FCSA. Currently all children are receiving a comprehensive mental health assessment.

Performance, intermediate and process measures:
1. At admission and other times specified by State reporting requirements all children will have the information required by AKAIMS collected and entered into the database.

2. All children applying for an FCSA program will be provided a comprehensive behavioral health assessment as described in Section 4c "Assessment for All Children".
Annually, the FCSA clinician will complete an annual updated assessment for each child to determine if new areas of need have been identified. The coordinator will insure that newly identified needs or areas of concern will be addressed by the treatment team at the next treatment team meeting.

3. Quarterly, the FCSA Clinical Director will gather and compile the number of children that received a comprehensive assessment. Of those assessments, they will compile the number of children that were enrolled into an FCSA program, and compile the data for the number of children who were referred to a community partner. FCSA's Director of Quality Assurance

will conduct an inquiry if any child does not receive a comprehensive behavioral health assessment.


## Program
## Assessment of All CONSUMERS

FCSA's Clinical Director provides training and supervision for all FCSA clinicians to ensure that FCSA provides quality screenings and assessments for all FCSA consumers. All FCSA clinicians will use the Diagnostic and Statistical manual of Mental Disorders **(DSM-IV-TR/ICD-9** and **ASAM PPC-2R** for all behavioral health diagnoses included in their assessments. All consumers, regardless of the program they apply to are screened for substance use disorders, mental illness, traumatic brain injury and Fetal Alcohol Syndrome Disorder using the Alaska Screening Tool   A comprehensive mental health assessment and a functional assessment will be completed when indicted in the screening   If a mental health disorder is diagnosed the child will be referred to the FCSA program appropriate for the child's level of need (reference continuum of care section) and an individualized treatment plan will be developed based on the screening and assessment information . If the child also screens positive for substance abuse a thorough substance abuse assessment will be completed. Clinicians will also screen/assess the child for any trauma history and will incorporate this information in their recommendations for treatment services. Treatment recommended by the substance abuse assessment will be integrated into the consumers behavioral health individualized service plan if the child is receiving mental health services from FCSA. All treatment recommendations made in the assessment will take into account the child's culture, age and gender. If the child requires behavioral health treatment that is not offered by FCSA then referrals will be made to agencies that FCSA has documented referral relationship. The FCSA Clinical Director and other FCSA personnel will participate in DBH sponsored training to insure FCSA is up to date with the latest information regarding behavioral health assessment and treatment.

## Individual Service Plans for All Children:

The child and the child's parents and/or legal guardians will be members of the child's treatment team and will be included in all steps of the planning process for their child. This insures that the treatment team is comprised of members who are sensitive to the culture and gender of the child when making treatment decisions, including accommodations for the needs of pregnant and/or parenting adolescents.

Each child will have an Individual Service Plan developed by the child's treatment team and will be based on the problems identified in the child's behavioral health assessments. Each plan will identify specific clinical and rehabilitation services, which is responsible for providing the services, and where and how often they will occur. This helps ensure that services detailed in the treatment plan are culturally sensitive and individualized to the child.

Quarterly the treatment team will review the child's Individual Service Plan to determine if the child has made progress on their treatment goals. The treatment team will use behavior tracking reports, client status reviews and progress notes to determine if treatment interventions have been effective and note progress towards discharge. Changes will be made to the Individual Service Plan as needed by the treatment team to encourage progress on goals. Each Individual Service

Plan will also include a discharge transition plan. This plan will be reviewed quarterly by the treatment team and updated as needed. Quarterly children and their families will note their satisfaction with services on the quarterly review of the Individual Service Plan.

Youth Education Support Services (YESS) / Day Treatment:
- Referrals are specifically through Fairbanks North Star Borough School District (FNSBSD). The FNSBSD's Department of Special Education in consultation with a child's legal guardian and day treatment staff determine if day treatment services should be considered for each child.
- Admission criteria: Children receiving day treatment services must meet the eligibility criteria for seriously emotionally disturbed and be referred by the Fairbanks North Star Borough School District.
- Treatment Team: Each child shall have a treatment team which will consist of a minimum of the following individuals: Child's parent/legal guardian, child, special education teacher, clinician, and a case manager.
- Services provided: Day treatment rehabilitation services will be provided each day that the child is in school and during non-school hours other behavioral health rehabilitation services may be provided as detailed in the child's individual service plan.

Alternatives to Out Of State Placement, (ATOP):
- Referrals for ATOP generally come from social workers, probation officers, teachers, parents, other community providers as well as providers from Hospitals outside of Alaska
- Admission criteria: Children must meet the eligibility criteria for seriously emotionally disturbed.
- Treatment team: Each child shall have a treatment team which will consist of a minimum of the following individuals: Child's parent/legal guardian, child, teacher or school representative, clinician, and a coordinator. If the child is in the custody of the state, the social worker or juvenile probation officer will be on the team. In addition, for those children that will be transitioning into adult services the treatment team will ask a representative from the prospective adult services agency to serve as a consultant on the team.
- Services Provided: Behavioral health rehabilitation and clinic services will be provided to each child as agreed upon by the treatment team. Each plan will identify the specific clinic and rehabilitation services, and includes each person responsible for providing the services including where and how often they will occur.

FCSA's program goals and objectives are designed to be compatible with DBH Logic Model Concept, and also with the esteemed Dr. Minkoff's philosophy regarding developing a comprehensive, continuous and integrated system of care-1988. FCSA's program objectives will assess and help the child and family identify any needed behavioral health services. Children receiving services through FCSA will receive services based on their individual needs and services that will be valued by the child. The result will be less children being removed from their homes and in addition, step down services provided for children already in an out of home placement or at an out of state residential facility. This proposal's specific Objectives and Outcomes demonstrate how FCSA is incorporating the Logic Model Concept in continued conjunction with Dr. Minkoff's philosophy to enrich the services FCSA provides to children and their families with a comprehensive, continuous and integrated system of care.

8

Review section 4.c. page 7 "Assessment of All Children" for description of how DSM IV-TR 2/ ICD-9 and ASAM PPC-2R will be used.

Strategies for service delivery are based on scientific approaches to addiction treatment and mental illness.

The ATOP program is using a mixture of Home and Community-Based services (HCBS) and Intensive Case Management (ICM) strategies to provided services for seriously emotionally disturbed youth. HBCS have a strong record of effectiveness for seriously emotionally disturbed youth to prevent out of home placements. Research that supports HCBS approach is:

U.S. Department of Health and Human Services (2001). Mental health: Culture, race and ethnicity- A supplement to mental health: A report of the Surgeon General, Rockville MD: U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, Center for Mental Health Services, National Institute of Health, National Institute of Mental Health.

Fraser, M.W., Nelson, K.E., & Rivard, J. C. (1997). Effectiveness of family preservation services. *Social Work Research, 21, 138-153*.

Effective Treatment for Mental Disorders in Children and Adolescents
Barbara J. Burns, Ph.D., Kimberly Hoagwood, Ph.D. and Patricia J. Mrazek, Ph.D.

Evans, ME, Arnstrong, M and Kuppinger, A. (1996b). Family-centered intensive case management. A step toward understanding individualized care. *Journal of Child and Family Studies*, 5, 55-65.

The YESS program is using School-Based Mental Health services strategies to provide day treatment services to school aged seriously emotionally disturbed youth. This treatment strategy is supported by the following research:

Hoagwood, Kimberly, Burns, Barbara, Kiser, Laurel, et al. (2001). Evidence-based practice in child and adolescent mental health services. *Psychiatric Services*. 52:9. 1179-1189.(Site research).

FCSA has incorporated substance abuse prevention and education services and uses an Integrated Dual Disorders Treatment strategy for those children that have co-occurring mental health and substance abuse disorders. The same clinicians and treatment plans currently in place for each child's mental health issues are expanded to include treatment for any diagnosed substance abuse problems. The following research supports the effectiveness of Integrated Dual Disorders Treatment strategy:

Drake, R.E., Mercer-McFadden, C., Mueser, K.T., et al. (1998), a review of integrated mental health and substance abuse treatment for patients with dual disorders. *Schizophrenia Bulletin*, 24, 589-608.

Mueser, K.T., Drake, R.E., Noordsy, D.L. (1998). Integrated mental health and substance abuse treatment for severe psychiatric disorders. *Journal of Practical Psychiatry and Behavioral Health*, 4, 129-139.

Drake, R.E., Essock, S.M., Shaner, A., Carey, K.B., Minkoff, K., Kola, L., et al. (2001). Implementing dual diagnosis services for recipients with severe mental illness. *Psychiatric Services*, 52 (4), 69-476.

**e. Each program type being applied for has a budget and budget narrative and each budget components costs are reasonable and allowable.**

Detailed Budgets and budget narratives for the two programs/individual service component are included in **Appendix A** of our proposal.

**f. Budget summary is provided (summary includes all the component budgets into one document) Mandatory match requirement is met and fully supported by tangible evidence.**

A detailed description of the required 25% cash or in-kind match provided by FCSA is included in the budget detail and budget narrative included in Appendix A of our proposal. The completed, required, "Certificate of Match Requirement" form is included in **Appendix A** of our application. The match contribution of 77 % that will be provided by FCSA is in excess of the minimum required match.

## 5. Applicant Qualifications - Criteria Relating to Personnel, Management and Facilities 7AAC 78.100(2)

**a. Applicant qualifications-Criteria relating to Personnel Management and facilities The applicant's previous experience providing the same or similar services or programs meets the requirements of the RFP.**

Since 1989, FCSA has operated programs exclusively for children and their families who have been assessed with mental illness and co-occurring substance abuse through a variety of programs. Each program is designed to meet the unique treatment needs and/or situations. The mix of services available through FCSA includes residential, outpatient, vocational education, and school based programs. In recent years, FCSA has expanded its ability to both assess and treat co-occurring substance abuse issues, and has obtained FASD Certification through the 3M Project for children diagnosed with Fetal Alcohol Spectrum Disorders. This expansion is due to the desire to improve and provide a more comprehensive system of care. This was a direct result of state encouragement to ensure that, more comprehensive behavioral health services are available within each provider agency. Specifically at FCSA, this expansion occurred through the use of the CODE CAT assessment tool, having staff receive full certification in the treatment of mental illness and substance abuse.

The greatest percent of young adults served by FCSA, approximately 62% are over the age of 13 and within that percentage the largest number are ages 15 to 17. Therefore, to help assure that the

young adults (adolescents) transition from children's services to adult services and/or independent living situations, FCSA has developed and included in each program when appropriate, elements designed specifically to help facilitate this successful transition.

In fiscal year 2008, FCSA operated ten individual programs to meet the needs of the children (and their family members) seeking services in settings that were most advantageous for treatment success. Following are summary descriptions of those programs.

Youth Education Support Services, Secondary (YESS Secondary): The YESS Secondary (ages 11 to 18) program/school has operated since 1989 under a grant provided by the State of Alaska through the former Division of Mental Health and Developmental Disabilities, and through contract with the Fairbanks school district. The program is an education-focused program to serve children who suffer from a significant emotional disturbance. The school operated by FCSA is part of the Fairbanks school district's alternative public education system

Youth Education Support Services, Elementary (YESS Elementary): The YESS Elementary (ages 5 to10) program/school was started in 2004 under a grant provided by the State of Alaska Division of Behavioral Health and through contract with the Fairbanks school district and is an education-focused program to serve children who suffer from a significant emotional disturbance. The school operated by FCSA is part of the Fairbanks school district's alternative public education system

Alternatives to Out Of State Placement, (ATOP): This program was designed in June of 2003 to address the needs of children who were formerly in AYI services. FCSA provides mental health and substance abuse rehabilitation services and placement options for children who are at risk of out of state placement and for children who are currently out of state.

Therapeutic Foster Care: In 1993, FCSA received a Community Care License from the State of Alaska to recruit foster homes and prepare them for state licensing. The agency continues to provide this service to the community. FCSA generally has 10-12 children in FCSA Therapeutic Foster Homes at any point in time. Generally, approximately 50% receiving foster home placement and support are in the custody of the State of Alaska.

Transitional Respite Home: In 1996, FCSA established a respite home to provide additional support for parents and foster parents of children with mental illness. The establishment of the home has proved to be extremely significant because it has increased our ability to retain therapeutic foster homes. The home has the capacity to provide respite care to four children each weekend.

Summer Skills Development Program: This innovative program was developed by FCSA staff to provide academic and nonacademic therapeutic activities, vocational and job readiness training to special needs children during the summer months. Each summer approximately 80 children have an opportunity to participate in this program.

11

Delta Junction SED services: FCSA has provided mental health rehabilitation services for children in the Delta Junction area since 1991.  These rehabilitation services are offered in the child's home, school and community.

Therapeutic Family Home (TFH): This FCSA non-grant funded program was designed to address the shortage of Therapeutic Foster Homes for children in the northern region.  FCSA opened two five-bed homes in January and October of 2004. The program serves children ages 6 – 18 yrs.  Since the start of the TFH in 2004, the program has expanded to eight homes. Four of those homes are located in North Pole; three more are located in Ester Alaska. And the eighth home is located in Dillingham Alaska. FCSA is expanding the TFH program (spring of 2009) and is constructing three additional homes in Wasilla to meet the needs of the Mat-Su region. Children residing at the TFH are supervised by a live-in therapeutic parent(s) who are responsible for the overall care and supervision of the children.  All children in the homes meet the mental health criteria for being seriously emotionally disturbed and are in need of long term placement. The TFH is designed to be most reflective of a family experience rather than an institutional setting and is located in a residential neighborhood.

Residential Diagnostic Treatment Program, (RDT): FCSA has operated the RDT since June of 2001. The Residential Diagnostic Treatment Program (RDT) provides services for up to ten children at one time, both male and female, ages 6 to 18 who are experiencing a severe emotional disturbance and are at high risk of residential placement for the treatment of mental illness outside of Alaska.  The focus of the services provided at the RDT program is to stabilize, diagnose, and provide 24 hour treatment to children and young adults with a level of mental illness that requires placement in a residential program for an extended period of time.  The length of stay for children admitted to the program ranges from 30 to 360 days. The State of Alaska, Office of Children's Services by contract has exclusive use of up to four beds.  The remaining beds are available for referrals from other agencies and families.

REACH (Respite and Crisis Home) Program allows families time away from the continuous and intensive demands that children with a mental health, behavioral, emotional and /or other related disabilities often place on families.  Generally, children stay at the home for two to three days. Since the establishment of the REACH respite home (January of 2008) the number of children who have experienced multiple placements or inpatient psychiatric admissions has been greatly reduced.

**b. All treatment and rehabilitation staff is qualified through education, training and experience to provide the proposed services.**

FCSA has a history of employing, supporting, and retaining experienced professional staff to provide services to clients, and oversee the operation of treatment programs. Documentation to verify the staff competency is available through the following:

1. The resumes of 15 key staff members are included in **Appendix B** of our proposal.

2. The list of licenses and certifications issued to FCSA that are dependent on the licenses and credentials of the staff are included in **Appendix B** of our proposal.

12

3. The following list of licenses and certifications held by individual FCSA staff member's that deliver services delineated in our proposal:

| Name | Position | License |
|------|----------|---------|
| Ligia Novcaski | Clinical Director | CPC, LPC, CCJTS, CSUP |
| Samantha Mc Morrow | Therapist | LPC, CDCI |
| Phillip Gilbert | Therapist | LPC |
| Montie Ford | Substance Abuse Counselor I | CDCI |
| Elena Sagastume | Special Education Teacher | Teaching Certificate, Type T, SPED, ART Endorsements |
| Lucy Smyth | Special Education Teacher | Teaching Certificate, Type T, SPED Birth – 5, Elementary ED |
| Jackie Scholle | Certified Teacher | Teaching Certificate, Type T, Elementary ED |
| Brian Luebke | Certified Teacher | Type B Certification Principal, Teaching Certificate, Type T, Social Studies |
| Rex Tucker | Certified Teacher | Teaching Certificate, Type T, Political Science, History, Self Contained Classroom |
| Richard Brown | Psychiatrist | Licensed Physician |
| Kathy Cannone | Chief Fiscal Officer | Certified Public Accountant |

As a condition of employment, FCSA requires that credentialed staff members keep licenses current. FCSA also encourages all employees to participate in continuing education programs beyond the minimal education requirements mandated by each applicable licensing body. Encouragement is provided through a tuition reimbursement plan (included in the personnel policy) available to all employees, and by budgeting discretionary professional development funding (annually) for each staff member holding a therapist or special education license.

To monitor that all clinical staff stay current in their profession, FCSA's Clinical Director is responsible to maintain and/or provide an internal clinical training program, and conduct periodic individual treatment reviews with each therapist. In addition, annually the Clinical Director conducts a competency evaluation of each therapist that includes an assessment of their ability to deliver evidence-based services for individuals with co-occurring disorders. The clinical evaluation is in addition to, not a replacement of the standard evaluation each FCSA employee receives. As noted in this section FCSA's policies and procedures for the tracking, training and supervision, of clinical staff and procedures to document clinical competencies and meet requirements delineated.

13

**Staffing levels are compliant with the program mandates**

The two programs that FCSA proposes to operate through this application have no required staff to client ratios. Therefore, the staffing ratios used are ratios that experience has shown to be most successful with regard to treatment success and ratios utilized in similar best practice programs. The staffing levels for the Alternatives to Out-Of-State Placement Program are generally one to one, but never exceed five to one. The staffing levels for the Youth Education Support Services Program never exceed three to one.

**c. Project address's how the agency will comply with the background check requirements as established in AS 47.05.300-390**
All FCSA job descriptions include a requirement that staff must consent to a criminal background checks prior to being hired to assure staff are appropriate to work with the vulnerable populations of children we serve. The standards that FCSA uses to determine if criminal background checks are satisfactory are the standards used by the State of Alaska, Office of Public Health Background Check Unit and Office of Children's Services the current state licensing bodies. FCSA policies and procedures for criminal background checks meet requirements of the State of Alaska.

**d. Position descriptions and resumes of key staff positions support the intent of the RFP and the proposed project, current organizational chart (included in Appendix D of our proposal) and lines of authority and responsibility are included in the application.**

FCSA has included the job descriptions of all key program staff in **Appendix B**. The specific job descriptions included are:

1.  Director of Behavioral Health Services
2.  Director of Educational Services
3.  Director of Clinical Services
4.  Mental Health Clinician
5.  Special Education Teacher
6.  Certified Teachers
7.  Director of Community Based Services
8.  Training Specialist
9.  Coordinator/Case Managers
10.  Youth Counselor
11.  Substance Abuse Counselor

**Staff training is adequate for program needs.**

To assure that all staff receives adequate training when initially hired and on a continual basis FCSA has a fulltime Training Specialist on staff who is responsible for the agency's ongoing training needs. Their job duties include developing and providing training as well as arranging for external contract specialist to deliver training. FCSA many years ago recognized the need for and the advantages of a high level internal training program and as a result FCSA is recognized statewide and is regularly contacted by other behavioral health agencies to provide training to their employees. To monitor that all staff receive required training and stay current FCSA maintains a training log in each employees personnel file.

When available and or required FCSA staff participates in all Division of Behavioral Health sponsored trainings, which is a delineated requirement.

14

All newly hired employees receive approximately eight weeks of training. This is made up of an initial week of classroom training and thereafter a combination of classroom and shadow hours with another staff member. The initial and ongoing employee training includes a diverse menu that includes cultural competency and sensitivity, and understanding and treating co-occurring disorders and trauma; all delineated RFP requirements. In addition, as noted earlier all clinical staff receives an additional training layer that is facilitated through the FCSA Clinical Director. A full list of the training provided and samples of the training plans for key program staff is included in **Appendix E**.

**e. Facilities proposed for services are safe and appropriate to the purpose of the program; and provide adequate physical access for the proposed target population.**

All facilities (service centers) from which FCSA delivers services are in full compliance with all federal, state, and local, health and safety and accessibility standards. To assure that all facilities remain in compliance, the FCSA Risk Manger has the overall responsibility; the FCSA Health & Safety Compliance officer has the day-to-day responsibility. The primary external process used to monitor compliance is through regularly scheduled inspections by the City of Fairbanks Fire Marshall and the Department of Environmental Conservation for facilities that provide food services. The primary internal process used to monitor compliance is through regularly scheduled inspections and health and safety drills. FCSA has a Health & Safety Policy and Procedure Manual to provide guidance to staff and help assure continued compliance.

**f. Applicant must demonstrate that the administrative infrastructure supports the project and exists within the agency.**

The financial and management structure of FCSA have been developed and tested over the years to ensure that an efficient and reliable management infrastructure is in place to support effective program operations and client service delivery. FCSA management is organized into four departments/components that work together to provide seamless services and support to staff, clients, and the board of directors of the organization. FCSA's four management departments are Executive, Fiscal, Human Resources and Training, and Quality Assurance. A brief summary description of the experience and credentials of the individuals responsible to oversee each management component is included below; resumes are included in Appendix B

Executive Director, John Regitano: The day-to-day management of FCSA is the responsibility of the Executive Director, who reports directly to the FCSA Board of Directors and serves as a direct link to the Child Parent Advisory Board. Mr. Regitano has a Bachelors of Business Administration, Accounting, and completed his Masters in Education Administration degree in 2005. He has been with FCSA for nine years and has extensive experience in planning, implementing, and managing social service programs in Alaska. Prior to employment with FCSA, John was employed as an Executive Director and Chief Fiscal Officer for Fairbanks Native Association for five years and eight years respectively.

15

Chief Financial Officer, Kathy Cannone, and CPA:  Ms. Cannone has a Bachelors of Business Administration, Accounting from the University of Alaska Fairbanks and is a Certified Public Accountant.  She has been with FCSA for eleven years and has more than 15 years of experience maintaining accounting systems and ensuring that all funds received by the organization are efficiently expended and fully accounted for in a timely manner.  To date, all of FCSA's audits have been unqualified, which is the highest quality audit possible.

Director of Human Resources, Lonnie W. Hovde:  Mr. Hovde joined Family Centered Services of Alaska in September of 2005 as the Director of Human Resources.  Mr. Hovde has over 15 years experience as a Human Resource Professional working with both for-profit and nonprofit organizations.  Mr. Hovde is responsible for ensuring compliance with all Federal and State employment laws and regulations as well as FCSA's employment policies and practices.

Quality Assurance Director, Kimberly Paulsrud:  Ms. Paulsrud has a Bachelors of Arts degree in Psychology from the University of Texas in Austin.  She has been with FCSA for eleven years, first as a youth counselor, then on to be the Director of FCSA's Residential Diagnostic Treatment Center, and most recently as the Director of Quality Assurance.  Ms. Paulsrud is responsible for developing and monitoring standards and continually monitoring FCSA services for compliance with these standards as well as with all applicable federal and state laws, regulations, codes, policies, and any grant specific program requirements.

**g. Documentation addressing capacity to effectively bill Medicaid or other third parties, and the agencies plan for financial sustainability are adequate and reasonable.**

Family Centered Services of Alaska (FCSA) has a history of compliance with all state grant program reporting requirements. Verification of compliance can be confirmed by reviewing our most recent independent audit included in **Appendix D** of our proposal. The attached audit includes three separate reports that highlight different aspects of the organizations management capability those reports are;

1. Independent auditor's financial report
2. Independent auditor's report on compliance and internal control
3. Independent auditor's report on compliance, requirements applicable to each major program

All FCSA audits have been unqualified which is the highest quality audit possible.

Other items that substantiate the reporting and management ability of FCSA are the number of license and certifications that it holds and has always maintained in good standing, many of which have extensive reporting requirements. The list includes CARF Accreditation, and a Medicaid provider number. A copy of the list is included in our application in **Appendix D** of our proposal. Also, to demonstrate that FCSA has the necessary management infrastructure necessary to efficiently operate behavioral health programs a copy of our organization chart is included in **Appendix D** of our proposal.

**h. In addition to providing a list of current Board of Director's or governing body, include minuets from the last two meetings of the group with attachments.**

See **appendix D** of our proposal.

**i. Proposal adequately addresses necessary procedures to protect client confidentiality and meet State and federal standards.**

<u>**Confidentially**</u>
FCSA complies with all state and federal laws and regulations regarding client confidentiality. All new FCSA employees receive training on client confidentiality upon initial hire and are required to sign a confidentiality statement attesting that they understand the confidentiality policy. In addition, employees are required to annually review the confidentiality policy and sign a statement attesting to that review. Infractions of the confidentiality policy are subject to the disciplinary action up to and including dismissal. FCSA confidentiality standards are delineated in FCSA's Quality Assurance Policy and Procedures manual and the Director of Quality Assurance is responsible to assure compliance. Client records are stored in a restricted access client records room that is managed by the Quality Assurance Assistant. A copy of FCSA's privacy policy, consent to release information and grievance policy is included in **Appendix C** of our proposal.

<u>**6. Demonstration of Support/Involvement and Service Coordination 7 AAC 78.100(3)**</u>

**a. Applicants must demonstrate that each client has access to a continuum of care.**

As required, included in Appendix F of our proposal is a "Community Action Plan" that has been developed in collaboration with other behavioral health service providers in our community. The plan denotes specific timelines with regard to when items have been completed or are scheduled to be addressed. The current plan should be viewed as a living document that is in the development and implementation stage. To help assure success of the process the members of the Fairbanks Behavioral Health Community Planning Committee continues to meet monthly, in addition, Information Insights continues to facilitate the planning process. A Continuum of Care worksheet is included in **Appendix F** of our proposal.

**b. Evidence of referral relationships are demonstrated by memorandums of understanding and/or contract (s)**

As required by the RFP letters confirming referral relationships from our primary referral sources (excluding the private family placements) are included in **Appendix H** of our proposal. Also, enclosed are copies of contracts between FCSA and the Fairbanks school district that document the continuing working relationship (over 20 years) that is necessary for FCSA to provide education based day treatment services.

Memorandums of Agreement (MOA) that provide tangible evidence of essential partnerships being in place are included in **Appendix H**. A key MOA that is worthy of special notation is the Fairbanks Community Action planning committee. The developers and participants of the

planning group are the primary providers of behavioral health services in the interior of Alaska. In addition to Family Centered Services of Alaska other community participants in the group are: 1) Fairbanks Community Mental Health, 2) Fairbanks Memorial Hospital, 3) Fairbanks Youth Facility, 4) Presbyterian Hospitality House, 5) Fairbanks Native Association, and 6) Resource Center for Parents and Children. The attached agreements will help to assure that coordination for mental illnesses, substance use disorders, TBI, and FASD services will occur. Memorandums of understanding included in Appendix H.

**c. Proposal contains an updated/current Community Behavioral Health Continuum of Care Inventory.**

See **Appendix F** of our proposal

**d. Applicants will submit the proposed plan of action including timelines for addressing the four components of a community action plan.**

See **Appendix F** of our proposal.

# Appendix A

Budget Detail & Narrative, Alternatives To Out Of State Placement
Budget Detail & Narrative, Youth Education Support Services
Budget Detail Combined

**ALASKA DEPARTMENT OF HEALTH & SOCIAL SERVICES**

**BUDGET DETAIL & NARRATIVE FORM**

Name and Address of Grantee Agency:

FAMILY CENTERED SERVICES OF ALASKA

1825 MARIKA ROAD

FAIRBANKS ALASKA 99709

Program Name:  **ALTERNATIVES TO OUT OF STATE PLACEMENT (ATOP)**

### PROPOSED BUDGET DETAIL SUMMARY

| Budget Categories | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT BUDGET |
|---|---|---|---|---|---|
| 100 PERSONAL SERVICES | $ 263,177 | $ - | $ 87,726 | $ 219,046 | $ 569,949 |
| 200 TRAVEL | $ - | $ - | $ - | $ 19,500 | $ 19,500 |
| 300 FACILITY | $ - | $ - | $ - | $ 23,838 | $ 23,838 |
| 400 SUPPLIES | $ - | $ - | $ - | $ 8,000 | $ 8,000 |
| 500 EQUIPMENT | $ - | $ - | $ - | $ 2,000 | $ 2,000 |
| 600 OTHER COST(s) | $ - | $ - | $ - | $ 528,500 | $ 528,500 |
| TOTAL DIRECT COSTS | $ 263,177 | $ - | $ 87,726 | $ 800,884 | $ 1,151,787 |
| 700 INDIRECT COSTS | | | | | $ - |
| TOTAL COSTS | $ 263,177 | $ - | $ 87,726 | $ 800,884 | $ 1,151,787 |

Please Note:

Click on the tabbed spreadsheets to move through this form.  The first tabbed page provides overall instructions for the use of this workbook. The highlighted cells above on this tabbed page, A. Summary Detail, will auto-fill with the totals from the detailed budget information you enter on the following tabs 100 through 700.

If your grant includes mandatory matching funds, complete the first detailed funding source table below. Otherwise these tables are provided for your use on a optional basis. The funding section of the solicitation document instructs applicants regarding match requirements. Contact the Grants Administrator identified in the solicitation with any questions.

| SOURCE OF FUNDS | REQUIRED MATCH | | ADDITIONAL MATCH / PROJECT SUPPORT | Additional Desc. |
|---|---|---|---|---|
| GRANT INCOME | | | | |
| MEDICAID | $ 87,726 | | $ 800,884 | |
| LOCAL CASH MATCH | $ - | | | |
| LOCAL IN-KIND MATCH | | | | |
| OTHER funds | | | | |
| OTHER funds | $ - | | | |
| TOTALS | $ 87,726 | | $ 800,884 | |

**100 PERSONAL SERVICES BUDGET DETAIL - ATOP PROGRAM**
Enter information only in the yellow highlighted cells. Enter FTEs as whole numbers and decimals.

| 100 Personal Services<br><br>Position Name | Grant funded FTEs | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT PERSONAL SERVICES BUDGET |
|---|---|---|---|---|---|---|
| **Salaried Staff** | | | | | | |
| DIRECTOR OF BEHAVIORAL HEALTH SVCS. | 0.00 | | | | $ 25,000 | $ 25,000 |
| COMMUNITY BASED SERVICE ADMINISTRATOR | 0.00 | | $ - | $ - | $ 28,100 | $ 28,100 |
| TRAINING SPECIALIST | 0.00 | $ - | $ - | $ - | $ 10,000 | $ 10,000 |
| CLINICAL DIRECTOR | 0.30 | $ 17,160 | $ - | $ - | $ - | $ 17,160 |
| CASE COORDINATORS | 0.00 | $ - | $ - | $ 65,791 | $ 72,404 | $ 138,195 |
| THERAPIST | 1.00 | $ 37,420 | $ - | $ - | $ - | $ 37,420 |
| SUBSTANCE ABUSE COUNSELOR | 0.00 | $ - | $ - | $ - | $ 25,272 | $ 25,272 |
| **Subtotals** | **1.30** | $ 54,580 | $ - | $ 65,791 | $ 160,776 | $ 281,147 |
| Fringe Benefits (enter %) | 33.3% | $ 18,197 | $ - | $ 21,935 | $ 53,603 | $ 93,735 |
| **Subtotal Salaried Staff** | | $ 72,777 | $ - | $ 87,726 | $ 214,379 | $ 374,882 |
| **Hourly Staff** | | | | | | |
| YOUTH COUNSELOR | 5.00 | $ 142,792 | $ - | $ - | | $ 142,792 |
| OVERTIME | 0.00 | | | | $ 3,500 | $ 3,500 |
| | | $ - | $ - | $ - | | $ - |
| **Subtotals** | **5.00** | $ 142,792 | $ - | $ - | $ 3,500 | $ 146,292 |
| Fringe Benefits (enter %) | 33.3% | $ 47,608 | $ - | $ - | $ 1,167 | $ 48,775 |
| **Subtotal Hourly Staff** | | $ 190,400 | $ - | $ - | $ 4,667 | $ 195,067 |
| **Total FTEs** | **6.30** | | | | | |
| **Total Personal Services Expense** | | $ 263,177 | $ - | $ 87,726 | $ 219,046 | $ 569,948 |

**PERSONAL SERVICES BUDGET INSTRUCTIONS** - 7 AAC 78.160 (l)(5) & (m)
Identify each position working on this project (or list position type, if project includes multiple staff in like positions). For each position, provide the Full Time Equivalent (FTE); which is a time commitment as a percentage of the annual salary funded by the requested grant award. Identify the amount of funds by position or position type that is certified as match for this project if the program has a mandatory match requirement. Applicants may also identify anticipated additional match or other project support as they desire.
Allowable costs include regular and overtime salaries & wages, fringe benefits including employer payroll taxes, and at the employer's option: employee retirement plans and health and life insurance. Include a description of the fringe benefit package and percentage distribution of each benefit.
To calculate the FTE per position:
a. determine the number of work hours for a full time position in a twelve-month period (usually 2080 hours);
b. determine the total number of hours the position will work on the project that is funded by this grant; then divide "b" by "a".
Use the next page to complete your Personal Services narrative.
Append your proposal with job descriptions and resumes for key positions.

PERSONAL SERVICES NARRATIVE FORM
Provide a complete description of the specific costs outlined in the grant project budget detail for proposed
Personal Services expenditures. The Budget Narrative must accurately support the Budget Detail

PROGRAM BUDGET NARRATIVE
FAMILY CENTERED SERVICES OF ALASKA
ALTERNATIVES TO OUT OF STATE PLACEMENT (ATOP)
FISCAL YEAR 2010
PERSONAL SERVICES

**A.  Director of Behavioral Health Services** 0.00 FTE.  This position is responsible for the development, maintenance, operation and integrity of all of FCSA's behavioral health programs.  This position reports to the Executive Director.  The cost of this position to the ATOP Program is $25,000; funded from Medicaid billings.

**B. Community Based Services Administrator** 0.00 FTE.  This position supervises all direct care staff working in the ATOP program.  The cost of this position is $28,100, funded by Medicaid billings.

**C.  Training Specialist** 0.00 FTE.  This position provides all training for FCSA employees.  Training provided includes new employee orientation, managing aggressive behavior (MAB), first aid and CPR. The cost of this position to the ATOP program is $10,000; funded from Medicaid billings.

**D.  Clinical Director** 0.30 FTE.  This master's level, licensed clinician provides leadership and direct clinical supervision to the therapeutic program staff.  This position also provides direct services to youth in the ATOP Program.  The cost of this position is $17,160, funded from this grant award.

**E.  Case Coordinators -** 0.00 FTE.  These positions are responsible for case management and oversight of rehabilitation services provided to youth served within the program.  The cost of these positions is $138,195; funded by Medicaid billings.

**F.  Therapists** 1.00 FTE.  The Therapist provides individual and family therapy for children in the ATOP Program.  This position attends treatment team and placement meetings.  The cost of this position is $37,420; funded from this grant award.

**G. Substance Abuse Counselor** 0.00 FTE.  This position is responsible for coordinating and implementing the substance abuse prevention program.  The Substance Abuse Counselor will complete intake conferences, administer substance abuse screening tools and perform counseling and treatment to eligible clients.  The cost of this position is $25,272; funded by Medicaid billings.

**H. Youth Counselor** 5.00 FTE.  These positions provide direct mental health rehabilitation services to the youth served in the ATOP Program.  Youth Counselors are the primary workers with clients and their families.  They assist in the planning and implementation of recreational, educational and vocational activities.  The cost of these positions is $142,792, funded from this grant award.

**I.  Overtime** 0.00 FTE.  On occasion it is necessary to provide extra hours of direct services to youth. Overtime is only used in situations where a crisis has developed and it is necessary to maintain direct contact with a child.  The cost of overtime is expected to be $3,500, funded by Medicaid billings.

**J.  Fringe Benefits** 33.3%  These are FICA/FICA Med and unemployment insurance, 9.06%; workers compensation insurance, 4.62%, medical, dental and life insurance, 12.7%; retirement , 6.96%.  Total cost of fringe benefits to the ATOP program is $142,510 of which $65,805 is funded from this grant award and $76,705 is funded by Medicaid billings.

## 200 TRAVEL BUDGET DETAIL - ATOP

Enter information only in the yellow highlighted cells. Enter the position title for each person who will be traveling in the 1st column and the expenditure by trip for each traveler by fund category.

| 200 Travel<br><br>Position Traveling | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT TRAVEL BUDGET |
|---|---|---|---|---|---|
| MILEAGE, PROGRAM STAFF | $ - | $ - | $ - | $ 15,000 | $ 15,000 |
| TRAINING | $ - | $ - | $ - | $ 4,500 | $ 4,500 |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| Total Travel Expense | $ - | $ - | $ - | $ 19,500 | $ 19,500 |

## TRAVEL BUDGET NARRATIVE INSTRUCTIONS - 7 AAC 78.160 (h) & (i)

For each trip: identify the traveler(s); destination, duration of trip, per diem for travel outside the local community; air fare - must be less than first class rate whenever available; mileage allowances, if privately owned vehicles will be used (not including travel to and from work); and other transportation costs. Travel costs are limited to the more restrictive of the applicant's current travel policy or the current basic rates approved under the general government unit employees' agreement with the state  The current state travel policies with mileage and per diem rates, may be found on the internet at -- http://fin.admin.state.ak.us/dof/updates/index.jsp  -- under Alaska Administrative Manual, AAM 60-Travel, or copies can be requested from the Grants Administrator named in the grant solicitation.
Use the next page to complete your Travel narrative.

TRAVEL NARRATIVE FORM
Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Travel expenditures. The Budget Narrative must accurately support the Budget Detail.

**PROGRAM  BUDGET NARRATIVE**
**FAMILY CENTERED SERVICES OF ALASKA**
**ALTERNATIVES TO OUT OF STATE PLACEMENT (ATOP)**
**FISCAL YEAR 2010**
**TRAVEL**

**A.  Mileage**  - Direct fuel reimbursement at a rate of .40 per mile for the cost of transporting children in the program to various therapeutic activities; $15,000, funded from Medicaid billings.

**B.  Trainings** -  Continuing education for the Therapist, $1,200; continuing education for the Clinical Director, $300; First Aid, CPR and Managing Aggressive Behavior (MAB) training material for Case Managers and Youth Counselors, $3,000.  The total cost of training is $4,500, funded from Medicaid billings.

## 300 FACILITY BUDGET DETAIL - ATOP

Enter information only in the yellow highlighted cells. Enter each applicable expenditure item and the proposed expenditures for each item by fund category.

| 300 Facility | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT FACILITY BUDGET |
|---|---|---|---|---|---|
| FACILITY USE; DEPRECIATION | $ - | $ - | $ - | $ 6,588 | $ 6,588 |
| BUILDING MAINTENANCE | $ - | $ - | $ - | $ 3,000 | $ 3,000 |
| TELEPHONE | $ - | $ - | $ - | $ 4,400 | $ 4,400 |
| UTILITIES | $ - | $ - | $ - | $ 9,850 | $ 9,850 |
| | $ - | $ - | $ - | | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| Total Facility Expense | $ - | $ - | $ - | $ 23,838 | $ 23,838 |

**FACILITY BUDGET NARRATIVE - 7 AAC 78.160 (c)(1) & (1)(6)**
Costs may include:
a. Rent or lease of a facility or office space if the costs are comparable to costs for similar space available in the same locality;
b. Utilities - heat, electric, water, sewer, and trash removal costs, not included in the space rental cost;
c. Communications - telephone, internet, telegram, shipping and radio communication expenses; and
d. Minor repairs, custodial, and maintenance costs not included in the space rental costs.

FACILITY NARRATIVE FORM

Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Facility expenditures. The Budget Narrative must accurately support the Budget Detail.

<div align="center">

**PROGRAM BUDGET NARRATIVE**
**FAMILY CENTERED SERVICES OF ALASKA**
**ALTERNATIVES TO OUT OF STATE PLACEMENT (ATOP)**
**FISCAL YEAR 2010**
**FACILITY**

</div>

**A. Facility Use: Depreciation** - The cost of normal wear and tear on the building used to house the ATOP Program. The program is operated in a building owned by FCSA located at 1825 Marika Street, Fairbanks. The depreciation expense for this program is based on square footage for the program of 4,073 square feet and is $6,588 annually. The cost of depreciation is provided in-kind by Family Centered Services.

**B. Building Maintenance** - The cost of minor building repairs, elevator maintenance, grounds keeping and snow removal at the building located at 1825 Marika Street. All costs are based on square footage use of 4,073 square feet for staff offices in the ATOP program; $3,000, funded from Medicaid billings.

**C. Telephone** - Cost of telephone service contracts; $4,400, funded by Medicaid billing.

**D. Utilities** - Utilities include electricity, $5,175; water & sewer, $520; fuel oil, $3,600 and garbage pick up, $555. All utility costs are based on square footage of 4,073 or 27% of the office space in the building located at 1825 Marika Street, Fairbanks. The total cost of utilities is $9,850, funded by Medicaid billing.

**400 SUPPLIES BUDGET DETAIL - ATOP**

Enter information only in the yellow highlighted cells. Enter each applicable expenditure item and the proposed expenditures for each item by fund category.

| 400 Supplies | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT SUPPLIES BUDGET |
|---|---|---|---|---|---|
| PROGRAM SUPPLIES | $ - | $ - | | $ 8,000 | $ 8,000 |
| | $ - | $ - | $ - | | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| Total Supplies Expense | $ - | $ - | $ - | $ 8,000 | $ 8,000 |

**SUPPLIES BUDGET NARRATIVE INSTRUCTIONS** - 7 AAC 78.160 (c)(12) & (13)

Allowable Costs under this category are those items with a unit cost of less than $1,000, or a useful life expectancy of less than one year:

a. Office Supplies - such as pens, pencils, stationary, postage stamps, poster board, blank cassette tapes, paper, staplers, in-house printing supplies, desk supplies;

b. Program Supplies - such as recreation and craft supplies; posters, pamphlets, brochures, and program related literature for distribution to clients, schools, or community agencies; educational and reference books for use by staff and clients; film rental and purchase costs;

c. Household Supplies - such as cleaning supplies, including laundry, janitorial, and housekeeping supplies, kitchen and bed linens. Any other household supplies including non-food kitchen supplies.

d. Medical Supplies - Prescription and non-prescription drugs and medical supplies.

e. Food - Used only for grant project operations.

SUPPLIES NARRATIVE FORM

Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Supplies expenditures. The Budget Narrative must accurately support the Budget Detail.

<div style="border:1px solid">

**PROGRAM  BUDGET NARRATIVE**
**FAMILY CENTERED SERVICES OF ALASKA**
**ALTERNATIVES TO OUT OF STATE PLACEMENT (ATOP)**
**FISCAL YEAR 2010**
**SUPPLIES**

**A.  Activity Supplies** - This expense includes the cost of therapeutic activities and projects in the program; $8,000, funded from Medicaid billings.

</div>

**500 EQUIPMENT BUDGET DETAIL - ATOP**

Enter information only in the yellow highlighted cells. Enter each applicable expenditure item and the proposed expenditures for each item by fund category.

| 500 Equipment | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT EQUIPMENT BUDGET |
|---|---|---|---|---|---|
| MAINTANANCE | $ - | $ - | $ - | $ 2,000 | $ 2,000 |
| | $ - | $ - | $ - | | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| **Total Equipment Expense** | $ - | $ - | $ - | $ 2,000 | $ 2,000 |

**EQUIPMENT BUDGET NARRATIVE INSTRUCTIONS** - 7 AAC 78.160 (c)(9), (10), (11) & (13)

Grantees purchasing equipment (defined as nonexpendable personal property in 7 AAC 78.950(25), must also comply with purchasing practices and procedures in 7AAC 78.270; and the requirements for property management in 7 AAC 78.280.

a. Equipment Costs include: Equipment Maintenance and Repairs - Costs associated with the maintenance and/or repair of equipment owned, leased, or rented;

b. Equipment Lease and/or Rental - Costs for leasing or renting project equipment such as computers, copy machines, vehicles used in the day-to-day operation of the project;

c. Equipment Purchase - Equipment with a unit cost of $1,000 or more, and a useful life expectancy of more than one year, and which is considered necessary for program operations. Depreciation on major equipment is allowed only for equipment that was **not** purchased with grant funds.

EQUIPMENT NARRATIVE FORM

Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Equipment expenditures. The Budget Narrative must accurately support the Budget Detail.

**PROGRAM BUDGET NARRATIVE**
**FAMILY CENTERED SERVICES OF ALASKA**
**ALTERNATIVES TO OUT OF STATE PLACEMENT (ATOP)**
**FISCAL YEAR 2010**
**EQUIPMENT**

**A.  Maintenance** - Maintenance for program activity vehicle; $2,000, funded from Medicaid billings.

## 600 OTHER COSTS BUDGET DETAIL - ATOP

Enter information only in the yellow highlighted cells. Enter each applicable expenditure item and the proposed expenditures for each item by fund category.

| 600 Other Costs | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT OTHER COSTS BUDGET |
|---|---|---|---|---|---|
| INSURANCE | $ - | $ - | $ - | $ 1,500 | $ 1,500 |
| PROFESSIONAL SERVICES | $ - | $ - | $ - | $ 47,000 | $ 47,000 |
| FOSTER CARE | $ - | $ - | $ - | $ 200,000 | $ 200,000 |
| ADMINISTRATION | $ - | $ - | $ - | $ 280,000 | $ 280,000 |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
| **Total Other Costs Expense** | $ - | $ - | $ - | $ 528,500 | $ 528,500 |

**OTHER COSTS BUDGET NARRATIVE INSTRUCTIONS** - Costs may include:

a. Professional Services - Professional fees and program consultant costs when an outside firm provides the services; accounting and audit services; medical and legal fees;

b. Insurance and Bonding – Insurance premiums for employee hazard, malpractice and other liability insurance for personnel, vehicles, facilities, and authorized activities of the grant project including bonding costs;

c. Subscriptions; printing and advertising.

d. Subcontracts to another agency for the provision of project services designed to meet the goals and objectives outlined in the applicant's grant application program narrative.

**See 7 AAC 78.180 and 7 AAC 78.250** for conditions that apply to all subcontractors.  Also, be aware that the procurement of subcontractors under the grant is subject to the provisions of **7 AAC 78.270**, and must have the approval of the Grantor before work commences under the subcontract, and any funds are expended for the subcontract. Subcontractors must conform to the same laws, regulations, and program requirements as the Grantee regarding the use of state funds awarded by the Grantor.  The Grantee is remains administratively and financially responsible for the activity and for the subcontractor's performance under the subcontract.

OTHER COSTS NARRATIVE FORM
Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Other expenditures. The Budget Narrative must accurately support the Budget Detail.

## PROGRAM BUDGET NARRATIVE
### FAMILY CENTERED SERVICES OF ALASKA
### ALTERNATIVES TO OUT OF STATE PLACEMENT (ATOP)
### FISCAL YEAR 2010
### OTHER

**A.  Insurance** - This is the cost of program vehicle insurance, $1,500 funded by Medicaid billings.

**B. Professional Services** - Cost of contracted psychiatric services to the program, $32,000; portion of the annual required financial audit attributable to the ATOP Program, $5,000; foster care licensing and support, $10,000. The total cost of professional services is $47,000, funded by Medicaid billing.

**C.  Foster Care** - Payments to foster parents to provide therapeutic mental health services to youth placed in therapeutic foster homes; $200,000, funded from Medicaid billings.

**D.  Administration** - This is the cost of administrative support personnel and overhead costs necessary to administer the ATOP Program.  These expenses are not allocated directly to the programs but are allocated based on the overall percentage of wages and Medicaid billings each month.  Administrative charges include the cost of accounting staff, billing personnel, human resources, quality assurance, records management, liability insurance and office supplies.  The cost of administration for the ATOP Program is $280,000 and is funded from Medicaid billings.

# ALASKA DEPARTMENT OF HEALTH & SOCIAL SERVICES

## BUDGET DETAIL & NARRATIVE FORM

Name and Address of Grantee Agency:
FAMILY CENTERED SERVICES OF ALASKA
1825 MARIKA ROAD
FAIRBANKS ALASKA 99709

Program Name:  **YOUTH EDUCATION SUPPORT SERVICES (YESS)**

| Budget Categories | PROPOSED BUDGET DETAIL SUMMARY | | | | |
|---|---|---|---|---|---|
| | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT BUDGET |
| 100 PERSONAL SERVICES | $ 300,000 | $ - | $ 74,000 | $ 583,096 | $ 957,096 |
| 200 TRAVEL | $ - | $ - | $ - | $ 14,800 | $ 14,800 |
| 300 FACILITY | $ - | $ - | $ - | $ 109,646 | $ 109,646 |
| 400 SUPPLIES | $ - | $ - | $ 26,000 | $ 30,000 | $ 56,000 |
| 500 EQUIPMENT | $ - | $ - | $ - | $ 34,805 | $ 34,805 |
| 600 OTHER COST(s) | $ - | $ - | $ - | $ 226,222 | $ 226,222 |
| TOTAL DIRECT COSTS | $ 300,000 | $ - | $ 100,000 | $ 998,569 | $ 1,398,569 |
| 700 INDIRECT COSTS | | | | $ | $ - |
| TOTAL COSTS | $ 300,000 | $ - | $ 100,000 | $ 998,569 | $ 1,398,569 |

Please Note:
Click on the tabbed spreadsheets to move through this form.  The first tabbed page provides overall instructions for the use of this workbook. The highlighted cells above on this tabbed page, A. Summary Detail, will auto-fill with the totals from the detailed budget information you enter on the following tabs 100 through 700.

If your grant includes mandatory matching funds, complete the first detailed funding source table below.  Otherwise these tables are provided for your use on a optional basis. The funding section of the solicitation document instructs applicants regarding match requirements. Contact the Grants Administrator identified in the solicitation with any questions.

| SOURCE OF FUNDS | | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | Additional Desc. |
|---|---|---|---|---|
| GRANT INCOME | | | | |
| MEDICAID | | $ 26,000 | $ 440,613 | |
| LOCAL CASH MATCH | | $ - | $ - | |
| LOCAL IN-KIND MATCH | | | $ 60,756 | FCSA DEPR |
| OTHER funds | FNSBSD | $ 74,000 | $ 487,200 | FNSB SCH DIST |
| OTHER funds | | $ - | $ 10,000 | NSLP |
| | TOTALS | $ 100,000 | $ 998,569 | |

**100 PERSONAL SERVICES BUDGET DETAIL - YESS PROGRAM**

Enter information only in the yellow highlighted cells. Enter FTEs as whole numbers and decimals.

| 100 Personal Services Position Name | Grant funded FTEs | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT PERSONAL SERVICES BUDGET |
|---|---|---|---|---|---|---|
| **Salaried Staff** | | | | | | |
| DIRECTOR OF EDUCATION | 0.00 | | | $ 55,497 | $ 16,503 | $ 72,000 |
| CLINICAL DIRECTOR | 0.10 | $ 5,720 | $ - | $ - | $ - | $ 5,720 |
| SPECIAL ED TEACHERS | 0.00 | $ - | $ - | $ - | $ 101,850 | $ 101,850 |
| THERAPISTS | 2.00 | $ 85,500 | $ - | $ - | $ - | $ 85,500 |
| TEACHERS | 0.00 | $ - | $ - | $ - | $ 220,792 | $ 220,792 |
| TRAINING SPECIALIST | 0.10 | $ 3,769 | $ - | $ - | $ - | $ 3,769 |
| | | $ - | $ - | $ - | $ - | $ - |
| **Subtotals** | **2.20** | $ 94,989 | $ - | $ 55,497 | $ 339,145 | $ 489,631 |
| Fringe Benefits (enter %) | 33.3% | $ 31,669 | $ - | $ 18,503 | $ 113,071 | $ 163,243 |
| Subtotal Salaried Staff | | $ 126,658 | $ - | $ 74,000 | $ 452,216 | $ 652,874 |
| **Hourly Staff** | | | | | | |
| CASE MANAGER | 5.00 | $ 130,000 | $ - | $ - | $ 21,632 | $ 151,632 |
| CLASSROOM AID | 0.00 | | | | $ 20,280 | $ 20,280 |
| ADMINISTRATIVE ASST | 0.00 | $ - | $ - | $ - | $ 56,243 | $ 56,243 |
| **Subtotals** | **5.00** | $ 130,000 | $ - | $ - | $ 98,155 | $ 228,155 |
| Fringe Benefits (enter %) | 33.3% | $ 43,342 | $ - | $ - | $ 32,725 | $ 76,067 |
| Subtotal Hourly Staff | | $ 173,342 | $ - | $ - | $ 130,880 | $ 304,222 |
| **Total FTEs** | **7.20** | | | | | |
| **Total Personal Services Expense** | | $ 300,000 | $ - | $ 74,000 | $ 583,096 | $ 957,096 |

**PERSONAL SERVICES BUDGET INSTRUCTIONS** - 7 AAC 78.160 (I)(5) & (m)

Identify each position working on this project (or list position type, if project includes multiple staff in like positions). For each position, provide the Full Time Equivalent (FTE); which is a time commitment as a percentage of the annual salary funded by the requested grant award. Identify the amount of funds by position or position type that is certified as match for this project if the program has a mandatory match requirement. Applicants may also identify anticipated additional match or other project support as they desire.

Allowable costs include regular and overtime salaries & wages, fringe benefits including employer payroll taxes, and at the employer's option: employee retirement plans and health and life insurance. Include a description of the fringe benefit package and percentage distribution of each benefit.

To calculate the FTE per position:

a. determine the number of work hours for a full time position in a twelve-month period (usually 2080 hours);

b. determine the total number of hours the position will work on the project that is funded by this grant; then divide "b" by "a".

Use the next page to complete your Personal Services narrative.

Append your proposal with job descriptions and resumes for key positions.

PERSONAL SERVICES NARRATIVE FORM

Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Personal Services expenditures. The Budget Narrative must accurately support the Budget Detail.

PROGRAM BUDGET NARRATIVE
FAMILY CENTERED SERVICES OF ALASKA
YOUTH EDUCATION SUPPORT SERVICES (YESS)
FISCAL YEAR 2010
PERSONAL SERVICES

**A. Director of Education** 0.00 FTE. This position is responsible for the development, maintenance, operation and integrity of the day treatment program. This position reports to the Executive Director. The cost of this position is $72,000; funded from a contract with the Fairbanks North Star Borough School District (FNSBSD) and Medicaid billings.

**B. Clinical Director** 0.10 FTE. This master's level, licensed clinician provides leadership and direct clinical supervision to the therapeutic program staff. The cost of this position to the YESS program is $5,720, funded from this grant award.

**C. Special Education Teachers** 0.00 FTE. These positions have State of Alaska certification in elementary and/or secondary special education. Responsibilities include developing the school curriculum, developing and implementing Individual Education Plans and administering achievement tests. The Special Education Teacher serves on the child placement committee and coordinates with the clinical aspects of the YESS Program. The cost of these positions is $101,850, funded by a contract with the FNSBSD.

**D. Therapists** 2.00 FTE. These master's level clinicians conduct individual and group psychotherapy for children in day treatment services. They are responsible for the development and clinical oversight of treatment plans. The Therapists' serve on the placement committee and treatment team and are available for individual consultation with family and staff regarding a child's progress. The cost of these positions is $85,500; funded from this grant award.

**E. Teachers** 0.00 FTE. These positions provide individualized and group instruction and provide outreach to youth and family. The cost of these positions is $220,792; funded from a contract with FNSBSD.

**F. Training Specialist** 0.10 FTE. This position provides all training for FCSA employees. Training provided includes new employee orientation, managing aggressive behavior (MAB), first aid and CPR. The cost of this position to the YESS program is $3,769; funded from this grant award.

**G. Case Manager** 5.00 FTE. These positions provide group and individualized skill development, provide crises intervention and implement behavior modification systems as identified in the treatment plan. These positions provide direct services to children and their families. The cost of these positions is $151,632 with $130,000 funded from this grant award and $21,632 funded from Medicaid billings.

**H. Classroom Aid** 0.00 FTE. This position is filled by developmentally disabled youth needing employment within the community. This position assists with custodial and administrative tasks as needed. The cost of this position is $20,280; funded from Medicaid billings.

**I. Administrative Assistant** 0.00 FTE. These positions provide administrative support to the program staff working in the program. The cost of these positions is $56,243; funded by a contract with the FNSBSD.

**PROGRAM BUDGET NARRATIVE**
**FAMILY CENTERED SERVICES OF ALASKA**
**YOUTH EDUCATION SUPPORT SERVICES  (YESS)**
**FISCAL YEAR 2010**
**PERSONAL SERVICES**

**J.  Fringe Benefits** 33.3%  These are FICA/FICA Med and unemployment insurance, 9.06%; workers compensation insurance, 4.62%, medical, dental and life insurance, 12.7%; retirement , 6.96%.  Total cost of fringe benefits to the YESS program is $239,310 of which $75,011 is funded from this grant award and $164,299 is funded by Medicaid billings and a contract with FNSBSD.

## 200 TRAVEL BUDGET DETAIL - YESS

Enter information only in the yellow highlighted cells. Enter the position title for each person who will be traveling in the 1st column and the expenditure by trip for each traveler by fund category.

| 200 Travel<br><br>Position Traveling | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT TRAVEL BUDGET |
|---|---|---|---|---|---|
| MILEAGE, PROGRAM STAFF | $ - | $ - | $ - | $ 4,000 | $ 4,000 |
| TRAINING | $ - | $ - | $ - | $ 10,800 | $ 10,800 |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| Total Travel Expense | $ - | $ - | $ - | $ 14,800 | $ 14,800 |

## TRAVEL BUDGET NARRATIVE INSTRUCTIONS - 7 AAC 78.160 (h) & (i)

For each trip: identify the traveler(s); destination, duration of trip, per diem for travel outside the local community; air fare - must be less than first class rate whenever available; mileage allowances, if privately owned vehicles will be used (not including travel to and from work); and other transportation costs. Travel costs are limited to the more restrictive of the applicant's current travel policy or the current basic rates approved under the general government unit employees' agreement with the state  The current state travel policies with mileage and per diem rates, may be found on the internet at -- http://fin.admin.state.ak.us/dof/updates/index.jsp -- under Alaska Administrative Manual, AAM 60-Travel, or copies can be requested from the Grants Administrator named in the grant solicitation.
Use the next page to complete your Travel narrative.



Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Travel expenditures. The Budget Narrative must accurately support the Budget Detail.

**PROGRAM BUDGET NARRATIVE**
**FAMILY CENTERED SERVICES OF ALASKA**
**YOUTH EDUCATION SUPPORT SERVICES (YESS)**
**FISCAL YEAR 2010**
**TRAVEL**

**A.  Mileage** - Direct fuel reimbursement at a rate of .40 per mile for the cost of transporting Day Treatment students to various field trips; $4,000, funded from Medicaid billings.

**B.  Trainings** - Continuing education for the Therapists, $2,400; continuing education for the Special Education Teachers, $2,400; continuing education for the Clinical Director, $300; continuing education for Teachers and Case Managers, $5,700.  The cost of training is funded by Medicaid billings.

## 300 FACILITY BUDGET DETAIL - YESS

Enter information only in the yellow highlighted cells. Enter each applicable expenditure item and the proposed expenditures for each item by fund category.

| 300 Facility | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT FACILITY BUDGET |
|---|---|---|---|---|---|
| FACILITY USE; DEPRECIATION | $ - | $ - | $ - | $ 60,696 | $ 60,696 |
| BUILDING MAINTENANCE | $ - | $ - | $ - | $ 10,000 | $ 10,000 |
| TELEPHONE | $ - | $ - | $ - | $ 4,200 | $ 4,200 |
| UTILITIES | $ - | $ - | $ - | $ 31,750 | $ 31,750 |
| GYM RENTAL | $ - | $ - | $ - | $ 3,000 | $ 3,000 |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - |
| Total Facility Expense | $ - | $ - | $ - | $ 109,646 | $ 109,646 |

## FACILITY BUDGET NARRATIVE - 7 AAC 78.160 (c)(1) & (1)(6)

Costs may include:

a. Rent or lease of a facility or office space if the costs are comparable to costs for similar space available in the same locality;

b. Utilities - heat, electric, water, sewer, and trash removal costs, not included in the space rental cost;

c. Communications - telephone, internet, telegram, shipping and radio communication expenses; and

d. Minor repairs, custodial, and maintenance costs not included in the space rental costs.

FACILITY NARRATIVE FORM

Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Facility expenditures. The Budget Narrative must accurately support the Budget Detail.

<div align="center">

**PROGRAM BUDGET NARRATIVE**
**FAMILY CENTERED SERVICES OF ALASKA**
**YOUTH EDUCATION SUPPORT SERVICES (YESS)**
**FISCAL YEAR 2010**
**FACILITY**

</div>

**A. Facility Use: Depreciation** - The cost of normal wear and tear on the buildings used to house the YESS Program. The Primary Program is operated in a building owned by FCSA located at 2775 College Road, Fairbanks. The annual depreciation cost for this building is $30,600. The Secondary Program is operated in a building owned by FCSA at 1825 Marika Road. The annual depreciation cost for this building is $30,096. The total cost of depreciation for the two programs is $60,696 and is provided in kind by Family Centered Services.

**B. Building Maintenance** - The cost of minor building repairs, grounds keeping and snow removal at the two locations, $10,000, funding by Medicaid billings.

**C. Telephone** - Cost of telephone service contracts; $2,700 at the Primary program and $1,500 at the Secondary program for a total cost of $4,200; funded by Medicaid billing.

**D. Utilities** - Utilities include electricity, $12,880; water & sewer, $2,350; fuel oil, $13,840 and garbage pick up, $2,680. The total cost of utilities is $31,750, funded by Medicaid billing.

**E. Gym Rental** - Rental of a facility for physical education activities with youth enrolled in the program; $3,000; $1,200 funded from a contract with the FNSBSD and $1,800 funded by Medicaid Billings.

## 400 SUPPLIES BUDGET DETAIL - YESS

Enter information only in the yellow highlighted cells. Enter each applicable expenditure item and the proposed expenditures for each item by fund category.

| 400 Supplies | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT SUPPLIES BUDGET |
|---|---|---|---|---|---|
| PROGRAM SUPPLIES | $ - | $ - | $ 26,000 | $ - | $ 26,000 |
| FOOD | $ - | $ - | $ - | $ 30,000 | $ 30,000 |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| | $ - | $ - | $ - | $ - | $ |
| Total Supplies Expense | $ - | $ - | $ 26,000 | $ 30,000 | $ 56,000 |

## SUPPLIES BUDGET NARRATIVE INSTRUCTIONS - 7 AAC 78.160 (c)(12) & (13)

Allowable Costs under this category are those items with a unit cost of less than $1,000, or a useful life expectancy of less than one year:

a. Office Supplies - such as pens, pencils, stationary, postage stamps, poster board, blank cassette tapes, paper, staplers, in-house printing supplies, desk supplies;

b. Program Supplies - such as recreation and craft supplies; posters, pamphlets, brochures, and program related literature for distribution to clients, schools, or community agencies; educational and reference books for use by staff and clients; film rental and purchase costs;

c. Household Supplies - such as cleaning supplies, including laundry, janitorial, and housekeeping supplies, kitchen and bed linens. Any other household supplies including non-food kitchen supplies.

d. Medical Supplies - Prescription and non-prescription drugs and medical supplies.

e. Food - Used only for grant project operations.

SUPPLIES NARRATIVE FORM

Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Supplies expenditures. The Budget Narrative must accurately support the Budget Detail.

## PROGRAM BUDGET NARRATIVE
### FAMILY CENTERED SERVICES OF ALASKA
### YOUTH EDUCATION SUPPORT SERVICES (YESS)
### FISCAL YEAR 2010
### SUPPLIES

**A. Program Supplies** - This is the cost of textbooks, curriculum materials, school supplies and therapeutic activities for the Day Treatment Program, $26,000 funded from Medicaid billing and provided as part of the required matching funds.

**B. Food** - This is the cost of breakfast, lunch and snack provided to children enrolled in the Day Treatment Program. These meals are provided to each student regardless of ability to pay, $30,000 funded by the National School Lunch Program and a contract with the Fairbanks North Star Borough School District.

**500 EQUIPMENT BUDGET DETAIL - YESS PROGRAM**

Enter information only in the yellow highlighted cells. Enter each applicable expenditure item and the proposed expenditures for each item by fund category.

| 500 Equipment | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT EQUIPMENT BUDGET |
|---|---|---|---|---|---|
| MAINTANANCE | $          - | $          - | $          - | $     29,805 | $     29,805 |
| PURCHASES | $          - | $          - | $          - | $      5,000 | $      5,000 |
|  | $          - | $          - | $          - | $          - | $          - |
|  | $          - | $          - | $          - | $          - | $          - |
|  | $          - | $          - | $          - | $          - | $          - |
|  | $          - | $          - | $          - | $          - | $          - |
|  | $          - | $          - | $          - | $          - | $          - |
|  | $          - | $          - | $          - | $          - | $          - |
|  | $          - | $          - | $          - | $          - | $          - |
|  | $          - | $          - | $          - | $          - | $          - |
|  | $          - | $          - | $          - | $          - | $          - |
|  | $          - | $          - | $          - | $          - | $          - |
| **Total Equipment Expense** | $          - | $          - | $          - | $     34,805 | $     34,805 |

**EQUIPMENT BUDGET NARRATIVE INSTRUCTIONS** - 7 AAC 78.160 (c)(9), (10), (11) & (13)
Grantees purchasing equipment (defined as nonexpendable personal property in 7 AAC 78.950(25), must also comply with purchasing practices and procedures in 7AAC 78.270; and the requirements for property management in 7 AAC 78.280.
a. Equipment Costs include: Equipment Maintenance and Repairs - Costs associated with the maintenance and/or repair of equipment owned, leased, or rented;
b. Equipment Lease and/or Rental - Costs for leasing or renting project equipment such as computers, copy machines, vehicles used in the day-to-day operation of the project;
c. Equipment Purchase - Equipment with a unit cost of $1,000 or more, and a useful life expectancy of more than one year, and which is considered necessary for program operations.  Depreciation on major equipment is allowed only for equipment that was **not** purchased with grant funds.

EQUIPMENT NARRATIVE FORM
Provide a complete description of the specific costs outlined in the grant project budget detail for proposed
Equipment expenditures. The Budget Narrative must accurately support the Budget Detail.

<div align="center">

**PROGRAM BUDGET NARRATIVE**
**FAMILY CENTERED SERVICES OF ALASKA**
**YOUTH EDUCATION SUPPORT SERVICES (YESS)**
**FISCAL YEAR 2010**
**EQUIPMENT**

</div>

**A. Maintenance** - Office equipment maintenance, $5,805; computer maintenance, $20,000; vehicle maintenance, $4,000. Total equipment maintenance costs are $29,805, funded from Medicaid billings.

**B. Purchases** - The cost of miscellaneous program equipment that is replaced during the year; $5,000, funded by Medicaid billings.

## 600 OTHER COSTS BUDGET DETAIL - YESS PROGRAM

Enter information only in the yellow highlighted cells. Enter each applicable expenditure item and the proposed expenditures for each item by fund category.

| 600 Other Costs | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT OTHER COSTS BUDGET |
|---|---|---|---|---|---|
| INSURANCE | $ - | $ - | $ - | $ 5,292 | $ 5,292 |
| PROFESSIONAL SERVICES | $ - | $ - | $ - | $ 37,500 | $ 37,500 |
| DUES & SUBSCRIPTIONS | $ - | $ - | $ - | $ 1,000 | $ 1,000 |
| ADMINISTRATION | $ - | $ - | $ - | $ 182,430 | $ 182,430 |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - |
| Total Other Costs Expense | $ - | $ - | $ - | $ 226,222 | $ 226,222 |

**OTHER COSTS BUDGET NARRATIVE INSTRUCTIONS** - Costs may include:
a. Professional Services - Professional fees and program consultant costs when an outside firm provides the services; accounting and audit services; medical and legal fees;
b. Insurance and Bonding – Insurance premiums for employee hazard, malpractice and other liability insurance for personnel, vehicles, facilities, and authorized activities of the grant project including bonding costs;
c. Subscriptions; printing and advertising.
d. Subcontracts to another agency for the provision of project services designed to meet the goals and objectives outlined in the applicant's grant application program narrative.

**See 7 AAC 78.180 and 7 AAC 78.250** for conditions that apply to all subcontractors.  Also, be aware that the procurement of subcontractors under the grant is subject to the provisions of **7 AAC 78.270**, and must have the approval of the Grantor before work commences under the subcontract, and any funds are expended for the subcontract. Subcontractors must conform to the same laws, regulations, and program requirements as the Grantee regarding the use of state funds awarded by the Grantor.  The Grantee is remains administratively and financially responsible for the activity and for the subcontractor's performance under the subcontract.

OTHER COSTS NARRATIVE FORM
Provide a complete description of the specific costs outlined in the grant project budget detail for proposed Other expenditures. The Budget Narrative must accurately support the Budget Detail.

**PROGRAM BUDGET NARRATIVE**
**FAMILY CENTERED SERVICES OF ALASKA**
**YOUTH EDUCATION SUPPORT SERVICES  (YESS)**
**FISCAL YEAR 2010**
**OTHER**

**A.  Insurance**  - This is the cost of program vehicle insurance for two vehicles used in the YESS Progam; $5,292 funded by Medicaid billings.

**B. Professional Services**  - Cost of contracted psychiatric services to the program, $30,000; portion of the annual required financial audit attributable to the YESS Program, $7,500, funded by Medicaid billing.

**C.  Dues and Subscriptions** - Program related literature, magazines  and professional dues, $1,000 , funded by Medicaid billings.

**D.  Administration**  - This is the cost of administrative support personnel and overhead costs necessary to administer the YESS Program.  These expenses are not allocated directly to the programs but are allocated based on the overall percentage of wages and Medicaid billings each month.  Administrative charges include the cost of accounting staff, billing personnel, human resources, quality assurance, records management, liability insurance and office supplies.  The cost of administration for the YESS Program is $182,430, funded by a contract with the FNSBSD.

## ALASKA DEPARTMENT OF HEALTH & SOCIAL SERVICES

### BUDGET DETAIL & NARRATIVE FORM

Name and Address of Grantee Agency:

FAMILY CENTERED SERVICES OF ALASKA

1825 MARIKA ROAD

FAIRBANKS ALASKA 99709

| Program Name: | COMPREHENSIVE BEHAVIORAL HEALTH TREATMENT AND RECOVERY YESS & ATOP PROJECT BUDGETS COMBINED |
|---|---|

### PROPOSED BUDGET DETAIL SUMMARY

| Budget Categories | PRIMARY GRANT AWARD | SECONDARY GRANT AWARD | REQUIRED MATCH | ADDITIONAL MATCH / PROJECT SUPPORT | TOTAL PROJECT BUDGET |
|---|---|---|---|---|---|
| 100 PERSONAL SERVICES | $ 563,177 | $ - | $ 181,726 | $ 802,142 | $ 1,527,045 |
| 200 TRAVEL | | $ - | $ - | $ 34,300 | $ 34,300 |
| 300 FACILITY | $ - | $ - | $ - | $ 133,484 | $ 133,484 |
| 400 SUPPLIES | $ - | $ - | $ 26,000 | $ 38,000 | $ 64,000 |
| 500 EQUIPMENT | $ - | $ - | $ - | $ 36,805 | $ 36,805 |
| 600 OTHER COST(s) | $ - | $ - | $ - | $ 754,722 | $ 754,722 |
| TOTAL DIRECT COSTS | $ 563,177 | $ - | $ 187,726 | $ 1,799,453 | $ 2,550,356 |
| 700 INDIRECT COSTS | | | | | $ - |
| TOTAL COSTS | $ 563,177 | $ - | $ 187,726 | $ 1,799,453 | $ 2,550,356 |

Please Note:

Click on the tabbed spreadsheets to move through this form. The first tabbed page provides overall instructions for the use of this workbook. The highlighted cells above on this tabbed page, A. Summary Detail, will auto-fill with the totals from the detailed budget information you enter on the following tabs 100 through 700.

If your grant includes mandatory matching funds, complete the first detailed funding source table below. Otherwise these tables are provided for your use on a optional basis. The funding section of the solicitation document instructs applicants regarding match requirements. Contact the Grants Administrator identified in the solicitation with any questions.

| SOURCE OF FUNDS | REQUIRED MATCH | | ADDITIONAL MATCH / PROJECT SUPPORT | Additional De |
|---|---|---|---|---|
| GRANT INCOME | | | | |
| MEDICAID | $ 113,726 | | $ 1,241,497 | |
| LOCAL CASH MATCH | $ - | | $ - | |
| LOCAL IN-KIND MATCH | | | $ 60,756 | FCSA DEPR |
| OTHER fun     FNSBSD | $ 74,000 | | $ 487,200 | FNSB SCH D |
| OTHER fun | $ - | | $ 10,000 | NSLP |
| TOTALS | $ 187,726 | | $ 1,799,453 | |

# Appendix B

FCSA Service Area Map
Job Descriptions
Resumes, Program Staff
FCSA Licenses and Certificates – Personnel
FCSA Licenses and Certifications - Agency
Resumes, Administrative Staff

# Family Centered Services - Alaska
## Referrals for Service CRRB
### by Area of Residence



FCSA is the primary service provider for the Northern Region which includes the following areas: North Slope, Yukon-Koyukuk, Fairbanks, Southeast Fairbanks, Denali, Nome and Northwest Arctic

# FAMILY CENTERED SERVICES OF ALASKA

## DIRECTOR OF EDUCATIONAL SERVICES

Direct Supervisor:  FCSA Executive Director
Status:  Exempt
Salary Grade:  Sixteen
OSHA Classification: 1        ESC Code:  11-9039        WC Code:  8868
HR_____ Date_____ Reviewed_____ (Annually)

**Summary of Assigned Tasks:**  The Director of Educational Services is a senior management position responsible for the development, maintenance, and effective operation of FCSA educational programs.

**Responsibilities:**

1. Supervise the operation of FCSA Education programs.
2. Primary FCSA liaison to the FNSBSD.
3. Ensure program compliance with all grant/contract terms and special conditions.
4. Supervises and conducts performance reviews for the Director of Special Education, Lead Teachers, and RDT Director.
5. Ensure policies and procedures are consistent with appropriate State of Alaska Department of Education regulations.
6. Recommend development, design, and modification of FCSA educational programs.
7. Oversee Development and implementation of Summer Skills Enrichment Services.
8. Advocate for the rights and needs of the youth within FCSA education programs.
9. FCSA educational program liaison to the professional and social community.
10. As necessary, recruit and hire new program staff.
11. Responsible for ensuring that all program staff are adequately trained, supervised, and evaluated.
12. In coordination with FCSA's Chief Financial Officer, prepares and monitors the annual education programs and summer skills enrichment budgets.
13. Attend management, administrative, preadmission assessment, and treatment team meetings when appropriate.
14. Other duties as assigned.

**Evaluations:**
Provided after orientation period of one year and once annually by the Executive Director.

**Qualifications:**

1. Bachelor's Degree, Master's Degree preferred, in education, psychology, social work, justice, guidance and counseling, sociology, or other human service field.
2. Bachelor's degree in education, psychology, social work, justice, guidance and counseling, sociology, or other human service field.
3. Two years of supervisory experience in an educational or mental health setting.
4. Two years of teaching experience or two years of providing direct care for severely emotionally impaired youth.
5. Knowledge of Alaska child care, Medicaid, DMHDD, and Juvenile Justice regulations, laws and policies.
6. Knowledge of State and Federal Special Education laws and regulations.
7. Physical ability to employ the MAB System-Managing People techniques after being certified.
8. Current Alaska driver's license, good driving record.
9. Able to work as part of a treatment team.
10. Able to undergo a fingerprint check which shows that their record is free from criminal convictions which, in the judgement of FCSA, would adversely affect their ability to work safely with children
11. Current First Aid and CPR certificates.

## FAMILY CENTERED SERVICES OF ALASKA

### DIRECTOR OF BEHAVIORAL HEALTH SERVICES

Direct Supervisor: Executive Director
Status: Exempt
Salary Grade: Sixteen
OSHA Classification: I   ESC Code: 11-9151   WC Code: 8868
HR____ Date_____ Reviewed_____ (Annually)

**Summary of Assigned Tasks:** The Director of Behavioral Health Services is a
senior management position responsible for the development, maintenance, and
effective operation of FCSA programs they are assigned to supervise.  Other
responsibilities include: reinforcing the philosophy of the organization,
providing for the financial viability of FCSA programs, and assuring the quality
of services delivered. The Director will provide supervision, guidance, and
support to program directors and other management staff.

### Responsibilities

1. Represent FCSA to the private and public social service community network.
2. Assist in writing grants for new programs.
3. Ensure program compliance with all grant terms and special conditions.
4. Ensure that all FCSA programs operate in accordance with all Federal, State,
   Grantor, and Accrediting agency regulations and requirements.
5. Develop program budgets in collaboration with program directors and the
   Chief Fiscal Officer.
6. Monitor program budgets and initiate adjustments as needed.
7. Oversee FCSA Placement Agency and Residential Facility licensing.
8. Maintain liaison with the State of Alaska, Office of Children's and the
   Division of Behavioral Health.
9. Ensure policies and procedures are consistent with State of Alaska licensing
   regulations.
10. Approve and oversee all FCSA program policies, procedures, protocols, and
    practices to ensure compliance with all external legal and accreditation
    requirements and internal policies.
11. Facilitate and monitor to ensure optimum collaboration between FCSA
    programs.
12. Provide support and supervision to program directors as assigned by the
    Executive Director.
13. Act as technical resource for FCSA staff.
14. Attend management, administrative, pre-admission, and treatment team
    meetings when appropriate.
15. Willing to travel, as the job duties require.
16. Other duties as assigned by Executive Director

**Evaluations:** Provided after one-year orientation period and once annually thereafter by the Executive Director.

## Qualifications:

1. Masters degree in psychology, social work, justice, guidance and counseling, or other human services area preferred; or 6 years supervisory experience/management level work experience with a behavioral health service agency.
2. Knowledge of the Alaskan child and family service systems, such as, mental health, protection, education and legal.
3. Knowledge of Medicaid and child licensing regulations.
4. Experience with budget development and monitoring.
5. A broad understanding of mental health treatment services.
6. A broad understanding of administrative issues including: funding, grants, program development, risk management, contracts, and personnel law.
7. Proficiency with a variety of computer software.
8. Current Alaska driver's license, personal vehicle insurance, and driving history that allows for insurability by FCSA auto insurance carrier.
9. Current first aid and CPR certificate.
10. Freedom from previous criminal convictions that in the judgment of FCSA would adversely affect one's ability to work safely with children based upon a fingerprint and or records check.

## FAMILY CENTERED SERVICES OF ALASKA

### DIRECTOR OF CLINICAL SERVICES

Direct Supervisor: Director of Behavioral Health Services
Status: Exempt
Salary Grade: Sixteen
OSHA Classification: I          ESC Code: 21-1014        WC Code: 8810
. HR_____ Date_____ Reviewed_____ (Annually)

**Summary of Assigned Tasks:** The Director of Clinical Services provides direct clinical oversight of the organization's clinical staff. Supervision of daily non-clinical work (attendance, scheduling and timeliness) of clinical staff will be the responsibility of the program directors in which the clinician works.

**Duties and Responsibilities:**

**Administrative-Clinical Staff**
1. Provide leadership, and supervision of FCSA clinical staff.
2. Provide advice and consultation to clinical staff on assessment, and treatment plan development, implementation and modification.
3. Responsible for ensuring the positive development of the clinical staff.
4. Monitor to ensure that all FCSA clinical staff are in compliance with state and federal licensing requirements.
5. Provide clinical supervision and necessary documentation of supervision as may be necessary to meet accreditation standards and/or state or federal licensing requirements.
6. Establish training goals for individual clinical staff and monitor goal progress.
7. Arrange for and/or conduct internal and external training for all clinical staff.
8. Monitor clinical staff diagnosis, assessments and treatment plans by conducting internal audits to assess the quality of treatment provided and ensure staff competence.
9. As needed take corrective action (for clinical Staff) with regard to clinical treatment and/or services delivered.
10. Provide program directors written clinical evaluations for inclusion with each clinician's annual job performance evaluation or determined necessary or required.

**Administrative-General**
1. Develop and implement structures/systems to ensure the quality of clinical services provided and the use of effective treatment methodologies (best practices) across all FCSA programs.
2. In collaboration with the Director of Quality Assurance assist and/or develop FCSA clinical policies, practices, and procedures to ensure the consistency and quality of services.
3. Provide training to clinical staff on the specific clinical documentation standards adopted and/or required by FCSA.

4. Develop and implement procedures to ensure that the treatment provided is culturally appropriate to/for consumers served.
5. Assist in promoting FCSA through contact with other provider agencies and development of collaborative agreements.
6. Consult with and advise program directors on program treatment requirements and optimal delivery techniques.
7. Perform other duties as assigned.

**Non-Administrative**
1. Provide clinical services to clients in a backup capacity or as assigned by your supervisor.
2. Respond as necessary to clinical crisis situations.
3. Perform other duties as assigned.

## Evaluations:

Conducted by supervisor at the end of one year orientation and once annually thereafter.

## Qualifications:

1. Masters degree from an accredited academic program in mental health or related field and current State of Alaska License as LCSW, LPC.
2. Three years post master's degree experience providing Mental Health services to individuals experiencing severe and persistent mental illness.
3. One year administrative experience with comparable health care organization to include legal and ethical compliance, program development, implementation and evaluation, strategic planning, public speaking, and training program development.
4. Current Alaska Drivers license and vehicle insurance.
5. Unblemished criminal record free of convictions which in the judgment of FCSA would adversely affect their ability to work safely with children.
6. Ability to train, evaluate and supervise employees.
7. Ability to positively influence others to achieve goals and objectives.
8. Ability to write on technical and non-technical matters clearly and concisely.
9. Excellent interpersonal communication and presentation skills.
10. Proficient with personal computers.
11. Organized, efficient, and able to manage multiple tasks simultaneously.
12. Experience delivering behavioral health services to minority populations.

# FAMILY CENTERED SERVICES OF ALASKA

## THERAPIST

Direct Supervisor: Program Director
Status: Exempt
Salary Grade: Thirteen
OSHA Classification: II        ESC Code: 21-1014      WC Code: 8868
HR_____ Date_____ Reviewed_____ (Annually)

**Summary of Assigned Tasks:**  The Therapist is responsible to the Program Director for the planning of assigned tasks, organizing, implementation and evaluation of the treatment components and activities of programs.

**Milieu Treatment Responsibilities:**

1. With the Program Director, responsible for creating and maintaining milieu treatment activities.
2. Provide individual and group counseling to clients.
3. Provide family counseling and/or training.
4. Provide expert witness regarding clients in court.
5. Provide crisis intervention as needed.
6. Participate in special activities, e.g., outdoor recreation, job hunting.
7. Provide support and therapy to staff as needed.
8. Provide training and consultation to staff as arranged.
9. On-call, on-rotation status.

**Evaluations:**

Conducted by Program Director, with input from Clinical Director, after a 1-year orientation period and once annually thereafter.

**Administrative Responsibilities:**

1. Coordinate with local and state agencies relative to the clients' milieu program.
2. Coordinate with the staff relative to the clients' individual service plans.
3. Provide consultation and coordination with personnel from State and Local agencies and other community professionals.
4. Attend child study team meetings, placement meetings, and administrative meetings.
5. Responsible for Individual Treatment Plans; including development, implementation, evaluation, and quarterly review.
6. Responsible to the Program Coordinator to maintain compliance with Alaska state regulations and the regulations of the Division of Mental Health and Developmental Disabilities.

7.   Complete state admission and discharge forms.
8.   Responsible to complete all paperwork in a timely fashion.
9.   Keep current counseling notes.
10.  Write treatment plans and discharge summaries.
11.  Attend management, administrative and preadmission assessment meetings.
12.  Provides a minimum 23 hours of documented rehabilitation services for FCSA children and families.

## Qualifications:

1.   Masters degree, from an accredited university, in social work, psychology, or counseling, or a closely related field.
2.   Prefer two years' experience in providing direct services to adolescents, program development, ISP development and implementation, and programmatic staff supervision.
3.   Able to work as a part of a treatment team.
4.   Physical ability to employ MAB System of Managing people after being certified.
5.   Knowledge of Alaskan child care laws and juvenile justice laws.
6.   Current Alaska driver's license, driving record and vehicle insurance.
7.   Potential employees must undergo a fingerprint check which shows that their record is free from criminal convictions which, in the judgment of FCSA, would adversely affect their ability to work safely with children.
8.   Current First aid and CPR certificate.

## FAMILY CENTERED SERVICES OF ALASKA

## THERAPIST
## YOUTH EDUCATION SUPPORT SERVICES SCHOOL

Direct Supervisor: YESS Director
Status: Exempt
Salary Grade: Thirteen
OSHA Classification: II      ESC Code: 21-1014      WC Code: 8868
HR_____ Date_____ Reviewed_____ (Annually)

**Summary of Assigned Tasks:** The Therapist is responsible for the planning of assigned tasks, organizing, implementation and evaluation of the treatment components and activities of YESS programs.

**Milieu Treatment Responsibilities:**

1.  With the Program Coordinator responsible for creating and maintaining milieu treatment activities.
2.  Provide individual and group counseling to clients.
3.  Provide family counseling and/or training.
4.  Provide expert witness regarding clients in court.
5.  Provide crisis intervention as needed.
6.  Participate in special activities, e.g., outdoor recreation, job hunting.
7.  Provide support and therapy to staff as needed.
8.  Provide training and consultation to staff as arranged.

**Administrative Responsibilities:**

1.  Assist in recommending and interviewing applicants for available positions.
2.  Provides clinical supervision to Outreach Worker.
3.  Coordinate with local and state agencies relative to the clients' milieu program.
4.  Coordinate with the staff relative to the clients' individual service plans.
5.  Provide consultation and coordination with personnel from State and Local agencies and other community professionals.
6.  Attend child study team meetings, placement meetings, and administrative meetings.
7.  Responsible for Individual Treatment Plans; including development, implementation, evaluation, and quarterly review.
8.  Responsible to the Program Coordinator to maintain compliance with Alaska state regulations and the regulations of the Division of Mental Health and Developmental Disabilities.
    Complete state admission and discharge forms.
9.  Responsible to complete all paperwork in a timely fashion.

10.  Keep current counseling notes.
11.  Write treatment plans and discharge summaries.
12.  Attend management, administrative, and preadmission assessment meetings.

## Evaluations:

Conducted after a one year orientation period and once annually thereafter.

## Qualifications:

1.  Masters degree in social work, psychology, or guidance and counseling.
2.  Two years experience in providing counseling to adolescents, program development, ISP development and implementation, and programmatic staff supervision.
3.  Certificate in alcohol and drug counseling, preferred.
4.  Able to work as a part of a treatment team.
5.  Physical ability to employ MAB System of Managing people after being certified.
6.  Knowledge of Alaskan child care laws and juvenile justice laws.
7.  Current Alaska drivers license, driving record, vehicle insurance and seven years driving experience.
8.  Potential employees must undergo a fingerprint check which shows that their record is free from criminal convictions which, in the judgment of FCSA, would adversely affect their ability to work safely with children.
9.  Current first aid certificate.

## FAMILY CENTERED SERVICES OF ALASKA

## SPECIAL EDUCATION TEACHER
## YESS

Direct Supervisor:  Director of Educational Services
Status: Exempt
OSHA Classification:  II       ESC Code: 25-2043       WC Code: 8868
HR_____ Date _____ Reviewed _____ (Annually)

**Summary of Assigned Tasks:**   The Special Education Teacher is responsible for the overall planning, organization, implementation, and evaluation of FCSA special education services, basic skill and content instruction, and other specialized educational services, as well as coordinating with the local school district and its schools.

**Educational and Milieu Treatment Responsibilities:**

1. Maintain overall responsibility for FCSA educational programs.
2. Arrange for and facilitate Individual Education Plan (IEP) meetings in close coordination with the Fairbanks North Star Borough School District (FNSBSD) special education department.
3. Provide direct individualized instructions in basic skill content, remedial, GED, and individualized education program.
4. Administers individualized achievement tests in all basic achievement areas, including reading, math, spelling, vocational aptitude, and interests.
5. Develop instructional objectives for students' IEPs.
6. Become familiar with each student's Individualized Service/Treatment Plan (ISP) and integrate ISP activities into the educational program as appropriate.
7. Accurately observe student behavior and implement behavior modification charting system, if applicable.
8. Motivate, encourage, and manage students to complete required milieu treatment activities.
9. Provide crisis intervention as needed.
10. Administer time out procedures.
11. Assist in planning and implementing recreational and/or arts and crafts activities.

**Administrative Responsibilities:**

1. Coordinate the reporting and documentation requirements relative to student performance, grading, and credit transfer to the local school district.
2. Evaluate the transcripts and school record of newly admitted students to determine their educational needs.
3. Coordinate with community professionals as required, including FNSBSD personnel, social service agency personnel, probation officers, police, etc.
4. Attends staff meetings, child study team meetings, trainings, teleconferences, and court hearings.
5. Assist the clinical staff writing treatment plans and case summaries, as requested, to ensure that IEP goals and objectives are integrated into the therapeutic treatment plan.
6. Maintains compliance with all state, federal, and local school district laws, regulations, policies, and practices.
7. Maintain daily reporting and charting on students.
8. Completes incident reports.
9. Record administration of medications.

**Evaluations:**

Conducted by the Director or Education after a 1-year orientation period and once annually thereafter. The Director of Education may, at their discretion, designate supervisory responsibility for this position to another education staff member.

**Qualifications:**

1. Bachelor's degree in education, psychology, social work, justice, guidance and counseling, or other human service area.
2. Special Education Certified, current Alaska teaching certificate or substitute accepted by FNSBSD.
   Able to work as part of a treatment team.
3. Physical ability to employ MAB system-managing people techniques after being certified.
4. Knowledge of Alaskan child care regulations.
5. Current Alaska driver's license, driving record and vehicle insurance.
6. Potential employees must undergo a fingerprint check, which shows that their record is free from criminal convictions.
10. Current first aid and CPR certificates.

## FAMILY CENTERED SERVICES OF ALASKA

### CERTIFIED TEACHER
### YOUTH EDUCATION SUPPORT SERVICES SCHOOL

Direct Supervisor:  Program Director/Special Education Teacher
Status: Exempt
Salary Grade:  Thirteen
OSHA Classification: II      ESC Code:  25-3011      WC Code: 8868
HR_____ Date_____ Reviewed_____(Annually)

**Summary of Assigned Tasks:**  The Teacher is responsible for such direct teaching services as tutoring, test administration and correction, field trips, preparing and teaching classes, and supervision of those students on independent study.  The Teacher also schedules and reviews the activities of other teaching staff.  The Teacher, in coordination with the Special Education Teacher, implements the academic curriculum by creating plans and reviewing the plans of the other teachers.

**Educational and Milieu Treatment Responsibilities:**

1. Provide direct individualized instructions in basic skill content, remedial, GED, and individualized education program.
2. Administers individualized achievement tests in all basic achievement areas, including reading, math, spelling, vocational aptitude, and interests.
3. Assist Special Education Teacher with developing instructional objectives for students' IEP's.
4. Implements the YESS School academic curriculum by developing and reviewing the other teacher's plans for the students.
5. Meets with YESS teachers to schedule and review class activities and other teacher led activities.
6. Administers time out procedures.
7. Provide crisis intervention as needed.
8. Become completely familiar with each student's Individualized Treatment Plan and implement activities.
9. Accurately observe student behavior and implement behavior modification charting system.
10. Assist in planning and implementing recreational and/or arts and crafts activities.
11. Assist in determining and ordering of books and materials needed for educational programs.

**Administrative Responsibilities:**

1. Assist the Special Education Teacher with the coordination of reporting and documentation requirements relative to student performance, grading, and credit transfer to the local school district.
2. Assist the Special Education Teacher with the evaluation of transcripts and school records of newly admitted students to determine their educational needs.
3. Serves as the FCSA Coordinator in their absence.
4. Attend child study team meetings.
5. Attend staff meetings, training's, teleconferences, IEP meetings, Treatment Team meetings and court hearings.
6. Communicate with community professionals as required, including police, medical personnel, parents, social service agency personnel, etc.
7. Signature authority for purchase orders and FCSA's Sam's Club account.
8. Maintain daily reporting and charting on students.
9. Completes incident reports.
10. Record administration of medications.
11. Responsible for keys issued.

**Evaluations:**

Conducted after a one year orientation period and once annually thereafter.

**Qualifications:**

1. Bachelor's degree in psychology, social work, justice, guidance and counseling, or other human service area.
2. Current Alaska teaching certificate or substitute accepted by FNSBSD.
3. Able to work as part of a treatment team.
4. Physical ability to employ MAB system-managing people techniques after being certified.
5. Knowledge of Alaskan child cares regulations.
6. Current Alaska driver's license, driving record, vehicle insurance and seven years driving experience.
7. Potential employees must undergo a fingerprint check, which shows that their record is free from criminal convictions, which, in the judgment of FCSA, would adversely affect their ability to work safely with children.
8. Current first aid and CPR certificates.

# FAMILY CENTERED SERVICES OF ALASKA

## COMMUNITY BASED SERVICES ADMINISTRATOR

Direct Supervisor: Director of Behavioral Health
Status: Exempt
Salary Grade: Fifteen
OSHA Classification: I   ESC Code: 11-9151   WC Code: 8868
HR_____ Date_____ Reviewed_____ (Annually)

Summary of Assigned Tasks: The Community Based Services Program
Administrator is responsible for the supervision of the following FCSA
programs: ATOP (Alternatives to Out of State Placement), Therapeutic Family
Home, Foster Care, Delta Services and Non-Clinical supervision of the therapist
as it pertains to the FCSA ATOP Program.

Duties and Responsibilities:

1. Act as technical resource for FCSA staff.
2. Attend meetings, to include Community Wide Committee meetings.
3. Be available to travel, as needed.
4. Ensure that all charting, reporting, and other administrative tasks are
   complete and meet all required State and Federal guidelines for all
   programs supervised.
5. Community liaison that will represent FCSA to the professional
   community.
6. Ensure grant compliance and review budgets.
7. Approve and oversee program policies and procedures for FCSA programs.
8. Oversee FCSA Foster Care, Respite Care and ATOP programs to include
   contracts, policies and procedures. Ensures policies and procedures are
   consistent with State of Alaska regulations.
9. Advocate for the rights and needs of the youth and their families.
10. Responsible for ensuring all policies, procedures, protocols, and practices
    allow for optimum delivery of services to children and their families.
11. Ensure effective staff coverage of all programs and coordinate leave time.
12. Ensure license renewal for Child Placement License and the TFH
    programs.
13. Ensure compliance with all licensing requirements.
14. Ensure implementation of all new licensing regulations as it pertains to
    programs.
15. Direct supervision and evaluation of ATOP Coordinators.
16. Other duties as assigned by the Director of Behavioral Health.

Evaluations:

Provided after one-year orientation period and once annually thereafter by the Director of Behavioral Health.

Qualifications:

1. Bachelor's Degree required in Business Administration or other related field.
2. Minimum of two years experience managing programs providing mental health services to Medicaid eligible children and young adults is preferred.
3. Knowledge of the State of Alaska budget process and Medicaid regulations.
4. Understanding of administrative issues, funding, grants, program development, risk management, contracts, Personnel Law, and Managed Care.
5. Knowledge of Alaska child and family service systems, such as, mental health, protection, education and legal.
6. Basic computer skills.
7. Must be willing to travel.
8. Current Alaska driver's license, good driving record, vehicle insurance, and seven years driving experience.
9. Able to work as a member of a treatment team.
10. Freedom from previous criminal convictions that in the judgment of FCSA would adversely affect one's ability to work safely with children based upon a fingerprint and/or records check.
11. Current Managing Aggressive Behavior (MAB) Certification.
12. Current CPR/First Aid certification.

## FAMILY CENTERED SERVICES OF ALASKA

### TRAINING SPECIALIST

Direct Supervisor:  Human Resource Director
Status: Exempt
Salary Grade: Twelve
OSHA Classification:  II      ESC Code: 13-1079    WC Code: 8810
HR_____ Date_____ Reviewed_____ (Annually)

**Summary of Assigned Tasks:**  The Training Specialist provides training to Youth
Counselors, Lead Youth Counselors, Parents, Foster Parents, and other Treatment Team
members as needed.

### Administrative Activities:

1. Under direction of the Director of Human Resources, provide training to new
   employees.  The training will consist of an orientation meeting, interventions training,
   and Medicaid/paperwork training.
2. Provide professional parent training, MAB training, and case management training
   and coordinates additional training's as needed.
3. Become certified and/or re-certified in MAB as needed.
4. Attend weekly staff meetings, treatment team meetings, and conferences as needed.
5. Provide technical assistance to Lead Youth Counselors and Youth Counselors as
   needed.
6. Provide CPR and First Aid Certification and re-certification classes.
7. Provide Family Empowerment training classes to families in the greater Fairbanks,
   Alaska area.
8. Complete all required State paperwork.
9. Organize & facilitate foster parent trainings and support meetings.
10. Monitor overall delivery of services through processing and reviews of incident
    reports.
11. Ensures training assistant is adequately trained, supervised, and evaluated.
12. Other job-related duties as assigned.

### Evaluation:

Provided after one year orientation and then once annually thereafter.

## FAMILY CENTERED SERVICES OF ALASKA

### ATOP COORDINATOR I

Direct Supervisor: Program Director
Status: Exempt
Salary Grade: Twelve
OSHA Classification: II    ESC Code: 11-9151    WC Code: 8868
HR_____ Date_____ Reviewed_____ (Annually)

**Summary of Assigned Tasks:** The Coordinator I is responsible to the Program Director for maintaining the philosophy and effectiveness of the Alternatives to Out of State Placement (ATOP) program.

### Coordinator Responsibilities:

1. Facilitate family and inter-agency collaboration.
2. Prepare Individualized Service Plans (ISP) that address presenting problems, goals, progress, planned services, and the person responsible for each service or action step.
3. Monitor behavior and progress in relation to the ISP for each FCSA client.
4. Identify broker, and case manages already existing "component" services.
5. Identify and assist in remediation of "gaps" in the plan of care for each ATOP youth.
6. Create appropriate services when a critical need cannot be met more traditionally.
7. Provide direct services as directed.
8. Advocate for the rights and needs of the youth.
9. Community liaison that will represent FCSA to the professional and social community.
10. Monitor preparedness for client discharge.
11. Refer problematic situations to the Program Director.

### Administrative Components:

1. Under direction of the Program Director, recruit and hire new program staff members.
2. Assist Program Director with supervision, training and evaluating staff.
3. Ensure that all charting, reporting, and other general administrative tasks are complete.
4. Authorize expenditures within the framework of approved budgets, to accomplish treatment goals and administrative needs.
5. In the absence of the Program Director, act as chair at regular staff meeting.
6. Attends staff meetings, Treatment Team meetings. Training, conferences, and Acts as technical resource to staff, attend court hearings when appropriate.
7. Maintain FCSA credentials as a Coordinator I.
8. Responsible for keys issued.
9. Provides a designated amount of rehabilitation services to families each pay period.

**Evaluations:**

Provided after orientation period of one year and once annually by the Program Director.

**Qualifications:**

1. Bachelor's degree or equivalent work experience in psychology, social work, justice, guidance and counseling, sociology, education, nursing, or other human service field.
2. Ability to communicate in a professional manner with appropriate stakeholders (Treatment Team Members, outside agencies, program director).
3. Physical ability to employ The MAB System-Managing People techniques after being certified.
4. Knowledge of State of Alaska childcare regulations and juvenile justice laws.
5. Current Alaska driver's license, good driving record, vehicle insurance, and seven years driving experience.
6. Freedoms from previous criminal convictions that may adversely affect the employee's potential performance contingent on a fingerprint and/or records check.
7. Current first aid and CPR certificate.

# FAMILY CENTERED SERVICES OF ALASKA

## ALTERNATIVES TO OUT OF STATE PLACEMENT
## YOUTH COUNSELOR III

Direct Supervisor:  Coordinator I
Status: Non-exempt
Salary Grade: Eight
OSHA Classification: II        ESC Code: 21-1099        WC Code: 8742
HR_____ Date_____ Reviewed_____ (Annually)

**Summary of Assigned Tasks:** The Youth Counselor III is assigned to work with children and adolescents and their families in the home, school, and community environment.

**Milieu Treatment Component:**

1.  Provides outreach services as a primary worker with clients, parents, and families.
2.  Provide Individual Skill Development for 50% of each shift worked with clients.
3.  Becomes completely familiar with clients Individualized Service Plan (ISP) and implements the plan.
4.  Participate in treatment team meetings when necessary.
5.  Assists in planning and implementation of recreational, educational, and vocational activities.
6.  Motivates and encourages client to complete required milieu treatment activities.
7.  Develops positive empathic relationship with client and acts as a personal positive role model.
8.  Provides crisis intervention as needed.
9.  Other job-related duties as assigned.

**Administrative Components:**

1.  Maintains daily reporting through Case Notes and Medicaid documentation.
2.  Coordinates with community professionals as required, including FNSBSD personnel, social services, probation officers, etc.
3.  Attends staff meetings, Treatment Team meetings, training, conferences, and court hearings when appropriate.
4.  Maintains required state paperwork with supervision of supervisors.
5.  Maintain FCSA credentials as a Youth Counselor.
6.  Attends Coordinator I training when appropriate.
7.  Act as Coordinator I designee.
8.  Responsible for keys issued.

**Evaluations:**

Conducted as outlined in the Family Centered Services of Alaska Policy and Procedure manual.

**Qualifications:**

1. Associate degree and two years experience in psychology, social work, justice, guidance and counseling, sociology, education, nursing, or other human service field or equivalent relevant life experience and successful completion of Youth Counselor I orientation period.
2. Communication and emotional skills adequate to work as part of a treatment team.
3. Personal characteristics suitable to provide a positive role model for adolescents.
4. Ability to complete all required paperwork on time in a neat grammatically correct fashion.
5. Physical ability to employ The MAB System of Managing People after being certified.
6. Knowledge of Alaska child cares regulations.
7. Current Alaska driver's license, good driving record, vehicle insurance, and adequate transportation to escort clients to appointments and educational and recreational activities.
8. Seven years of driving experience.
9. Freedom from previous criminal convictions that may adversely affect the employee's potential performance contingent on a fingerprint and/or records check.
10. Current first aid and CPR certificates.

## SUBSTANCE ABUSE COUNSELOR I

Direct Supervisor: Director of Administrative Services

Status: Exempt

Salary Grade:   13

OSHA Classification:   I     ESC Code: 21-1011      WC Code: 8810
HR_____ Date _____ Reviewed _____ (Annually)

**Summary of Assigned Tasks:**  The Substance Abuse Counselor I is responsible for coordinating and implementing activities in the substance abuse prevention and education program.

**Job Responsibilities:**
1. Schedule and complete intake conferences with parents and students.
2. Function as a team member of Alcohol and Drug Intervention and Prevention Team.
3. Responsible to follow policy, procedures, and protocols which are in place to allow for the smooth and seamless delivery of services.
4. Interprets the SASSI (Substance Abuse Subtle Screening Inventory) for eligible clients.
5. Administers, scores, and interprets the CAGE, MAST, and POSIT screening and assessment tools.
6. Coordinates aftercare services.
7. Coordinates scheduling of drug assessments by community agencies.
8. Identify community, state, and national resources for alcohol and drug treatment.
9. Provide necessary services that are properly documented and appropriate for billing purposes.
10. Supplies database tracking information of completion of drug policy requirements and recidivism to FCSA's QA Department.
11. Serves as the backup Training Specialist when needed.
12. Other duties as assigned.

**Evaluations:**  Conducted by the Director of Administrative Services after a 1 year orientation period and annually thereafter.

**Qualifications:**
1. Bachelor's degree in psychology, social work, justice, guidance and counseling or other human service area, or two years relevant work experience.  One year experience working as a CDC I.
2. Certification as Chemical Dependency Counselor I.
3. Previous work experience or training in the treatment of alcoholism and drug addition in adolescents.
4. Previous experience working with adolescents with behavioral problems.
5. Knowledge and skills facilitating groups on the topics of alcohol and other drug abuse and anger management.
6. Familiar with related community resources.
7. Experience working in schools preferred.
8. Able to work as part of a treatment team.
9. Physical ability to employ MAB system-managing people techniques after being certified.
10. Knowledge of Alaskan child care regulations.
11. Potential employees must undergo a fingerprint check, which shows that their record is free from criminal convictions, which, in the judgment of FCSA, would adversely affect their ability to work safely with children.

# FAMILY CENTERED SERVICES OF ALASKA

## EXECUTIVE DIRECTOR

Status: Exempt
Salary Grade: As Negotiated
OSHA Classification: III     ESC Code: 11-1011     WC Code: 8810
HR_____ Date_____ Reviewed_____ (Annually)

**Summary of Assigned Tasks:** The Executive Director acts as primary administrative officer of Family Centered Services of Alaska on behalf of the Board of Directors and is responsible for the planning, organization, implementation, and evaluation of all programs.

## Administrative Component:

1.  Oversees design, implementation, and evaluation of FCSA programs.
2.  Ensures that annual budget is prepared and administered in accordance with federal, state, and local guidelines and regulations.
3.  Oversee the development of and adherence to annual business plan and operating budget.
4.  Represents FCSA to the professional community and general public, which coordinate and interact with FCSA activities.
5.  Develops alternative funding sources, including private, foundation, and corporate funding.
6.  Conducts formal evaluations of senior management staff and Executive Administrative Assistant on an annual basis.
7.  Plans staff development and training coordinated with Director of Services.
8.  Administers the programmatic elements of all grants.
9.  Authorizes expenditures to accomplish the operation of recreation and milieu treatment activities.
10. Approves requests for the expenditure of funds to the Financial Officer for program supplies and equipment.
12. Acts as technical resource to the program coordinators and administrative assistant.
13. Attends administrative and preadmission assessment meetings when needed.
14. Facilitates weekly Senior Management Team meetings.

## Evaluation:

At the discretion of the Board, a preliminary evaluation may be conducted after 6 months in the position; otherwise, an evaluation is provided after the orientation period of one year and once annually by the FCSA Board of Directors.