| Columns | A | B | C |
|---|---|---|---|
| [SHADED AREAS TO BE COMPLETED BY REVIEWERS -- APPLICANTS COMPLETE COLUMN C] | | | |
| **6. Demonstration of Support/Involvement and Service Coordination** 7 AAC 78.100(3) | Points Possible (50) | Points Awarded | Page Number |
| a. All applicants must demonstrate that each client has access to a continuum of care. (page 4 of the RFP) | 10 | | 18 |
| b. Evidence of referral relationships are demonstrated by memoranda of understanding and/or contract (s). Agreements are current, signed, and specific to the proposed services (page 8 of the RFP) | 10 | | 17-18 |
| c. Proposal contains an updated/current Community Behavioral Health Continuum of Care Inventory. | 10 | | 18 |
| d. Applicants will submit the proposed plan of action including timelines for addressing the four components of a community plan as described on page 8 of the RFP. | 20 | | 18 |
| [ADDITIONAL REVIEWER COMMENT] | | | |