Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| **ROBERT PROBERT** and **LORETTA E. PROBERT**, and others similar situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**FAMILY CENTERED SERVICES OF ALASKA, INC**. and **DOES I to X,** (Managerial Employees Jointly Liable)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:07-cv-00030-RRB |

### ORDER TO VACATE ORDER AT DOCKET 164
### ORDER TO RECONSIDER ORDER AT DOCKET 164

IT IS HEREBY ORDERED that the Order issued at Docket 164 is vacated (see Docket 129, page 2).

_____
Judge Ralph Beistline

*Probert, et. al. v. FCSA, et. al.*
*Order to Vacate Order at Docket 164*
*Case No. 4:07-cv-00030-RRB*
*Page 1 of 2*

CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing has been
Served electronically, via ECF, to the following party(s):

John Foster Wallace

Richard D. Monkman

Dated:  01/10/2011
By:  /s/ Camille De Santiago_____
Camille De Santiago for Kenneth L. Covell

*Probert, et. al. v. FCSA, et. al.*
*Order to Vacate Order at Docket 164*
*Case No. 4:07-cv-00030-RRB*
*Page 2 of 2*