John Foster Wallace
ZIMMERMAN & WALLACE
711 Gaffney Road, Suite 202
Fairbanks, AK  99701
(907) 452-2211
(907) 456-1137 facsimile
foster@mzwlaw.com

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT, GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; and DEBRA CLONINGER,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FAMILY CENTERED SERVICES OF ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and additional DOES I TO X, Managerial Employers, Jointly Liable,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:07-CV-00030 RRB |

**MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS'
MOTION TO VACATE AND RECONSIDER ORDER AT DOCKET 164**

Family Centered Services of Alaska, Inc. ("FCSA"), respectfully moves this Court for leave to file an Opposition to Plaintiffs' motion to vacate and reconsider this Court's order at Docket 164. A copy of FCSA's opposition is attached hereto.

DATED at Fairbanks, Alaska, this 19th day of January, 2011.

ZIMMERMAN & WALLACE
Attorneys for Defendants


By: /s/John Foster Wallace
     John Foster Wallace, ABA #9211115

CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing will be electronically served simultaneous with filing to the following attorneys and/or parties of record:

    Kenneth L. Covell
    Law Offices of Kenneth L. Covell
    kcovell@gci.net

    Richard D. Monkman
    dick@sonoskyjuneau.com

/s/Lorraine M. Peterson        01/19/11
Lorraine M. Peterson for Zimmerman & Wallace