John Foster Wallace
ZIMMERMAN & WALLACE
711 Gaffney Road, Suite 202
Fairbanks, AK  99701
(907) 452-2211
(907) 456-1137 facsimile
foster@mzwlaw.com

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT, GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; and DEBRA CLONINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>FAMILY CENTERED SERVICES OF ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and additional DOES I TO X, Managerial Employers, Jointly Liable,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:07-CV-00030 RRB |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE OPPOSITION TO
PLAINTIFFS' MOTION TO VACATE AND RECONSIDER ORDER AT DOCKET 164**

The motion of Family Centered Services of Alaska, Inc. ("FCSA") for leave to file its Opposition to Plaintiffs' motion to vacate and reconsider this Court's order at Docket 164 is GRANTED.  FCSA may file its opposition to plaintiffs' motion to vacate and reconsider this Court's order at Docket 164.

DATED at Fairbanks, Alaska, this _____ day of _____, 2011.

                                                              _____
                                                              RALPH R. BEISTLINE
                                                              U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing will be electronically served simultaneous with filing to the following attorneys and/or parties of record:

    Kenneth L. Covell
    Law Offices of Kenneth L. Covell
    kcovell@gci.net

    Richard D. Monkman
    dick@sonoskyjuneau.com

/s/Lorraine M. Peterson           1/19/11
Lorraine M. Peterson for Zimmerman & Wallace