Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| **ROBERT PROBERT** and **LORETTA E.** )<br>)<br>**PROBERT**, and others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**FAMILY CENTERED SERVICES OF** )<br>**ALASKA, INC**. and **DOES I to X,** (Managerial )<br>Employees Jointly Liable) )<br>)<br>Defendants. )<br>_____) | Case No. 4:07-cv-00030-RRB |

## MOTION TO STRIKE AFFIDAVIT OF KATHY L. CANNONE AT DOCKET 161

This case is Stayed, see Docket 129, page 2.  Defendant's Affidavit should not have been filed.  It is filed in violation of Local Rule 7.1(h)(2).  Additional facts should not be filed without leave of the Court.

Additionally these alleged facts are irrelevant.  The question of whether or not Defendant can only operate if it violates federal law is irrelevant to this court.  If Defendant wishes to make such an argument, it should be addressed to Congress.  For all

*Probert, et. al. v. FCSA, et. al.*
*Motion to Strike Affidavit of Kathy L. Cannone at Docket 161*
*Case No. 4:07-cv-00030-RRB*
*Page 1 of 2*

the reasons 1) the case is Stayed, 2) it is filed without ordered leave of the Court, 3) it is irrelevant.  Plaintiffs move the Court to Strike this Affidavit.  Further, this Motion was only precipitated by Defendants' suggestion that their one illegal action of filing this Affidavit back in July supports their next illegal action of filing the Motion to Dismiss Deborah Coxon from the case.

**RESPECTFULLY SUBMITTED** this 31st day of January, 2011, Fairbanks, Alaska.

LAW OFFICES OF KENNETH L. COVELL<br>
Attorney for the Plaintiffs<br>
<br>
By:/s/_____Kenneth L. Covell_____<br>
KENNETH L. COVELL<br>
ABA Bar No. 8611103

CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing has been
Served electronically, via ECF, to the following party(s):

John Foster Wallace

Richard D. Monkman

Dated:  01/31/2011
By:  /s/ Camille De Santiago_____
Camille De Santiago for Kenneth L. Covell

*Probert, et. al. v. FCSA, et. al.*
*Motion to Strike Affidavit of Kathy L. Cannone at Docket 161*
*Case No. 4:07-cv-00030-RRB*
*Page 2 of 2*