Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| **ROBERT PROBERT** and **LORETTA E. PROBERT**, and others similar situated,<br><br>       Plaintiffs,<br><br>       vs.<br><br>**FAMILY CENTERED SERVICES OF ALASKA, INC**. and **DOES I to X,** (Managerial Employees Jointly Liable)<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:07-cv-00030-RRB |

### ORDER TO STRIKE AFFIDAVIT OF KATHY L. CANNONE
### AT DOCKET 161

    IT IS HEREBY ORDERED that the Affidavit of Kathy L. Cannone filed at Docket 161 is Stricken.

 

                                                      Judge Ralph Beistline

*Probert, et. al. v. FCSA, et. al.*
*Order to Strike Affidavit of Kathy L. Cannone at Docket 161*
*Case No. 4:07-cv-00030-RRB*
*Page 1 of 2*

CERTIFICATE OF SERVICE
This is to certify that a copy of the foregoing has been
Served electronically, via ECF, to the following party(s):

John Foster Wallace

Richard D. Monkman

Dated:  01/31/2011
By:  /s/ Camille De Santiago_____
Camille De Santiago for Kenneth L. Covell

*Probert, et. al. v. FCSA, et. al.*
*Order to Strike Affidavit of Kathy L. Cannone at Docket 161*
*Case No. 4:07-cv-00030-RRB*
*Page 2 of 2*