Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:    (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA AT FAIRBANKS**

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER and DEBRA CLONINGER,<br><br>                              Plaintiffs,<br>vs.<br><br>FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable,<br><br>                              Defendants. | **Case No. 4:07-CV-000030 RRB** |

## STATUS REPORT

The Court issued an Order requesting the Status of the case from the parties on the Appeal.

Undersigned Counsel inquired of the Appellate Court sometime in approximately the last forty-five (45) days as to the Status of the Appeal.

He was advised that the matter is pending Decision. There is no further information available and no further insight as to when such Opinion might be issued.

The matter was argued at the end of July 2010.

Undersigned Counsel's experience with the Ninth Circuit is that the Decision could come out any day; however on the other hand Undersigned Counsel has had Appellate Decisions take as much as a year and a half or so.

RESPECTFULLY SUBMITTED this 21st day of March, 2011, at Fairbanks, Alaska.

LAW OFFICE OF KENNETH L. COVELL
Attorney for the Plaintiffs
s/ Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax: (907) 451-7802
Email: kcovell@gci.net
ABA No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing
has been served electronically by ECF to the
following attorney(s) and/or parties of the record:

**John Foster Wallace**

**Richard D. Monkman**

Dated: March 21, 2011

By: s/ Camille De Santiago
Law Office of Kenneth L. Covell