# Kenneth L. Covell

| | |
|---|---|
| **From:** | Kenneth L. Covell [kcovell@gci.net] |
| **Sent:** | Thursday, April 07, 2011 4:19 PM |
| **To:** | 'Jan_Short@akd.uscourts.gov' |
| **Cc:** | 'Foster Wallace' |
| **Subject:** | RE: Appeal of Coxon dismissal |

Ok Guess I'll just fie the appeal and see what happens.

-----Original Message-----
From: Jan_Short@akd.uscourts.gov [mailto:Jan_Short@akd.uscourts.gov]
Sent: Thursday, April 07, 2011 3:57 PM
To: Kenneth L. Covell
Cc: 'Foster Wallace'
Subject: Re: Appeal of Coxon dismissal
Importance: High

I'm sorry but I can't answer those questions.

Jan Short
Judicial Assistant to Chief Judge Ralph R. Beistline United States District Court - Alaska
Jan_Short@akd.uscourts.gov
907-677-6257


| | |
|---|---|
| **From:** | "Kenneth L. Covell" <kcovell@gci.net> |
| **To:** | Jan_Short@akd.uscourts.gov |
| **Cc:** | 'Foster Wallace' <Foster@mzwlaw.com> |
| **Date:** | 04/07/2011 02:00 PM |
| **Subject:** | Appeal of Coxon dismissal |

Jan

I am looking at Probert Doc. 181.

Is this a final Judgment form which appeal should be taken?

Further the last sentence of the order says

"No further action will be taken in this case until the Ninth Circuit issues its opinion regarding the interlocutory appeal"

Doc 181, p.7.

IT doesn't look like a final judgment but I want to be clear.

I would file the Notice of Appeal (in the District Court) but it looks like that might be forbidden.

Please let me know today or tomorrow.

Thanks

Ken


-----Original Message-----
From: Jan_Short@akd.uscourts.gov [mailto:Jan_Short@akd.uscourts.gov]
Sent: Monday, March 21, 2011 2:20 PM
To: kcovell@gci.net
Subject: Probert - Ken - thanks for the status report but really wasn't wanting it until May 6 - thinking maybe there might be some news by then.
Importance: High


Jan Short
Judicial Assistant to Chief Judge Ralph R. Beistline United States District Court - Alaska
Jan_Short@akd.uscourts.gov
907-677-6257