Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; DEBRA CLONINGER; TIMOTHY DECKER; and CARLA SMITH, <br><br>                    Plaintiffs, <br><br> vs. <br><br> FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable, <br><br>                    Defendants. | Case No. 4:07-CV-00030 RRB |

## REPRESENTATION STATEMENT

## (COXON APPEAL)

The parties to this action, the names, addresses and telephone numbers of

their respective counsel, are as follows:

1. For Plaintiffs/Appellant Robert Probert, et. al
    Kenneth L. Covell (Alaska Bar No. 8611103
    LAW OFFICES OF KENNETH L. COVELL
    712 Eighth Avenue
    Fairbanks, AK  99701
    (907) 452-4377
    (907) 451-7802
    kcovell@gci.net

2. For Defendant/Appellee Family Centered Services of Alaska, Inc., et. al.
    John Foster Wallace (Alaska Bar No. 9211115)
    ZIMMERMAN AND WALLACE
    711 Gaffney Road, Suite 202
    Fairbanks, AK  99701
    (907) 452-2211
    (907) 456-1137
    foster@mzwlaw.com

3. For Defendant/Appellee Family Centered Services of Alaska, Inc., et. al.
    Richard D. Monkman (Alaska Bar No. 8011101)
    SONOSKY, CHAMBERS, SACHSE, MILLER & MUNSON, LLP.
    302 Gold Street, Suite 201
    Juneau, AK  99801
    (907) 586-5880
    (907) 586-5883
    dick@sonoskyjuneau.com

RESPECTFULLY SUBMITTED this 8th day of April, 2011, at Fairbanks, Alaska.

                                              LAW OFFICE OF KENNETH L. COVELL
Attorney for the Plaintiffs
s/ Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax: (907) 451-7802
Email: kcovell@gci.net
ABA No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been served electronically by ECF to the following attorney(s) and/or parties of the record:

**John Foster Wallace**

**Richard D. Monkman**

Dated:  April 8, 2011

By: s/ Camille De Santiago
Law Office of Kenneth L. Covell