UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| **FILED** |
| --- |
| APR 11 2011 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROBERT PROBERT; LORETTA
PROBERT,

    Plaintiffs - Appellants,

GENE GRISSOM;SANDRA GRISSOM;
DONNA GRIMES; JOHN GRIMES;
LEONA MCDANIELS; KENNETH
MCDANIELS; ERIC CLONINGER;
DEBRA CLONINGER, TIMOTHY
DECKER; CARLA SMITH;

    Plaintiff-intervenors - Appellants,

 v.

DEBORAH L. COXON,

    Defendant - Appellee.

No. 11-35312

D.C. No. 4:07-cv-00030-RRB
U.S. District Court for Alaska,
Fairbanks

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

**Mon., April 18, 2011**   Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

**Mon., May 9, 2011**          Transcript shall be ordered.

**Tue., June 7, 2011**         Transcript shall be filed by court reporter.

**Mon., July 18, 2011**        Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Tue., August 16, 2011**      Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.


**The optional appellants' reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Ruben Talavera
Deputy Clerk