```
Court Name: District of Alaska
Division: 4
Receipt Number: FBK000519
Cashier ID: jp
Transaction Date: 04/11/2011
Payer Name: Law Office of Kenneth Covell
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Law Office of Kenneth Covell
 Case/Party: D-AKX-4-07-CV-000030-001
 Amount:          $455.00
------------------------------------
CHECK
 Check/Money Order Num: 7904
 Amt Tendered:    $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00
```

A fee of $45.00 will be charged for any returned check.