Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER and DEBRA CLONINGER,<br><br>      Plaintiffs,<br><br>vs.<br><br>FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable,<br><br>      Defendants. | **Case No. 4:07-CV-00030 RRB** |

## STATUS REPORT

There is nothing new to report since the last Status Report filed by the Plaintiffs on March 21, 2011.

      RESPECTFULLY SUBMITTED this 6th day of May, 2011, at Fairbanks, Alaska.

          LAW OFFICE OF KENNETH L. COVELL
          Attorney for the Plaintiffs
          s/ Kenneth L. Covell
          712 Eighth Avenue
          Fairbanks, Alaska 99701
          Phone: (907) 452-4377
          Fax: (907) 451-7802
          Email: kcovell@gci.net
          ABA No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been served electronically by ECF to the following attorney(s) and/or parties of the record:

**John Foster Wallace**

**Richard D. Monkman**

Dated: May 6, 2011

By: s/ Camille De Santiago
Law Office of Kenneth L. Covell