FILED

JUL 08 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT PROBERT; LORETTA PROBERT, | No. 09-35703 |
| Plaintiffs - Appellees, | D.C. No. 4:07-cv-00030-RRB |
| GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; DEBRA CLONINGER, | ORDER |
| Plaintiff-Intervenors - Appellees, | |
| v. | |
| FAMILY CENTERED SERVICES OF ALASKA, INC.; JOHN W. REGITANO; KATHY CANNOE; SUSAN DALE; LONNIE HOVDE; DEBORAH L. COXON, | |
| Defendants - Appellants. | |

Before: SCHROEDER, O'SCANNLAIN, and CLIFTON, Circuit Judges.

Plaintiffs-Appellees' Motion to Extend Due Date for Petition for Hearing and Petition for Hearing En Banc for a period of one week from July 7, 2011 through July 14, 2011 is GRANTED.