FILED

AUG 09 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT PROBERT; et al., | No. 11-35312 |
| Plaintiffs - Appellants, | D.C. No. 4:07-cv-00030-RRB<br>District of Alaska,<br>Fairbanks |
| GENE GRISSOM; et al., | |
| Plaintiff-intervenors - Appellants, | ORDER |
| v. | |
| DEBORAH L. COXON, | |
| Defendant - Appellee. | |

Before: SCHROEDER, THOMAS, and GRABER, Circuit Judges.

We have reviewed the responses to the court's April 26, 2011 order to show cause, and we conclude that, because the district court's order challenged in this appeal did not dispose of the action as to all claims and all parties, we lack jurisdiction over this appeal. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981).

The motion to hold this appeal in abeyance is denied.

**DISMISSED.**

ec/MOATT