FILED

AUG 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT PROBERT; LORETTA PROBERT, | No. 09-35703 |
| Plaintiffs - Appellees, | D.C. No. 4:07-cv-00030-RRB |
| GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; DEBRA CLONINGER, | ORDER |
| Plaintiff-Intervenors - Appellees, | |
| v. | |
| FAMILY CENTERED SERVICES OF ALASKA, INC.; JOHN W. REGITANO; KATHY CANNOE; SUSAN DALE; LONNIE HOVDE; DEBORAH L. COXON, | |
| Defendants - Appellants. | |

Before: SCHROEDER, O'SCANNLAIN, and CLIFTON, Circuit Judges.

The panel has voted to deny the petition for rehearing and petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing and petition for rehearing en banc, filed July 14, 2011, are denied.