# Family Centered Services of Alaska, Inc.

Date: September 30, 2005

Effective Date: October 17, 2005
Move in Date: October 24, 2004

Dear Mr. John Grimes:

We would like to offer you the position of Therapeutic Parent. This position is required to work 40 hours per week. Your pay will be $45,000.00 per year. Your status will be:

**Regular, Full-Time**     **You will receive benefits**

Your position is (**Exempt**) under the state's overtime pay requirements.

- **Exempt** – you will not be paid for any hours worked over 8 hours on a day or over 40 hours in a workweek.

FCSA pay will be deposited into the account of your choice based on the direct deposit authorization you complete during your orientation.

We must also inform you that your employment is funded by sources, which are outside the control of our agency. Therefore this offer and continued employment will be contingent not only on your performance and adherence to company policies and procedures, but also on continued funding. This offer is also contingent on a successful background check. If any adverse information is found during the background check, you will be dismissed from employment with Family Centered Services of Alaska.

FCSA fully enforces Equal Employment Opportunity and Affirmative Action Policy regulated by the government.

Your employment with our agency will be on an "**at-will**" basis where either the employer or employee may terminate employment with or without cause and at any time.

We are pleased to have you as a part of our organization, and look forward to working with you. Congratulations and good luck in your new position.

Sincerely,

_____          _____     10-7-05
Lonnie Hovde                                              Employee signature                              Date
Director of Human Resources                     Please sign here to indicate your
Family Centered Services of Alaska            acceptance of the position, compensation,
                                                                   and terms and conditions of this agreement.

cc:   Original to personnel file
       New employee

FCSOA-00393

---

Youth Initiative/Pathfinders
Clinical Services
620 5th Avenue, 2nd Floor
Fairbanks, Alaska 99701-4512
(907) 474-0890
(907) 474-3621 and 451-8945 FAX
800-478-2108

Youth Education Support Services
Fahrenkamp Center
1423 Peger Road
Fairbanks, Alaska 99709-5169
(907) 452-2109
(907) 456-5184 FAX

Alaska Youth Initiative/Pathfinders
Safe Schools/Healthy Students
2610 Isabelle Ave.
P. O. Box 346
Delta Junction, Alaska 99737
(907) 895-5083
(907) 895-5078 FAX
888-890-5083

*EXHIBIT "E"*