## Family Centered Services of Alaska, Inc.

Date: September 28, 2007
Effective Date: TBD
Move in Date: TBD

Dear Debra Cloninger:

We would like to offer you the position of Therapeutic Family Parent. This position is required to work 40 hours per week. Your pay will be $45,000.00 per year. Your status will be:

**Regular, Full Time**          **Benefits are available through payroll deduction**

Your position is **Exempt** under the state's overtime pay requirements.

- **Exempt** – you will not be paid for any hours worked over 8 hours on a day or over 40 hours in a workweek.

FCSA pay will be deposited into the account of your choice based on the direct deposit authorization you complete during your orientation. Pay dates are every other Friday, 26 times per year.

We must also inform you that your employment is funded by sources, which are outside the control of our agency. Therefore this offer and continued employment will be contingent not only on your performance and adherence to company policies and procedures, but also on continued funding. This offer is also contingent on a successful background check. If any adverse information is found during the background check, you will be dismissed from employment with Family Centered Services of Alaska.

FCSA fully enforces Equal Employment Opportunity and Affirmative Action Policy regulated by the government.

Your employment with our agency will be on an "at-will" basis where either the employer or employee may terminate employment with or without cause and at any time.

We are pleased to have you as a part of our organization, and look forward to working with you. Congratulations and good luck in your new position.

Sincerely,

_____          _Debra Lynn Cloninger_  _9/29/07_
Lonnie Hovde                                    Employee signature              Date
Director of Human Resources          Please sign here to indicate your
Family Centered Services of Alaska   acceptance of the position, compensation,
                                                       and terms and conditions of this agreement.

cc:   Original to personnel file
        New employee

## EXHIBIT "I"

1825 Marika Rd.., Fairbanks, Alaska 99709 / Telephone (907) 474-0890 Fax (907) 451-8945

FCSOA-02038