·FORGET-ME-NOT·

# Family Centered Services of Alaska, Inc.

Date: November 29, 2006

Effective Date: January 09, 2007

Dear Carla Smith:

We would like to offer you the position of Part Time Therapeutic Family Home Parent at Family Centered Services of Alaska. Your pay will be $20,255.04 per year. Your start date will be January 9, 2007. Your status will be:

**Regular, Part Time**          Benefits are not available

Your position is **Exempt** under the state's overtime pay requirements.

- **Exempt** – you will not be paid for any hours worked over 8 hours on a day or over 40 hours in a workweek.

FCSA pay will be deposited into the account of your choice based on the direct deposit authorization you complete during your orientation. Pay dates are every other Friday, 26 times per year.

We must also inform you that your employment is funded by sources, which are outside the control of our agency. Therefore this offer and continued employment will be contingent not only on your performance and adherence to company policies and procedures, but also on continued funding. This offer is also contingent on a successful background check. If any adverse information is found during the background check, you will be dismissed from employment with Family Centered Services of Alaska.

FCSA fully enforces Equal Employment Opportunity and Affirmative Action Policy regulated by the government.

Your employment with our agency will be on an "at-will" basis where either the employer or employee may terminate employment with or without cause and at any time.

We are pleased to have you as a part of our organization, and look forward to working with you. Congratulations and good luck in your new position.

Sincerely,

_____
Lonnie Hovde
Director of Human Resources
Family Centered Services of Alaska

_____  11-30-06
Employee signature           Date
Please sign here to indicate your acceptance of the
position, compensation, and terms and conditions of this agreement.

cc:   Original to personnel file
      New employee

---

620 5th Avenue Fairbanks, Alaska 99701 / Telephone (907) 474-0890 Fax (907) 451-8945

## EXHIBIT "L"