UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT PROBERT and LORETTA PROBERT,<br><br>        Plaintiffs - Appellees,<br><br>GENE GRISSOM; et al.,<br><br>        Plaintiff-intervenors - Appellees,<br><br>  v.<br><br>FAMILY CENTERED SERVICES OF ALASKA, INC.; et al.,<br><br>        Defendants - Appellants. | No. 09-35703<br><br>D.C. No. 4:07-cv-00030-RRB<br>U.S. District Court for Alaska, Fairbanks<br><br>**MANDATE** |

The judgment of this Court, entered June 23, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs awarded to appellants in the amount of $362.60.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Rhonda Roberts
                                              Deputy Clerk