UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT PROBERT; LORETTA PROBERT, <br><br>        Plaintiffs - Appellants, <br><br>GENE GRISSOM; et al., <br><br>        Plaintiff-intervenors - Appellants, <br><br>  v. <br><br>DEBORAH L. COXON, <br><br>        Defendant - Appellee. | No. 11-35312 <br><br> D.C. No. 4:07-cv-00030-RRB <br> U.S. District Court for Alaska, Fairbanks <br><br> **MANDATE** |

The judgment of this Court, entered August 09, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk