Kenneth L. Covell
LAW OFFICE OF KENNETH L. COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone:  (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; DEBRA CLONINGER; and LORETTA REES,<br><br>                              Plaintiffs,<br><br>vs.<br><br>FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable,<br><br>                              Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Case No. 4:07-CV-00030 RRB** |

## ORDER TO STRIKE OR STAY AT DOCKET 196

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss at Docket 196 is Stricken or otherwise Stayed until the Plaintiffs have had their opportunity for appropriate appellate relief for the U.S. Supreme Court.

_____
Judge Ralph Beistline

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing
has been served electronically by ECF to the
following attorney(s) and/or parties of the record:

**John Foster Wallace**

**Richard D. Monkman**

Dated:  September 7, 2011

By: s/ Camille De Santiago
Law Office of Kenneth L. Covell