# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

November 18, 2011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Robert Probert, et al.
           v. Family Centered Services of Alaska, Inc., et al.
           No. 11-617
           (Your No. 09-35703)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 16, 2011 and placed on the docket November 18, 2011 as No. 11-617.

                              Sincerely,

                              **William K. Suter**, Clerk

                              by

                              Redmond K. Barnes
                              Case Analyst