February 1, 2012

Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER; DEBRA CLONINGER; TIMOTHY DECKER; and CARLA SMITH,<br><br>                        Plaintiffs,<br><br>     vs.<br><br>FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable,<br><br>                        Defendants. | Case No.  4:07-cv-00030-RRB |

## STATUS REPORT OF FEBRUARY 1, 2012

Probert's petition for certiorari was November 16, 2011.  The FCSA's opposition was filed on or about January 26, 2012.  Probert is working on their reply which is due February 6, 2012.

The Supreme Court may decide what to do about the petition by mid-March.

RESPECTFULLY SUBMITTED this 1st day of February, 2012, at Fairbanks, Alaska.

> LAW OFFICE OF KENNETH L. COVELL
> Attorney for the Plaintiffs
> /s/ Kenneth L. Covell
> 712 Eighth Avenue
> Fairbanks, Alaska 99701
> Phone: (907) 452-4377
> Fax: (907) 451-7802
> Email: kcovell@gci.net
> ABA No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing
has been served electronically by ECF to the
following attorney(s) and/or parties of the record:

**John Foster Wallace**

**Richard D. Monkman**

Dated: February 1, 2012

By: /s/ Patrick G. Enters
Law Office of Kenneth L. Covell