**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

February 27, 2012

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Robert Probert, et al.
          v. Family Centered Services of Alaska, Inc., et al.
          No. 11-617
          (Your No. 09-35703)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

                                       Sincerely,

                                       **William K. Suter**, Clerk