Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK 99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER and DEBRA CLONINGER, <br><br> Plaintiffs, <br><br> vs. <br><br> FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br> **Case No. 4:07-CV-00030 RRB** |

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT PAY FOR HOURS WORKED BETWEEN 8 AND 40 AND TO DECLARE THAT PORTION OF THE CONTRACT THAT LORETTA PROBERT WOULD NOT BE PAID FOR HOURS WORKED IN EXCESS OF 40 HOURS UNCONSCIONABLE AND ORDER THAT SHE BE PAID FOR HOURS WORKED IN EXCESS OF 40 HOURS**

It is hereby ORDERED THAT PARTIAL SUMMARY JUDGMENT IS
*Order Granting Motion for Partial Summary Judgment Pay*                                       *Page 1 of 2*
*for Hours Worked Between 8 and 40*
*Robert Probert, et al. v. FCSA, et al., 4:07-cv-00030-RRB*
Case 4:07-cv-00030-RRB   Document 214-1   Filed 04/09/12   Page 1 of 2

GRANTED AS FOLLOWS:

1) Loretta Probert shall be compensated at her regular hourly rate for hours worked between 8 and 40 hours per week;

2) that the contract term saying that she will not be paid for work in excess of 40 hours per week is unconscionable and will not be enforced.

She is therefore entitled to be paid her regular hourly rate for hours worked in excess of 40 hours.

Judge Ralph Beistline

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing
has been served electronically by ECF to the
following attorney(s) and/or parties of the record:

**John Foster Wallace**

**Richard D. Monkman**

Dated: April 9, 2012

By: s/ Camille De Santiago
Law Office of Kenneth L. Covell

*Order Granting Motion for Partial Summary Judgment Pay*          *Page 2 of 2*
*for Hours Worked Between 8 and 40*
*Robert Probert, et al. v. FCSA, et al., 4:07-cv-00030-RRB*
Case 4:07-cv-00030-RRB   Document 214-1   Filed 04/09/12   Page 2 of 2