# CALCULATION OF OVERTIME WAGES OWED LORETTA PROBERT

## RE:

### ROBERT PROBERT, LORETTA E. PROBERT, GENE GRISSOM, SANDARA GRISSOM, and others similarly situated
### vs..

### FAMILY CENTERED SERVICES OF ALASKA, INC., and DOES I to X (Managerial Employees Jointly Liable)

## CASE NO. 4:07-cv-0030-RRB

March 23, 2009

Kenneth L. Covell
Law Office of Kenneth L. Covell
712 8th Avenue
Fairbanks, Alaska 99701

Re: ROBERT PROBERT, LORETTA E. PROBERT, GENE GRISSOM,
        SANDARA GRISSOM, and others similarly situated
                        vs..
        FAMILY CENTERED SERVICES OF ALASKA, INC.,
        and DOES I to X (Managerial Employees Jointly Liable)

                CASE NO. 4:07-cv-0030-RRB

Dear Mr. Covell:

This report is in response to your request to provide calculations for overtime wages owed in compliance the Code of Federal Regulations (CFR) as noted in the following audit report.

Please note, that the agreed hourly rate during the preparation of this report is $100.

Preceding retirement from the State of Alaska, I was employed with the Alaska Department of Labor and Workforce Development, Labor Standards & Safety Division, Wage and Hour Administration for over 26 years in the Fairbanks office. During that time (1978 through July 2004) I worked as a Wage and Hour Technician, Wage & Hour Investigator I and Supervising Investigator, which involved the performance of hundreds of wage audits. The majority of the audits I performed were overtime audits.

This report is based on my review of the records and information provided by Loretta E. Probert along with records and information maintained and provided by Family Centered Services of Alaska. The period of this audit is from 7/26/06 through 8/29/07. A detailed explanation of the audit follows. The total unpaid straight time and overtime wages determined to be owed as a result of this audit is:

                **$88,842.47**

This report was based on the information provided to date. Therefore, I reserve the right to amend, modify, or supplement this report based upon the receipt of new or additional information.

Sincerely,

Monte L. Jordan
MJ Resources

Attachments                                      **Exhibit B Page 2**

Exhibit C p.2

Probert v Family Centered Services of Alaska
CASE NO. 4:07-cv-0030-RRB
Page 3

## I.  METHOD OF CALCULATION

The Code of Federal Regulations under 29 CFR 778.107 – General standard for overtime pay, requires that overtime must be compensated at a rate not less than one and one-half times the regular rate at which the employee is actually employed. Further, "if the employee's regular rate of pay is higher than the statutory minimum, his overtime compensation must be computed at a rate not less than one and one-half times such higher rate."

In addition, 29 CFR 778.110 – Hourly rate employees, states under (a) that, "if the employee is employed solely on the basis of a single hourly rate, the hourly rate is his "regular rate"." Therefore, the employee must be paid, "in addition to his straight time hourly earnings, a sum determined by multiplying one-half the hourly rate by the number of hours worked in excess of 40 in the week."

Loretta E. Probert was paid as an hourly employee working less than 40 hours in a week. Her wages were based on 36 hours a week for a two-week period as indicated on the upper right hand corner of each time sheet. Her hourly status is detailed by Family Centered Services of Alaska, Inc.'s (FCSA) documents listed below:

> Personnel Action Form dated 7/24/06 that reflects Loretta Probert as the Employee with an effective date of 7/24/06. This form notes that Loretta Probert is a "Regular", "Part Time", "Exempt", "New Hire", "Therapeutic Parent" and reveals the "Rate of Pay"" as $21.64 for 18 "Hours Per Pay Week. The box next to "Hourly" has been checked. This form was signed by Loretta E. Probert on 7/24/06 with additional signatures by a Supervisor, the Director/2nd Supervisor, which appears to be S. Dale and someone representing Fiscal. These signatures are dated 7/25/06.

> Personnel Action Form dated 8/9/07 for Loretta Probert with an effective date of 7/30/07 indicating an "Orientation Period Evaluation" under "PART II: CHANGE OF STATUS". On this document Ms. Probert continues under the job title of "TFH Parent" but her "Pay Rate" of 21.64 has been increased to 22.07 for 18 Hours per Week.  This form has also been signed by a Supervisor and Director/2 nd Supervisor, Suzan Dale on 8/9/07, by Loretta Probert on 8/16/07 and personnel from Fiscal on 8/17/07.

> "Salary History by Employee", a computer form for Probert, Loretta E that lists her hourly rate at $21.64 with an effective date of 7/24/2006 as a "New Hire" and a hourly rate of $22.07 with an effective date of 07/30/2007 under the "Change Reason" of End Orientation.

> "Position History Screen" computer form for 5876 - Probert, Loretta E. a Therapeutic Parent at an hourly wage of 21.64, New Hire with the effective date of 7/24/2006 and an hourly wage of 22.07 indicating the End Orientation with the effective date of 7/30/2007.

> A Request for Reimbursement form that states in a handwritten note, "Employee Received a pay increase effective 7/30/07 & needed paid at new rate from effective date. See Computation Detail for the reimbursement items as follows.

Exhibit B Page 3

Exhibit C p. 3

Probert v Family Centered Services of Alaska
CASE NO. 4:07-cv-0030-RRB
Page 4

New Rate 22.07
Old Rate 21.64   36   15.48
.43 x 80 = 34.40

There is a strike through the 80 and a strike through the 34.40, which results in the
equation specifying a 43 cent per hour increase for 36 hours in order to make up the
difference for the wage increase from the date it began in a previous pay period.

## II.  BASIS FOR THE OVERTIME CALCULATION

The hours used for this audit are from FCSA's time sheets filled out by Loretta Probert's and
submitted on a bi-weekly basis.  Ms. Probert signed her time sheets and they were also signed
by a "Supervisor" which, for certain periods included Sue Dale.  With few exceptions the time
sheets were also initialed by other FCSA personnel and with an occasional change on a time
sheet with Ms. Probert's initials.  As noted previously, all except three (3) time sheets had a
handwritten correction in the up right hand corner wherein the number 40 had a strike through it
and the number 36 written above to indicate "EE Hours."

Under Alaska statutes and regulations an employer is required to keep certain records for all
employees under Chapter 5 (AS 23.05.080) regardless of their non-exempt or exempt status.
Additionally, under Chapter 10 (AS 23.10.100) there is a similar record keeping requirement.
These records are to include the following:

> an accurate record of the name, address and occupation of each person employed,
> of the daily and weekly hours worked by each person, and
> the wages paid each pay period to each person.

> The record shall be kept on file for at least three years.

The State of Alaska requirements follow those laid out by the Code of Federal Regulations under
29 CFR 516.2(a).

According to Ms. Probert the hours she entered and turned in to FCSA were the actual hours she
worked.  By far, the majority of these time sheets reflect 14 daily hours.  The main exception to
the 14 daily hours was when Loretta Probert was on approved leave.  Loretta Probert consistently
turned in time sheets that reflected hours worked over 36 in a week and weekly hours worked far
in excess of 40.  These hours were acknowledged by signatures from FCSA's supervisory
personnel.  Therefore, it appears that FCSA had full knowledge of the hours worked and
"suffered or permitted" (CFR 29.785.11 General) Loretta Probert to continue working long past
her 36 scheduled hours while failing the "duty of management to exercise its control and see that
the work is not performed if it does not want it to be performed" (CFR 29. 785.13 Duty of
management).  FCSA chose to sit back and accept the benefits of Ms. Probert's labor without
compensating her.

**Exhibit B Page 4**

Probert v Family Centered Services of Alaska
CASE NO. 4:07-cv-0030-RRB
Page 5

## III.    AUDIT EXPLANATION 7/24/06-8/29/07

FCSA records show that Loretta E. Probert's initial employment as a Therapeutic Parent began on 7/26/06 at the hourly rate of $21.64 and on 7/30/07 she received a wage increase to $22.07. Therefore, the attached audit includes straight time hours computed at both these straight time rates and overtime based on one and one-half times the straight time rates resulting in overtime rates of $32.45 and $33.11 as indicated in the final calculations.

## IV.    AUDIT RESULTS FOR PERIOD 7/24/06 – 7/29/07

Based on the results of the attached audit, the Total Straight Time Wages and Overtime Wages owed to Loretta E. Probert for the period of 7/24/06 through 8/29/07 at the Straight Time Rate of $21.64 and Overtime Rate of $32.45 are:

**192 Straight Time Hours @ $21.64  = $  4,154.88 Total Straight Time Wages**

**2406 Overtime Hours    @ $32.45 =  $ 78,098.76  Total Overtime Wages**

## V.    AUDIT RESULTS FOR PERIOD 7/30/07 – 8/29/07

**18 Straight Time Hours @ $22.07  = $   397.26 Total Straight Time Wages**

**187 Overtime Hours     @ $33.11 =  $ 6,191.57  Total Overtime Wages**

## VI.    TOTAL AUDIT RESULTS FOR PERIOD 7/24/06 – 8/29/07

$  4,552.14    Total Straight Time Wages
$84,290.33    Total Overtime Wages

$88,842.47   Total ST & OT Wages

## XI.    REPORT CONCLUSION

As explained above this audit is based on interviews with Loretta E. Probert, records available from FCSA and the Code of Federal Regulations cited in the report. Therefore, the total Straight Time Wages and Overtime Wages owed to Loretta E. Probert for the period of her employment 7/24/06 through 8/29/07 is:

### $88,842.47

**Exhibit B Page 5**

Exhibit C p.5

Exhibit C. P. 6

Exhibit C p. 7

# FAMILY CENTERED SERVICES OF ALASKA, INC.
## PERSONNEL ACTION FORM

Program: _Services_  Team: _TFHS_

Date Prepared: _8/9/07_

Employee: _Loretta Probert_

S.S. #: _574 46 5876_

Effective: _7_ Month _30_ Day _07_ Year    At _N/A_

☐ AM  ☐ PM

### PART I: ADD TO PAYROLL

☐ Regular   ☐ On Call   ☐ Full Time ☐ Exempt    ☐ New Hire         ☐ Orientation Period
☐ Trainee   ☐ Temporary  ☐ Part Time ☐ Non-Exempt  ☐ Rehire
                                                   Last Term Date ____

Job Title _____   Range _____ Step _____

Rate of Pay $ _____ Hours Per Pay Week _____   ESC _____
    ☐ Hourly   ☐ Salary
Other Special Conditions _____   WC Code _____

### PART II: CHANGE OF STATUS

☐ Learning Period Evaluation      ☐ Promotion       Date of Next Review _1/30/8_
☑ Orientation Period Evaluation   ☐ Transfer        ☐ Other _____
☐ Annual Evaluation               ☐ Step Increase   ☐ Merit    Explain

**FROM**
Status _OPTEX_ Range _13_ Step _4, 9_
ESC _11 9137_
W.C. Code _8833_
Job Title _TFH Parent_
Pay Rate _21.64_ Hours per Week _____
Comments _____

**TO**
Status _OPTEX_ Range _13_ Step _4, 9+_
ESC _11 9137_
W.C. Code _8833_
Job Title _TFH Parent_
Pay Rate _22.07_ Hours per Week _18_
Comments _____

### PART III: TERMINATION

☐ Voluntary   ☐ Involuntary   ☐ Lay off     Final Pay Due : _____
☐ Exit Interview                             ☐ Regular Work Hours _____
                                             ☐ Other _____

Comments _____

**FORWARDING ADDRESS**   Name _____
                         Street No. or P.O. _____
                         City _____ State _____ Zip _____

**APPROVALS**
Supervisor _Carla Smith CBSA_ _8/9/07_     Employee _Loretta Probert_ _8-16-07_
                            Date                                    Date

Director/2nd Supervisor _Susan Bell_       Fiscal _KC_ _8/17/07_
                  _8/9/07_ Date                         Date

**Exhibit B Page 8**

FCSQA-00246

Exhibit C  p. 8

## FAMILY CENTERED SERVICES OF ALASKA, INC.
## PERSONNEL ACTION FORM

_Services_     _TFA 5_     _8/24/07_
Program     Team     Date Prepared

_Loretta Probert_     _574 46 5376_
Employee     S.S. #

Effective _8_   _29_   _07_   At _N/A_    ☐ AM
    Month   Day   Year     ☐ PM

### PART I: ADD TO PAYROLL

☐ Regular    ☐ On Call     ☐ Full Time   ☐ Exempt     ☐ New Hire     ☐ Orientation Period
☐ Trainee    ☐ Temporary    ☐ Part Time ☐ Non-Exempt    ☐ Rehire_____
                                       Last Term Date

Job Title _____     Range _____ Step _____

Rate of Pay $ _____ Hours Per Pay Week _____    ESC _____
      ☐ Hourly   ☐ Salary
Other Special Conditions _____    WC Code _____

### PART II: CHANGE OF STATUS

☐ Learning Period Evaluation     ☐ Promotion     Date of Next Review _____
☐ Orientation Period Evaluation    ☐ Transfer     ☐ Other _____
☐ Annual Evaluation     ☐ Step Increase    ☐ Merit     Explain

| FROM | TO |
|---|---|
| Status _____ Range _____ Step _____ | Status _____ Range _____ Step _____ |
| ESC _____ | ESC _____ |
| W.C. Code _____ | W.C. Code _____ |
| Job Title _____ | Job Title _____ |
| Pay Rate _____ Hours per Week _____ | Pay Rate _____ Hours per Week _____ |
| Comments _____ | Comments _____ |

### PART III: TERMINATION

☐ Voluntary    ☐ Involuntary    ☐ Lay off     Final Pay Due : _8/31/07_
☐ Exit Interview                 ☑ Regular Work Hours _____
                               ☐ Other _____

Comments _____

FORWARDING ADDRESS    Name _____
                       Street No. or P.O. _____
                       City _____ State _____ Zip _____

APPROVALS
Supervisor _Carla Smith_   _8/29/07_   Employee _Loretta Probert_   _8/29/07_
                    Date                               Date

Director/2nd Supervisor _Susan Hall_    Fiscal _K_    _8/30/07_
           _8-29-07_                           Date
            Date

**Exhibit B Page 9**
FCSOA-00249

Exhibit C p.9

FAMILY CENTERED SERVICES OF ALASKA, INC.
PERSONNEL ACTION FORM

Program: _Services_   Team: _JF4 5_   Date Prepared: _8/24/07_

Employee: _Loretta Probert_   S.S. #: _574 46 5376_
☐ AM
☐ PM

Effective: _8_ _24_ _07_   At _N/A_
Month  Day  Year

## PART I: ADD TO PAYROLL

☐ Regular  ☐ On Call   ☐ Full Time  ☐ Exempt   ☐ New Hire   ☐ Orientation Period
☐ Trainee  ☐ Temporary  ☐ Part Time  ☐ Non-Exempt  ☐ Rehire _____
Last Term Date

Job Title _____   Range _____ Step _____

Rate of Pay $ _____ _____ Hours Per Pay Week _____   ESC _____
☐ Hourly  ☐ Salary

Other Special Conditions _____   WC Code _____

## PART II: CHANGE OF STATUS

☐ Learning Period Evaluation     ☐ Promotion    Date of Next Review _____
☐ Orientation Period Evaluation  ☐ Transfer     ☐ Other _____
☐ Annual Evaluation              ☐ Step Increase  ☐ Merit    Explain

| FROM | TO |
|---|---|
| Status _____ Range _____ Step _____ | Status _____ Range _____ Step _____ |
| ESC _____ | ESC _____ |
| W.C. Code _____ | W.C. Code _____ |
| Job Title _____ | Job Title _____ |
| Pay Rate _____ Hours per Week _____ | Pay Rate _____ Hours per Week _____ |
| Comments _____ | Comments _____ |

## PART III: TERMINATION

☐ Voluntary  ☐ Involuntary  ☐ Lay off   Final Pay Due : _8/31/07_
☐ Exit Interview                          ☑ Regular Work Hours _____
                                          ☐ Other _____

Comments _____

FORWARDING ADDRESS   Name _____
                     Street No. or P.O. _____
                     City _____ State _____ Zip _____

APPROVALS
Supervisor _Carla Smith_ _8/29/07_  Employee _Loretta Probert_ _8/29/07_
                        Date                                  Date

Director/2nd Supervisor _Susan Hale_   Fiscal _K_   _8/30/07_
            _8-29-07_                                Date
            Date

**Exhibit B Page 10**

FCSOA-00433

Exhibit C p. 10

**Family Centered Services of Alaska, Inc.**
Salary History by Employee

| Full Name Backward | Pay Rate | Hourly Rate | Effective Date | Change Percent | Change Reason | Next Date |
|---|---|---|---|---|---|---|
| Probert, Loretta E. | $1,765.6000 | $22.07 | 07/30/2007 | .00 | End Orientation | 07/30/2008 |
| | $21.6400 | $21.64 | 07/24/2006 | .00 | New Hire | |

FCSOA-00432

Exhibit B Page 11

Produced by People-Trak

Exhibit C p.11

Family Centered Services of Alaska, Inc
Position History Screen
5876 - Probert, Loretta E.

Page: 1
Produced by People-Trak

| Record Date | Days | Change Reason | Pc J | Pt | Pr | Unit | Hrly Rate | Annual Rate |
|---|---|---|---|---|---|---|---|---|
| 07/30/2007 | 79 | End Orientation | 13 3 | | | | 22.07 | .00 |
| 07/24/2006 | 177 | New Hire | 13.6 | Therapeutic Parent | | .00 | 21.64 | .00 |

**Exhibit B Page 12**

10/31/2007

FCSOA 00245

Exhibit C  p. 12

# FAMILY CENTERED SERVICES OF ALASKA
## REQUEST FOR REIMBURSEMENT
(SEE REVERSE FOR INSTRUCTIONS)

NAME: _Loretta Probert_   EMPLOYEE ID: _5876_
(IF APPLICABLE)

PROGRAM: _(ISIS TFH)_  ATOP   RDT   YESS   RESPITE   DELTA   TFH#1   TFH#2   SSD   ADMIN
(CIRCLE ONE)

| EXPENSE DESCRIPTION | DATE(S) | AMOUNT | FOR ACCOUNTING USE ONLY |
|---|---|---|---|
| FOSTER CARE (CLIENT#          ) | | $ | A \| \| \| \| \| \| C \| \| \| |
| FOSTER CARE (CLIENT#          ) | | $ | A \| \| \| \| \| \| C \| \| \| |
| FOSTER CARE (CLIENT#          ) | | $ | A \| \| \| \| \| \| C \| \| \| |
| (COMPLETE A SEPARATE LINE FOR EACH CLIENT) | | | |
| VISION EXPENSE (ATTACH PROOF OF PAYMENT) | | $ | A \| \| \| \| \| \| C \| \| \| |
| FIRST AID/CPR RECERTIFICATION (ATTACH PROOF OF PAYMENT) | | $ | A \| \| \| \| \| \| C \| \| \| |
| OTHER: (SEE BELOW) _Retro_ | 7/30/07-8/11/07 | $ 15.48 | A 4\|1\|0\|0\|2\|5 C 9\|9\|5 |
| OTHER: (SEE BELOW) | | $ | A \| \| \| \| \| \| C \| \| \| |
| OTHER: (SEE BELOW) | | $ | A \| \| \| \| \| \| C \| \| \| |
| OTHER: (SEE BELOW) | | $ | A \| \| \| \| \| \| C \| \| \| |
| OTHER: (SEE BELOW) | | $ 15.48 | A \| \| \| \| \| \| C \| \| \| |
| | | TOTAL: $ 34.90 | |

EXPLANATION OF "OTHER" REIMBURSEMENTS: (AS A MINIMUM, EXPLAIN WHY FCSA'S PETTY CASH OR PURCHASE ORDER POLICIES WERE NOT USED FOR "OTHER" EXPENSES AND THE JUSTIFICATION FOR REIMBURSEMENT. ATTACH ALL RECEIPTS TO THIS FORM.)

New Rate 22.07
Old Rate 21.64          15.48
.43 x 36/80 = 34.40

Employee received a pay increase effective 7/30/07 & needed
Paid at new rate from effective rate

| REQUESTED BY: | | DATE: 8/29/07 |
|---|---|---|
| COORDINATOR I (IF APPLICABLE): | | DATE: |
| PROGRAM DIRECTOR: _Per PAF_ | | DATE: |

FCSA FISCAL DEPT. 07/01/2004

QA_____   QA_____                    **Exhibit B Page 13**

FCSA-00808

Exhibit C p. 13

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: _Lore Han E. Probert_

Employee #: _587 6_
(Last 4 digits of Social Security #)

Period Beginning: _7-16-06_

Period Ending: _7-29-06_

☐ Exempt EE _____ Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APOP | | | | | | | | | | | | | | | | |
| VSSS | | | | | | | | | | | | | | | | |
| VSSS ELEM | | | | | | | | | | | | | | | | |
| FT | | | | | | | | | | | | | | | | |
| 1530 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1913 Liatris | | | | | | | | | | | | | | | | |
| 1903 Liatris | | | | | | | | | | | | | | | | |
| 1848 Liatris | | | | | | | | | 7:30 | 7:00 | 7:00 | 7:00 | 4:30 | | 33 | |
| NSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | | | | | | | | | 7:30 | 7:00 | 7:00 | 7:00 | 4:30 | | 33 | |

Staff Signature: _Loretta E. Probert_    Date _7-28-06_

Superv: _[signature]_    Date _7-31-06_
FCSA FISCAL DEPT. 10/07/2005

**Exhibit B Page 14**

FCSOA-00803

Exhibit C p.14

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: **Loretta Probert**

Employee #: **587C**
(Last 4 digits of Social Security #)

Period Beginning: 7/30/06
Period Ending: 8/12/06

☒ Exempt EE  40 Hours

| | Sun 30 | Mon 31 | Tues 1 | Wed 2 | Thur 3 | Fri 4 | Sat 5 | Sun 6 | Mon 7 | Tues 8 | Wed 9 | Thur 10 | Fri 11 | Sat 12 | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A/OP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RRB | | | | | | | | | | | | | | | | |
| 1840 Chena Ridge | | | | | | | | | | | | | | | | |
| 3373 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1453 Liatris | | | | | | | | | | | | | | | | |
| 1408 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | AD |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | AD |

Supervisor: Loretta Probert    Date 7-14-06

Staff Signature: Loretta Probert    Date 08/14/06

FCSA-FISC.    RPT. 10/07/2005

**Exhibit B Page 15**

Case 4:07-cv-00030-RRB   Document 105-5   Filed 04/10/2009   Page 16 of 29

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Probert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 8/13/06
Period Ending: 8/26/06

[X] Exempt EE  80 Hours

| | Sun 13 | Mon 14 | Tues 15 | Wed 16 | Thur 17 | Fri 18 | Sat 19 | Sun 20 | Mon 21 | Tues 22 | Wed 23 | Thur 24 | Fri 25 | Sat 26 | TOTAL | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| MDT | | | | | | | | | | | | | | | | |
| 0540 Chena Ridge | | | | | | | | | | | | | | | | |
| 9533 Parks Ridge | | | | | | | | | | | | | | | | |
| 6513 Liatris | | | | | | | | | | | | | | | | |
| 1403 Liatris | | | | | | | | | | | | | | | | |
| 6918 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | AD |
| SID | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | AD |

Staff Signature: Loretta E. Probert   Date: 8/24/06

Superv... Probert E. Probert   Date: 08/28/06

FCSA FISC.—DEPT. 10/07/2005

Exhibit B Page 16

Case 4:07-cv-00030-RRB   Document 215-3   Filed 04/09/12   Page 16 of 29

FCSOA-00802

Exhibit C  p.16

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: _Loretta Probert_

Employee #: _587L_
(Last 4 digits of Social Security #)

Period Beginning: _8-27-06_

Period Ending: _9-9-06_

☑ Exempt EE _40_ Hours   _76_

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| NDT | | | | | | | | | | | | | | | | |
| 0640 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 0613 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | 14 |
| DSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

Staff Signature: _Loretta Probert_   Date _9-11-06_

Superv'r: _[signature]_   Date: _9-11-06_

FCSA Fisc....DEPT. 10/07/2005

**Exhibit B Page 17**

Exhibit C p.17

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Rubert
Employee #: 5876 (Last 4 digits of Social Security #)

Period Beginning: 9/10/06
Period Ending: 9/23/06

☒ Exempt EE  20 Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| CYESS ELEM | | | | | | | | | | | | | | | | |
| CRDT | | | | | | | | | | | | | | | | |
| 6540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | 15 | | | 15 | |
| L513 Liatris | | | | | | | | | | | | | | | | |
| L503 Liatris | | | | | | | | | | | | | | | | |
| L518 Liatris | 14 | 14 | 14 | 14 | 14 | 10 | 8 | 5 | 14 | 14 | 14 | | 14 | 14 | 155 | |
| LSSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 10 | 0 | 5 | 14 | 14 | 14 | 15 | 14 | 14 | 170 | MF |

Staff Signature: Loretta Rubert    Date 9/25/06

Supervisor: _____    Date 9-25-06

FCSA FISCAL DEPT. 10/07/2005

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Robert

Employee #: ____
(Last 4 digits of Social Security #)

Period Beginning: 9/24/06

Period Ending: 10/7/06

[X] Exempt EE

____ Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | 14 | | 14 | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | | 14 | 14 | 182 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

Staff Signature: Loretta Robert    Date 10/9/06

Supervisor: ____    Date 10-9-06

FCSA FISCAL DEPT. 10/07/2005

Exhibit B Page 19

Exhibit C  p.19

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Probert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 10/8/06
Period Ending: 10/21/06

[X] Exempt EE   90 Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RFT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | | 14 | 14 | 14 | 4 | 0 | 0 | 0 | 0 | 0 | 4 | 14 | 14 | 14 | 106 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | | 14 | 14 | 14 | 4 | 0 | 0 | 0 | 0 | 0 | 4 | 14 | 14 | 14 | 106 | 106 |

Staff Signature: Loretta Probert   Date 10/23/06

Supervisor: [signature]   Date 1-23-06

Dbt f !5:18 dw 11141 SSC!!!!!Epdvn f ou216 3!!!!!Gjrie!15021911 !!!!!Qbhf !32!pg3!

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Probert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 10/22/06

Period Ending: 11/4/06

[X] Exempt EE 40 Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NA TOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |
| 3903 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

Staff Signature: Loretta Probert   Date 11/6/06

Supervisor: ___   Date: 11-6-06

**Exhibit B Page 21**

Exhibit C p.21

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Loretta Probert

Employee #: S876
(Last 4 digits of Social Security #)

Period Beginning: 11/5/06
Period Ending: 11/18/06

☒ Exempt EE
Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | |
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

Staff Signature: Loretta Probert   Date: 11-7-06

Supervisor: _____   Date: 11/17/06

Dbt f |5:18 dw 11141 SSC!!!!!Epdvn f cu216 3!!!!!Gfme!!502 1f11 !!!!Cbhf !34!pg3:

# FAMILY CENTERED SERVICES OF ALASKA, INC.

Period Name: Loretta Probert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 11/19/06

Period Ending: 12/02/06

☒ Exempt EE    196 Hours

| | Sun 19 | Mon 20 | Tues 21 | Wed 22 | Thur 23 | Fri 24 | Sat 25 | Sun 26 | Mon 27 | Tues 28 | Wed 29 | Thur 30 | Fri 1 | Sat 2 | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov/Dec | | | | | | | | | | | | | | | | |
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| CRDYT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

+W = 4

Staff Signature: Loretta Probert    Date 12/4/06

Supervisor:    Date 12/4/06

FCSA F1
DEPT. 10/07/2005

# FAMILY CENTERED SERVICES OF ALASKA, INC.

**Print Name:** Loretta Probert

**Employee #:** 5874
(Last 4 digits of Social Security #)

**Period Beginning:** 12/3/06

**Period Ending:** 12/16/06

[X] Exempt EE 40 Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 196 | |

**Staff Signature:** Loretta Probert **Date** 12/18/06

**Supervisor:** _____ **Date** 12/18/06

HCSA FIN. & DEPT. 10/07/2005

**Exhibit B Page 24**

FCSOA-00794

Exhibit C p. 25

# FAMILY CENTERED SERVICES OF ALASKA, INC.

**Print Name:** Loretta Proxbal

**Employee #:** 98-16
(Last 4 digits of Social Security #)

**Period Beginning:** 12/31/06
**Period Ending:** 1/13/07

☒ Exempt ☒ Hours

| | Sun 31 | Mon 1 | Tues 2 | Wed 3 | Thur 4 | Fri 5 | Sat 6 | Sun 7 | Mon 8 | Tues 9 | Wed 10 | Thur 11 | Fri 12 | Sat 13 | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | | | | | | | | | | | | | | | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 9933 Parks Ridge | | | | | | | | | | | | | | | | |
| 15513 Liatris | | | | | | | | | | | | | | | | |
| 15503 Liatris | | | | | | | | | | | | | | | | |
| 15518 Liatris | 14 | 14 | 14 | 14 | 14 | | | | | | | | | | | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | 70. | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 36 | |
| HOLIDAY | | | | | | 4 | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | 106 | |

Take 18 hrs leave unavail allowed @ 36 hrs

on Leave on the 16th unavailable for signatures

**Staff Signature:** Loretta Proxbal **Date:** 2-1-07

**Supervisor:** [signature] **Date:** 1-16-07

FCSA HF · DEPT. 10072/2005

Exhibit B Page 26

Case 4:07-cv-00030-RRB   Document 215-3   Filed 04/09/12   Page 26 of 29   FCSA-00791

Exhibit C p. 26

Case 4:07-cv-00030-RRB   Document 215-3   Filed 04/09/12   Page 27 of 29   FCSOA-00790

Dbt f !5;18.gw11.141-SSC!!!!!Lpdvp.f ou216.3!!!!!Gme!150219811!.J!!!Qbhf!38!pg3:

## FAMILY CENTERED SERVICES OF ALASKA, INC.

Print Name: Lore Ha Probert

Employee #: 5896 (Last 4 digits of Social Security #)

Period Beginning: 1-14-07

Period Ending: 1-27-07

☒ Exempt EE    36 40 Hours

| | Sun 14 | Mon 15 | Tues 16 | Wed 17 | Thur 18 | Fri 19 | Sat 20 | Sun 21 | Mon 22 | Tues 23 | Wed 24 | Thur 25 | Fri 26 | Sat 27 | TOTAL | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP | | | | | | | | | | | | | | | | |
| ESS | | | | | | | | | | | | | | | | |
| ESS | | | | | | | | | | | | | | | | |
| ESS ELEM | | | | | | | | | | | | | | | | |
| DT | | | | | | | | | | | | | | | | |
| 5540 Chena Ridge | | | | | | | | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 102 | |
| 5933 Parks Ridge | | | | | | | | | | | | | | | | |
| 5513 Liatris | | | | | | | | | | | | | | | | |
| 5503 Liatris | | | | | | | | | | | | | | | | |
| 5518 Liatris | | | | | | | 4 | | | | | | | | | |
| RSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | 10 24 | W 14 |
| LEAVE | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | | | 24 | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 126 | |

Staff Signature: Loretta E Probert   Date: 1-29-07

Supervisor: _____   Date: 1-29-07

FCSA FISCAL DEPT. 10/07/2005

**Exhibit B Page 27**

# FAMILY CENTERED SERVICES OF ALASKA, INC.

**Print Name:** Lorette PROBERT

**Employee #:** 5876
(Last 4 digits of Social Security #)

**Period Beginning:** 1-28-07

**Period Ending:** 2-10-07

☑ Exempt EE 40 Hours

| | Sun 28 | Mon 29 | Tues 30 | Wed 31 | Thur 1 | Fri 2 | Sat 3 | Sun 4 | Mon 5 | Tues 6 | Wed 7 | Thur 8 | Fri 9 | Sat 10 | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATOP | | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 10 | | 171 | |
| YESS | | | | | | | | | | | | | | | | |
| YESS ELEM | | | | | | | | | | | | | | | | |
| RDT | | | | | | | | | | | | | | | | |
| 1540 Chena Ridge | | | | | | | | | | | | | | | | |
| 3933 Parks Ridge | | | | | | | | | | | | | | | | |
| 1513 Liatris | | | | | | | | | | | | | | | | |
| 1503 Liatris | | | | | | | | | | | | | | | | |
| 1518 Liatris | 7 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 10 | | 171 | |
| SSD | | | | | | | | | | | | | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 7 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 10 | | 171 | |

**Staff Signature:** Lorette E. Probert   **Date:** 2-12-07

**Supervisor:**   **Date:** 2-12-07

FCSA F.   d. DEPT. 10/07/2005

**Exhibit B Page 28**

Exhibit C p 28

Print Name: Loretta Probert

Employee #: 5876
(Last 4 digits of Social Security #)

Period Beginning: 2-11-07

Period Ending: 2-24-07

☑ Exempt EE  36 Hours

| | Sun | Mon | Tues | Wed | Thur | Fri | Sat | Sun | Mon | Tues | Wed | Thur | Fri | Sat | TOTAL | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP | | | | | | | | | | | | | | | | |
| VESS | | | | | | | | | | | | | | | | |
| VESS ELEM | | | | | | | | | | | | | | | | |
| DT | | | | | | | | | | | | | | | | |
| 5400 Chena Ridge | | | | | | | | | | | | | | | | |
| 9933 Parks Ridge | | | | | | | | | | | | | | | | |
| 5513 Liatris | | | | | | | | | | | | | | | | |
| 5503 Liatris | | | | | | | | | | | | | | | | |
| 5518 Liatris | 8 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 10 | | 172 | |
| SSD | | | | | | | | | | 14 | 14 | 14 | | | | |
| DELTA SVCS | | | | | | | | | | | | | | | | |
| ADMIN | | | | | | | | | | | | | | | | |
| LEAVE | | | | | | | | | | | | | | | | |
| HOLIDAY | | | | | | | | | | | | | | | | |
| Total | 8 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 10 | | 172 | |

Staff Signature: Loretta E Probert  Date 2-26-07

Supervisor: _____  Date 2/26/07

FCSA FISCAL DEPT. 10/07/2005

PCSOA-00788