Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:    (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER and DEBRA CLONINGER,<br><br>        Plaintiffs,<br><br>vs.<br><br>FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable,<br><br>        Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Case No. 4:07-CV-00030 RRB** |

## STATUS REPORT

The Petition for Writ of Certiorari was denied in the U.S. Supreme Court on February 27, 2012.

RESPECTFULLY SUBMITTED this 9th day of April, 2012, at Fairbanks, Alaska.

*Status Report April 9, 2012*                                                                 *Page 1 of 2*
*Robert Probert, et al. v. FCSA, et al., 4:07-cv-00030-RRB*
Case 4:07-cv-00030-RRB   Document 216   Filed 04/09/12   Page 1 of 2

LAW OFFICE OF KENNETH L. COVELL
Attorney for the Plaintiffs
s/ Kenneth L. Covell
712 Eighth Avenue
Fairbanks, Alaska 99701
Phone: (907) 452-4377
Fax: (907) 451-7802
Email: kcovell@gci.net
ABA No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing has been served electronically by ECF to the following attorney(s) and/or parties of the record:

**John Foster Wallace**

**Richard D. Monkman**

Dated: April 9, 2012

By: s/ Camille De Santiago
Law Office of Kenneth L. Covell

*Status Report April 9, 2012* Page 2 of 2
*Robert Probert, et al. v. FCSA, et al., 4:07-cv-00030-RRB*
Case 4:07-cv-00030-RRB   Document 216   Filed 04/09/12   Page 2 of 2