Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER and DEBRA CLONINGER,<br><br>                              Plaintiffs,<br>vs.<br><br>FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable,<br><br>                              Defendants. | **Case No. 4:07-CV-00030 RRB** |

## UNOPPOSED MOTION FOR STIPULATION FOR DISMISSAL

Comes now the Plaintiffs and the Defendants, by and through Counsel, and hereby stipulates to the Dismissal of the above captioned-matter with each side to bear its own costs and attorney fees.

Counsel has communicated with opposing Counsel John Foster Wallace by e-mail

*Unopposed Motion for Stipulation for Dismissal*                                                                         Page 1 of 2
*Robert Probert, et al. v. FCSA, et al., 4:07-cv-00030-RRB*
Case 4:07-cv-00030-RRB   Document 236   Filed 08/01/12   Page 1 of 2

who stated that his clients agree to a Stipulation for Dismissal with each side to bear their own costs and attorney fees.

Therefore it is respectfully requested that the Order for Stipulation for Dismissal be granted.

RESPECTFULLY SUBMITTED this 1st day of August, 2012, at Fairbanks, Alaska.

>LAW OFFICE OF KENNETH L. COVELL
>Attorney for the Plaintiffs
>s/ Kenneth L. Covell
>712 Eighth Avenue
>Fairbanks, Alaska 99701
>Phone: (907) 452-4377
>Fax: (907) 451-7802
>Email: kcovell@gci.net
>ABA No. 8611103

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing
has been served electronically by ECF to the
following attorney(s) and/or parties of the record:

**John Foster Wallace**

**Richard D. Monkman**

Dated: August 1, 2012

By: s/ Camille De Santiago
Law Office of Kenneth L. Covell

*Unopposed Motion for Stipulation for Dismissal*   Page 2 of 2
*Robert Probert, et al. v. FCSA, et al., 4:07-cv-00030-RRB*
Case 4:07-cv-00030-RRB   Document 236   Filed 08/01/12   Page 2 of 2