Kenneth Covell
LAW OFFICE OF KENNETH COVELL
712 Eighth Avenue
Fairbanks, AK  99701
Phone: (907) 452-4377
Fax:     (907) 451-7802
E-mail:  kcovell@gci.net

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ROBERT PROBERT; LORETTA E. PROBERT; GENE GRISSOM; SANDRA GRISSOM; JOHN GRIMES; DONNA GRIMES; KENNETH MCDANIELS; LEONA MCDANIELS; ERIC CLONINGER and DEBRA CLONINGER,<br><br>     Plaintiffs,<br><br>vs.<br><br>FAMILY CENTERED SERVICES of ALASKA, INC.; JOHN W. REGITANO; KATHY CANNONE; SUSZAN DALE; LONNIE HOVDE; DEBORAH L. COXON, and ADDITIONAL DOES I to X, Managerial Employers, Jointly Liable,<br><br>     Defendants. | **Case No. 4:07-CV-00030 RRB** |

## ORDER GRANTING STIPULATION FOR DISMISSAL

IT IS HEREBY ORDERED that the above captioned-matter is DISMISSED, with each side to bear its own costs and attorney fees.

                       _____
                       Judge Ralph Beistline

*Order Granting Stipulation for Dismissal*   *Page 1 of 2*
*Robert Probert, et al. v. FCSA, et al., 4:07-cv-00030-RRB*
Case 4:07-cv-00030-RRB   Document 236-1   Filed 08/01/12   Page 1 of 2

**CERTIFICATE OF SERVICE**
This is to certify that a copy of the foregoing
has been served electronically by ECF to the
following attorney(s) and/or parties of the record:

**John Foster Wallace**

**Richard D. Monkman**

Dated: July 31, 2012

By: s/ Camille De Santiago
Law Office of Kenneth L. Covell

*Order Granting Stipulation for Dismissal* *Page 2 of 2*
*Robert Probert, et al. v. FCSA, et al., 4:07-cv-00030-RRB*
Case 4:07-cv-00030-RRB   Document 236-1   Filed 08/01/12   Page 2 of 2